**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEAMFITTERS LOCAL 449
RETIREMENT SECURITY FUND,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

BADGER METER, INC., KENNETH C.
BOCKHORST, ROBERT A. WROCKLAGE,
and DANIEL R. WELTZIEN,

        Defendants.

Case No.: 1:26-cv-04660-VEC

Hon. Valerie E. Caproni

**NOTICE OF MOTION OF PAREKH FAMILY TRUST U/A DTD 06/06/2022 FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL**
**OF SELECTION OF COUNSEL**

       **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

       **PLEASE TAKE NOTICE** that PAREKH FAMILY TRUST U/A DTD 06/06/2022

("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff in

the above-captioned action (the "Action") pursuant to § 21D of the Securities Exchange Act of

1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA") and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for

the Class.

       Movant seeks appointment as lead plaintiff and approval of its choice of counsel pursuant

to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based

on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support

thereof, and the Court's complete files and records in this action, as well as such further argument

as the Court may allow at a hearing on this motion.

Dated: August 3, 2026

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for PAREKH FAMILY TRUST
U/A DTD 06/06/2022 and [Proposed] Lead
Counsel for the Class*