UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>        Defendants. | Case No.: 1:26-cv-04660-VEC<br><br>Hon. Valerie E. Caproni |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF PAREKH FAMILY TRUST U/A DTD 06/06/2022'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant PAREKH FAMILY TRUST U/A DTD 06/06/2022 ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Mr. Dipak Parekh on behalf of Movant attesting to its transactions of Badger Meter, Inc. ("Badger Meter" or the "Company") common stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of its transactions in Badger Meter common stock;

**Exhibit C**:    Press Release published June 2, 2026, on *ACCESS Newswire,* announcing the pendency of the securities class action against defendants herein: *Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc., et. al.,* Case No. 1:26-cv-04660-VEC;

**Exhibit D**:    Declaration signed by Mr. Parekh in support of Movant's lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 3, 2026                    Respectfully Submitted,

                                         **LEVI & KORSINSKY, LLP**

                                         By: */s/ Adam M. Apton*
                                         Adam M. Apton (AS-8383)
                                         33 Whitehall Street, 27th Floor
                                         New York, NY 10004
                                         Tel: (212) 363-7500
                                         Fax: (212) 363-7171
                                         Email: aapton@zlk.com

                                         *Lead Counsel for PAREKH FAMILY TRUST*
                                         *U/A DTD 06/06/2022 and [Proposed] Lead*
                                         *Counsel for the Class*