# EXHIBIT B

| | |
|---|---|
| Client Name | PAREKH FAMILY TRUST U/A DTD 06/06/2022 |
| Company Name | Badger Meter, Inc. |
| Ticker Symbol | BMI |
| Security Type | |
| Class Period Start | 04-18-2024 |
| Class Period End | 04-16-2026 |
| 90-DAY Lookback Period Start | 04-17-2026 |
| 90-DAY Lookback Period End | 07-15-2026 |
| 90-DAY Lookback Average | $ 128.64 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $28,173.77 |
| DURA LIFO* Total | $28,173.77 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $156,810.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-07-2026 | 300 | 168.17 | $ 50,451.00 | | | | | | - | 300 | 300 | $ 128.64 | $ 38,590.87 | $ 11,860.13 | $ 11,860.13 |
| 01-12-2026 | 200 | 171.37 | $ 34,274.00 | | | | | | - | 200 | 200 | $ 128.64 | $ 25,727.25 | $ 8,546.75 | $ 8,546.75 |
| 01-28-2026 | 500 | 144.17 | $ 72,085.00 | | | | | | - | 500 | 500 | $ 128.64 | $ 64,318.11 | $ 7,766.89 | $ 7,766.89 |
| Total: | 1,000 | | $156,810.00 | | | | | | | 1,000 | 1,000 | | $128,636.23 | $28,173.77 | $28,173.77 |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.