# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>       Defendants. |

Case No.: 1:26-cv-04660-VEC

Hon. Valerie E. Caproni

**DECLARATION OF DIPAK PAREKH IN SUPPORT OF HIS
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Dipak Parekh, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Badger Meter, Inc. ("Badger Meter" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I am co-trustee of the Parekh Trust and my wife is the other co-trustee. As co-trustee, I am individually authorized to act on behalf of the Trust in all respects, including this lawsuit. All transactions in Badger Meter made in the Trust's account that are the subject of this Action were executed by me.

3. I currently reside in Santa Clara, California. I hold a bachelor's degree in Commerce, am a qualified Chartered Accountant, and am an inactive Enrolled Agent. I am currently retired but prior to retirement I worked for Go Global as a finance specialist. I have been investing in securities for twenty years.

4.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for the myself and the Class I seek to represent.

5.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 15th July 2026

Signed:    *Dipak*

Name: Dipak Parekh

2