

33 Whitehall St., 27th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

August 3, 2026

**VIA ELECTRONIC CASE FILING**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Chambers 1930
New York, NY 10007

Re:     ***Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc., et. al.,***
        ***Case No. 1:26-cv-04660-VEC***

Dear Judge Caproni:

My firm, Levi & Korsinsky, LLP ("L&K"), represents Lead Plaintiff Movant PAREKH FAMILY TRUST U/A DTD 06/06/2022 ("Movant") in the above-captioned securities action. We write pursuant to Rule 2D of Your Honor's Individual Practices In Civil Cases, in support of Movant's motion for appointment as Lead Plaintiff and approval of L&K as Lead Counsel.

As discussed in Movant's memorandum of law filed in support of its Motion, to the best of Movant's knowledge, it is the most adequate Lead Plaintiff movant, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), having lost $28,173.77 on its Badger Meter, Inc. investment, and should be appointed as such. (15 U.S.C. §§ 78u-4). Pursuant to the PSLRA, the proposed Lead Plaintiff's choice of counsel shall be appointed as Lead Counsel, subject to Court approval. 15 U.S.C. § 78u-4(a)(3)(B)(v). Movant has selected L&K as Lead Counsel, a firm with extensive experience in successfully prosecuting complex securities class actions. Accordingly, it is appropriate to approve Movant's selection of L&K as Lead Counsel for the Class.

We thank Your Honor for the Court's time and attention to this request and are available to answer any questions which the Court may have.

Respectfully,

**LEVI & KORSINSKY, LLP**

 /s/ *Adam M. Apton*
Adam M. Apton

cc:     all counsel of record (via ECF)