# Exhibit 3

**Paul J Heidbreder - Badger Meter, Inc. Loss Chart**
**Class Period: April 18, 2024 through April 16, 2026**

**Lookback Price** $128.64

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Equities Loss/Gain | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Paul J Heidbreder** | 2024-07-09 | 54 | ($187.31) | ($10,114.74) | | | | | | | | |
| | 2025-07-24 | 16 | ($188.01) | ($3,008.16) | | | | | | | | |
| **Total:** | | **70** | | **($13,122.90)** | | **0** | | **$0.00** | **70** | **$9,004.54** | **($4,118.36)** | **($4,118.36)** |