

**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

Phillip Kim
philkim@rosenlegal.com

August 3, 2026

**By ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street Chambers 1930
New York, New York 10007

Re:    *Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc., et al.*, No.
       1:26-cv-04660-VEC

Dear Judge Caproni,

My firm represents lead-plaintiff movant Paul Heidbreder ("Movant") in the above-captioned action. Pursuant to Rule 2(D) of Your Honor's Individual Practices in Civil Cases, Movant submits the attached proposed order in connection with his contemporaneously filed motion for: (1) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approval of his selection of The Rosen Law Firm, P.A. as Lead Counsel for the proposed Class.

Movant seeks appointment because he believes that he is the "most adequate plaintiff" under the PSLRA. Movant believes that he possesses the largest financial interest in the relief sought by the proposed Class based on the losses he incurred in connection with his purchases of Badger Meter, Inc. common stock during the Class Period. Movant further believes that he satisfies the applicable requirements of Federal Rule of Civil Procedure 23 because his claims are typical of those of the other members of the proposed Class and he will fairly and adequately protect the Class's interests. Attached is a proposed order granting Movant's motion. A Microsoft Word version of the proposed order will be emailed contemporaneously to Chambers.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ *Phillip Kim*____
Phillip Kim

cc: All counsel (via ECF)

1