**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN, <br><br> Defendants. | Case No. 1:26-cv-04660-VEC <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION OF CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Court, before the Honorable Valerie E. Caproni, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20C, New York, NY 10007, City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa"), by and through its undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Tampa as Lead Plaintiff in the above-captioned securities class action; (2) approving its selection of Bleichmar Fonti & Auld LLP ("BFA") and Motley Rice LLC ("Motley Rice") as Co-Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Tampa believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Tampa believes it has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $9.2 million in losses that it incurred on its investments in Badger Meter, Inc. common stock during the Class Period.  Tampa also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.  Moreover, Tampa is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation, which provides Tampa with the incentive to vigorously represent the Class's claims and supervise the work of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law

in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Tampa respectfully requests that the Court: (1) appoint it as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of BFA and Motley Rice as Co-Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: August 3, 2026                          Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**          **MOTLEY RICE LLC**

  _/s/ Javier Bleichmar_
Javier Bleichmar                               Serena P. Hallowell
300 Park Avenue, Suite 1301                    800 Third Ave., Ste. 2401
New York, New York 10022                       New York, New York 10022
Telephone: (212) 789-1341                      Telephone: (212) 577-0040
Facsimile: (212) 205-3960                      Facsimile: (212) 577-0054
jbleichmar@bfalaw.com                          shallowell@motleyrice.com

_Counsel for Proposed Lead Plaintiff, City_    _Counsel for Proposed Lead Plaintiff, City_
_Pension Fund for Firefighters and Police_     _Pension Fund for Firefighters and Police_
_Officers in the City of Tampa, and Proposed_  _Officers in the City of Tampa, and Proposed_
_Co-Lead Counsel for the Class_                _Co-Lead Counsel for the Class_

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner (_pro hac vice_
forthcoming)
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
bob@robertdklausner.com

_Additional Counsel for Proposed Lead_
_Plaintiff, City Pension Fund for Firefighters_
_and Police Officers in the City of Tampa_

2