**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:26-cv-04660-VEC |
| Plaintiff, | CLASS ACTION |
| v. | |
| BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN, | |
| Defendants. | |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of BFA and Motley Rice LLC ("Motley Rice") to serve as Co-Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:    Certification of Tampa;

EXHIBIT B:    Proposed Joint Litigation Plan;

EXHIBIT C:    Notice of pendency of *Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc.*, No. 26-cv-04660-VEC (S.D.N.Y.) published on June 2, 2026;

EXHIBIT D:    Chart reflecting financial interest of Tampa;

EXHIBIT E:    Firm Resume of BFA; and

EXHIBIT F:    Shareholder and Securities Fraud Resume of Motley Rice.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of August 2026.

*/s/ Javier Bleichmar*
Javier Bleichmar

2