# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Matthew Belmonte, as Trustee of City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa") hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Tampa. I have reviewed a complaint filed against Badger Meter, Inc. ("Badger Meter") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment.

2. Tampa did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Tampa is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Tampa fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Attached hereto as Schedule A is a complete listing of all transactions Tampa made during the Class Period in the security that is the subject of the complaint.

5. Tampa has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Radtke v. Regeneron Pharmaceuticals, Inc. et al.*, No. 1:25-cv-00145 (S.D.N.Y.)

6. Tampa will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reimbursement for reasonable costs and expenses, such as lost wages, directly related to the class representation, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Executed this __2nd__ day of August, 2026.

For City Pension Fund for Firefighters and Police Officers in the City of Tampa:


Matthew Belmonte
Trustee
*City Pension Fund for Firefighters and*
*Police Officers in the City of Tampa*

**SCHEDULE A**
TRANSACTIONS IN
BADGER METER, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 04/19/2024 | 40,000.00 | 177.76 | ($7,110,496.00) |
| Purchase | 04/25/2024 | 10,000.00 | 183.54 | ($1,835,362.00) |
| Purchase | 05/01/2024 | 20,000.00 | 183.43 | ($3,668,670.00) |
| Purchase | 05/03/2024 | 10,000.00 | 188.11 | ($1,881,057.00) |
| Purchase | 05/07/2024 | 10,000.00 | 194.16 | ($1,941,644.00) |
| Purchase | 05/13/2024 | 5,000.00 | 194.80 | ($973,976.00) |
| Purchase | 05/14/2024 | 10,000.00 | 194.30 | ($1,943,038.00) |
| Purchase | 05/15/2024 | 8,000.00 | 196.45 | ($1,571,632.00) |
| Purchase | 05/16/2024 | 10,000.00 | 196.15 | ($1,961,457.00) |
| Purchase | 05/21/2024 | 10,000.00 | 197.82 | ($1,978,241.00) |
| Purchase | 05/22/2024 | 10,000.00 | 200.41 | ($2,004,132.00) |
| Purchase | 05/23/2024 | 7,000.00 | 202.14 | ($1,414,954.10) |
| Purchase | 06/26/2024 | 10,800.00 | 185.57 | ($2,004,188.40) |
| Purchase | 07/19/2024 | 20,000.00 | 188.88 | ($3,777,632.00) |
| Purchase | 08/02/2024 | 10,000.00 | 195.40 | ($1,954,009.00) |
| Purchase | 10/04/2024 | 5,000.00 | 221.99 | ($1,109,967.00) |
| Purchase | 10/24/2024 | 4,200.00 | 201.71 | ($847,170.24) |
| Sale | 08/01/2025 | -40,000.00 | 182.99 | $7,319,572.00 |
| Sale | 08/05/2025 | -80,000.00 | 183.89 | $14,711,112.00 |
| Sale | 08/06/2025 | -60,000.00 | 186.69 | $11,201,598.00 |
| Sale | 08/07/2025 | -20,000.00 | 186.56 | $3,731,188.00 |
| Purchase | 09/26/2025 | 40,000.00 | 177.50 | ($7,100,052.00) |
| Purchase | 09/30/2025 | 10,000.00 | 177.29 | ($1,772,917.00) |
| Purchase | 10/01/2025 | 20,000.00 | 177.44 | ($3,548,804.00) |
| Purchase | 10/02/2025 | 20,000.00 | 179.19 | ($3,583,764.00) |
| Purchase | 10/03/2025 | 20,000.00 | 182.49 | ($3,649,868.00) |
| Purchase | 10/06/2025 | 20,000.00 | 182.66 | ($3,653,210.00) |
| Purchase | 10/07/2025 | 10,000.00 | 182.70 | ($1,826,999.00) |
| Purchase | 10/10/2025 | 10,000.00 | 172.93 | ($1,729,292.00) |
| Purchase | 10/14/2025 | 10,000.00 | 178.74 | ($1,787,436.00) |
| Purchase | 10/15/2025 | 10,000.00 | 180.53 | ($1,805,343.00) |
| Purchase | 10/21/2025 | 20,000.00 | 194.77 | ($3,895,428.00) |
| Purchase | 10/22/2025 | 5,000.00 | 186.29 | ($931,472.00) |
| Purchase | 12/11/2025 | 10,000.00 | 185.69 | ($1,856,942.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/12/2025 | 12,000.00 | 182.63 | ($2,191,522.80) |
| Purchase | 01/02/2026 | 10,000.00 | 176.50 | ($1,764,992.00) |
| Sale | 01/28/2026 | -45,000.00 | 140.52 | $6,323,229.00 |
| Sale | 01/29/2026 | -45,000.00 | 143.06 | $6,437,848.50 |
| Sale | 01/30/2026 | -20,000.00 | 144.86 | $2,897,164.00 |
| Sale | 01/30/2026 | -20,000.00 | 146.40 | $2,928,074.00 |
| Sale | 02/02/2026 | -20,000.00 | 148.13 | $2,962,522.00 |
| Sale | 02/03/2026 | -10,000.00 | 146.61 | $1,466,057.00 |
| Sale | 02/04/2026 | -10,000.00 | 147.67 | $1,476,747.00 |
| Sale | 02/05/2026 | -40,000.00 | 147.54 | $5,901,448.00 |
| Sale | 02/06/2026 | -17,000.00 | 150.12 | $2,552,087.60 |