# EXHIBIT D

**Financial Interest Analysis for City Pension Fund for Firefighters and Police Officers in the City of Tampa Class Period: April 18, 2024 - April 16, 2026**

**FIFO/LIFO Analysis - Badger Meter, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 4/18/2024 | 0.00 | | |
| | | | | |
| Purchase | 4/19/2024 | 40,000.00 | $177.7624 | ($7,110,496.00) |
| Purchase | 4/25/2024 | 10,000.00 | $183.5362 | ($1,835,362.00) |
| Purchase | 5/1/2024 | 20,000.00 | $183.4335 | ($3,668,670.00) |
| Purchase | 5/3/2024 | 10,000.00 | $188.1057 | ($1,881,057.00) |
| Purchase | 5/7/2024 | 10,000.00 | $194.1644 | ($1,941,644.00) |
| Purchase | 5/13/2024 | 5,000.00 | $194.7952 | ($973,976.00) |
| Purchase | 5/14/2024 | 10,000.00 | $194.3038 | ($1,943,038.00) |
| Purchase | 5/15/2024 | 8,000.00 | $196.4540 | ($1,571,632.00) |
| Purchase | 5/16/2024 | 10,000.00 | $196.1457 | ($1,961,457.00) |
| Purchase | 5/21/2024 | 10,000.00 | $197.8241 | ($1,978,241.00) |
| Purchase | 5/22/2024 | 10,000.00 | $200.4132 | ($2,004,132.00) |
| Purchase | 5/23/2024 | 7,000.00 | $202.1363 | ($1,414,954.10) |
| Purchase | 6/26/2024 | 10,800.00 | $185.5730 | ($2,004,188.40) |
| Purchase | 7/19/2024 | 20,000.00 | $188.8816 | ($3,777,632.00) |
| Purchase | 8/2/2024 | 10,000.00 | $195.4009 | ($1,954,009.00) |
| Purchase | 10/4/2024 | 5,000.00 | $221.9934 | ($1,109,967.00) |
| Purchase | 10/24/2024 | 4,200.00 | $201.7072 | ($847,170.24) |
| Purchase | 9/26/2025 | 40,000.00 | $177.5013 | ($7,100,052.00) |
| Purchase | 9/30/2025 | 10,000.00 | $177.2917 | ($1,772,917.00) |
| Purchase | 10/1/2025 | 20,000.00 | $177.4402 | ($3,548,804.00) |
| Purchase | 10/2/2025 | 20,000.00 | $179.1882 | ($3,583,764.00) |
| Purchase | 10/3/2025 | 20,000.00 | $182.4934 | ($3,649,868.00) |
| Purchase | 10/6/2025 | 20,000.00 | $182.6605 | ($3,653,210.00) |
| Purchase | 10/7/2025 | 10,000.00 | $182.6999 | ($1,826,999.00) |
| Purchase | 10/10/2025 | 10,000.00 | $172.9292 | ($1,729,292.00) |
| Purchase | 10/14/2025 | 10,000.00 | $178.7436 | ($1,787,436.00) |
| Purchase | 10/15/2025 | 10,000.00 | $180.5343 | ($1,805,343.00) |
| Purchase | 10/21/2025 | 20,000.00 | $194.7714 | ($3,895,428.00) |
| Purchase | 10/22/2025 | 5,000.00 | $186.2944 | ($931,472.00) |
| Purchase | 12/11/2025 | 10,000.00 | $185.6942 | ($1,856,942.00) |
| Purchase | 12/12/2025 | 12,000.00 | $182.6269 | ($2,191,522.80) |
| Purchase | 1/2/2026 | 10,000.00 | $176.4992 | ($1,764,992.00) |
| *Total Class Period Purchases* | | **427,000.00** | | **($79,075,667.54)** |
| | | | | |
| Sale | 8/1/2025 | -40,000.00 | $182.9893 | $7,319,572.00 |
| Sale | 8/5/2025 | -80,000.00 | $183.8889 | $14,711,112.00 |
| Sale | 8/6/2025 | -60,000.00 | $186.6933 | $11,201,598.00 |
| Sale | 8/7/2025 | -20,000.00 | $186.5594 | $3,731,188.00 |
| Sale | 1/28/2026 | -45,000.00 | $140.5162 | $6,323,229.00 |
| Sale | 1/29/2026 | -45,000.00 | $143.0633 | $6,437,848.50 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 1/30/2026 | -20,000.00 | $144.8582 | $2,897,164.00 |
| Sale | 1/30/2026 | -20,000.00 | $146.4037 | $2,928,074.00 |
| Sale | 2/2/2026 | -20,000.00 | $148.1261 | $2,962,522.00 |
| Sale | 2/3/2026 | -10,000.00 | $146.6057 | $1,466,057.00 |
| Sale | 2/4/2026 | -10,000.00 | $147.6747 | $1,476,747.00 |
| Sale | 2/5/2026 | -40,000.00 | $147.5362 | $5,901,448.00 |
| Sale | 2/6/2026 | -17,000.00 | $150.1228 | $2,552,087.60 |
| **Total Class Period Sales Matching to Class Period Purchases** | | **-427,000.00** | | **$69,908,647.10** |
| | | | | |
| Retained Shares [1] | | 0.00 | $128.6362 | $0.00 |
| | | | **FIFO/LIFO Gain/(Loss):** | **($9,167,020.44)** |

[1] Shares retained at the end of the Class Period (if any) are valued at the average price from April 17, 2026 to July 15, 2026.