# EXHIBIT E



*Uncompromising Advocacy.*
*Unprecedented Results.*

# Firm Resume

www.bfalaw.com



www.bfalaw.com

# Overview

Bleichmar Fonti & Auld LLP ("BFA" or the "firm") is a leading class action law firm founded in 2014 and based in New York City with additional offices in Los Angeles, California; Wilmington, Delaware; Toronto, Ontario; and Westchester, New York. The firm focuses on securities fraud class actions and other investment and consumer-related matters on behalf of a wide range of domestic and international clients, including some of the largest institutional investors and asset managers in the world.

Since 2014, BFA has recovered over $2.3 billion for investors. This track record reflects the long and extensive experience of the firm's partners in the last two decades prosecuting securities class actions. Most recently, BFA received court approval of a $110 million settlement in a corporate governance action against Wells Fargo & Co., a resolution that the court described as representing the "gold standard." The settlement provides $100 million in mortgage assistance to benefit low- and moderate-income borrowers and requires $10 million to be paid by the insurer of the Board of the Director Defendants to Wells Fargo. BFA also recently received court approval of a settlement against certain current and former members of Tesla's Board of Directors. In addition to the Director Defendants agreeing to implement significant corporate governance reforms, they returned to Tesla the value of over 3.1 million options, which, by using an agreed-upon valuation methodology, values the settlement at $919 million. This settlement is the largest derivative settlement ever in Delaware.

Indeed, BFA has repeatedly been in the top 10 and 15 in total monetary recoveries in securities class actions. In 2022, for example, BFA's $420 million settlement with Teva Pharmaceutical Industries, Ltd. was number two in a list of the *Top U.S. Shareholder Class Actions of 2022* as reported by ISS Insights, and, with BFA's $129 settlement with Granite Construction, Inc., BFA was the only law firm to place twice on ISS's top 10 list for 2022 as sole lead counsel. These results also placed BFA as a "Top 5" Plaintiff Law Firm based on 2022 securities settlements achieved, as reported by ISS.

BFA's founding partners have worked together for over two decades, recovering billions of dollars for investors. In the last ten years, BFA's partners have represented lead plaintiffs in more than a dozen securities class actions. Our partners are supported by a team recruited for their excellence and dedication to our practice, as they carefully built a talented team who have collaborated for years, ensuring a wealth of experience to draw on for our clients.

Our attorneys are nationally recognized as leading litigators in the field of securities litigation, and our achievements have been profiled in a variety of national publications, including *The Wall Street Journal*, *The New York Times*, *Law 360*, the *National Law Journal's* "Plaintiffs' Hot List," *Lawdragon*, and *The Legal 500*. We are also frequently asked to comment on breaking developments in financial fraud, securities, and other investment-related issues.

# Securities Litigation Highlights

BFA partners have represented lead plaintiffs in dozens of securities class actions, as well as investors in direct actions, including the cases featured below.

| *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd. et al.* | $420 Million Settlement |
|---|---|

| | |
|---|---|
| COURT | District of Connecticut, No. 17-cv-00558 |
| CLIENTS | Ontario Teachers' Pension Plan Board and Anchorage Police and Fire Retirement System |
| ATTORNEYS | Joseph A. Fonti, Javier Bleichmar, Evan A. Kubota, Benjamin F. Burry, Sara Pildis Simnowitz, Thayne Stoddard |

## Background

Plaintiffs alleged that the company and its senior management made materially false and misleading statements that concealed that Teva had engaged in a multi-year scheme to exponentially increase generic drug prices across its portfolio, in some instances by more than 1,000%. Often, these increases were in lock-step with so-called competitors.

## BFA's Role

BFA was sole Lead Counsel for the Class and Court-appointed Lead Plaintiff Ontario Teachers' and named plaintiff Anchorage Police and Fire Retirement System.

## Status

On June 2, 2022, BFA secured final approval of the $420 million settlement after five years of hard-fought litigation, including the Court's certification of the class and the Second Circuit's denial of defendants' attempt to appeal class certification, completing intensive fact and expert discovery, and preparing a summary judgment motion. This represents the second-

largest class settlement in the history of the District of Connecticut (where the case was pending), the fourth-largest within the Second Circuit (excluding cases arising from restatements or the 2008-09 financial crisis), and among the five largest securities settlements against a pharmaceutical manufacturer. No objections were filed. BFA's effort required over 77,000 hours of work, investing nearly $10 million in litigation and expert expenses, and navigating both Teva's financial distress and competing civil and criminal actions arising from the same alleged pricing conduct (including Teva USA's 2020 indictment by the U.S. Department of Justice). The resulting $420 million settlement was the first meaningful recovery related to this conduct.

In approving the settlement, Judge Underhill described Teva as "the most complex securities case I've ever had" and a "remarkably complex" case that "required analysis of a very broad portfolio of drugs." Judge Underhill praised BFA's work, stating, "The quality of the representation was excellent in the face of very quality defense . . . This was not a case that every law firm could handle, and I think it was done exceptionally well."

| *The Police Retirement System of St. Louis v. Granite Construction Incorporated, et al.* | **$129 Million Settlement** |
| --- | --- |

| COURT | Northern District of California, No. 19-cv-04744 |
| --- | --- |
| CLIENTS | The Police Retirement System of St. Louis |
| ATTORNEYS | George N. Bauer, Javier Bleichmar, Benjamin F. Burry, Evan A. Kubota, Ross Shikowitz, Sara Pildis Simnowitz, Thayne Stoddard |

## Background

Plaintiffs alleged that Granite and its senior management fraudulently misrepresented the impact of several of the company's largest joint venture construction projects on Granite's business. Specifically, plaintiffs asserted that Granite and its senior management understated the significant cost overruns and schedule delays the Company was experiencing as well as their impact on Granite's financial statements.

## BFA's Role

BFA was sole Lead Counsel for Court-appointed Lead Plaintiff the Police Retirement System of St. Louis.



## Status

The Court appointed the Police Retirement System of St. Louis on November 26, 2019 and approved its choice of BFA as Lead Counsel on January 16, 2020. BFA filed an amended complaint on February 20, 2020. In May 2020, Judge Alsup denied defendants' motion to dismiss. In January 2021, Judge Alsup certified the class, naming the Police Retirement System of St. Louis as class representative and BFA as class counsel. After beginning discovery and taking a number of depositions, the parties reached a $129 million settlement.

On March 17, 2022, Judge Alsup granted final approval of the settlement. In approving the settlement, Judge Alsup noted that the "$129 million settlement flowed from the hard work of class counsel, the discovery they took, the investigations they did, and their victories in court." He further observed that "the $129 million settlement is almost entirely the result of the hard work of class counsel," that "[c]lass counsel investigated this case in great depth," and that class counsel's efforts "plausibly led to a restatement" whereby Granite admitted that its financial statements could no longer be relied upon.

At the time, the settlement was the third largest approved in the Northern District of California in the last decade. The settlement promises to compensate investors for 20-30% of their estimated damages, which exceeds by nearly 400% the average rate of recovery in cases alleging claims under Section 10(b) of the Securities Exchange Act of 1934.

| *MTA v. Allianz Global Investors U.S., L.L.C.* | Settled |
|---|---|

| | |
|---|---|
| COURT | Southern District of New York, No. 20-cv-07842 |
| CLIENTS | Metropolitan Transportation Authority |
| ATTORNEYS | Javier Bleichmar, George Bauer |

## Background

Since 2008, the Metropolitan Transportation Authority ("MTA") invested nearly $200 million in Allianz Global Investor's ("AllianzGI") Structured Alpha funds. Due to AllianzGI's negligent and imprudent trading strategies and its failure to implement adequate risk management procedures, despite its commitment to do so, the MTA lost over 90% of its investment. AllianzGI's failure cost the MTA and similar institutional investors hundreds of millions of dollars.



## BFA's Role

BFA represented the MTA in their suit against AllianzGI.

## Status

BFA filed a complaint against AllianzGI on behalf of the MTA in September 2020. On September 30, 2021, the Court denied defendants' motion to dismiss. The parties reached a confidential settlement on May 17, 2022.

| *In re Talis Biomedical Securities Litigation* | **$32.5 Million Settlement** |
|---|---|

| COURT | Northern District of California, No. 3:22-cv-00105 |
|---|---|
| CLIENTS | Individual Investors |
| ATTORNEYS | Joseph A. Fonti, Evan Kubota |

## Background

Plaintiffs allege that the company, its senior officers and directors, as well as the underwriters for Talis's initial public offering ("IPO") violated Sections 11 and 15 of the Securities Act of 1933 by misrepresenting the effectiveness, regulatory status, and ability to manufacture the company's "Talis One" COVID-19 test in the offering documents for the IPO.

## BFA's Role

BFA was appointed co-Lead Counsel for the putative class on June 3, 2022.

## Status

BFA filed a second amended class action complaint on January 13, 2023. On April 28, 2023, Judge Susan Illston denied defendants' motion to dismiss. Lead Plaintiff Martin Dugan's motion for class certification was granted on February 9, 2024. On March 21, 2025, Judge Illston granted final approval of a $32.5 million class settlement, stating during the approval hearing that the settlement was "excellent."

| *Bilinsky v. Gatos Silver, Inc.* | **$21 Million Settlement** |
|---|---|



| | |
|---|---|
| COURT | District of Colorado, No. 22-cv-00453 |
| CLIENTS | Individual Investors |
| ATTORNEYS | Joseph A. Fonti, Evan A. Kubota, Benjamin F. Burry, Thayne Stoddard |

## Background

Plaintiffs allege that Gatos and its senior management made materially false and misleading statements and concealed the fact that a key technical report for its Cerro Los Gatos silver mine located in Chihuahua, Mexico contained significant errors and overestimated the mineral reserves in the mine by as much as 50%. Plaintiffs pursue claims against the company and its executives under the Securities Exchange Act of 1934 and claims against the company, its executives, and directors under the Securities Act of 1933.

## BFA's Role

BFA is sole Lead Counsel for the putative class.

## Status

BFA filed an amended class action complaint on August 15, 2022. Following completion of motion to dismiss briefing and a fulsome mediation, BFA achieved a $21 million settlement. The proposed settlement represents an outstanding result given Gatos's serious financial constraints, the maximum theoretical damages, and the risks of continued litigation. On October 15, 2024, the Court granted final approval of the settlement.

| *Lozada v. TaskUs, Inc.* | **$17.5 Million Settlement** |
|---|---|
| COURT | Southern District of New York, No. 22-cv-01479 |
| CLIENTS | Oklahoma Firefighters Pension and Retirement System and Individual Investors |
| ATTORNEYS | Joseph A. Fonti, Javier Bleichmar, Nancy A. Kulesa, Evan Kubota, Thayne Stoddard |

## Background

Plaintiffs alleged that from June 11, 2021 to January 19, 2022, and in the offering documents for TaskUs's June 2021 IPO and October 2021 secondary public offering, defendants made false and misleading statements touting TaskUs's low employee attrition rate and its industry-leading Glassdoor rating. These statements were false and misleading because, in truth, TaskUs suffered from high employee attrition and its Glassdoor rating was the product of reviews that TaskUs required new hires to submit during training, before they experienced the disappointing reality of working at TaskUs. Plaintiffs alleged violations of the Securities Act of 1933 and the Securities and Exchange Act of 1934.

## BFA's Role

BFA is Lead Counsel representing Court-appointed Lead Plaintiff Humberto Lozada, Named Plaintiff Oklahoma Firefighters Pension and Retirement System, and the putative class.

## Status

On January 5, 2024, the Court granted in part and denied in part defendants' motion to dismiss the amended complaint, sustaining claims under Sections 11 and 15 of the Securities Act based on Lead Plaintiff's allegations that: (i) statements that TaskUs experienced "low attrition" were false and misleading because TaskUs did not in fact have "low attrition"; and (ii) statements touting TaskUs's Glassdoor rating were misleading in suggesting the rating was the product of a uniquely strong workplace culture rather than the result of a policy requiring new hires to submit Glassdoor reviews. The Court also sustained claims under Sections 10 and 20 of the Exchange Act arising from the statements regarding low attrition.

After securing extensive document discovery, and completing 13 fact depositions and three expert depositions, on February 24, 2025, BFA filed a motion with the Court seeking preliminary approval of a $17.5 million proposed settlement. On June 13, 2025, the Court granted preliminary approval of the settlement, and on December 4, 2025, the Court granted final approval of the settlement.

| *Ciarciello v. Bioventus Inc.* | $15.25 Million Settlement |
|---|---|
| COURT | Middle District of North Carolina, No. 23-cv-00032 |
| CLIENTS | Wayne County Employees' Retirement System |



| ATTORNEYS | Joseph A. Fonti, Javier Bleichmar, Evan A. Kubota, Nancy A. Kulesa, George Bauer, Benjamin Burry, Thayne Stoddard |
|---|---|

## Background

Plaintiffs allege that in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, from February 11, 2021 to March 30, 2023, defendants misrepresented and concealed: (1) deficiencies in Bioventus's internal controls over financial reporting and disclosure controls and procedures; (2) that Bioventus improperly accounted for rebates, in violation of Generally Accepted Accounting Principles, leading to materially inflated financial statements; and (3) that Bioventus had successfully offset the impact of a Medicare pricing shift on its key products.

## BFA's Role

BFA is sole Lead Counsel representing Court-appointed Lead Plaintiff Wayne County Employees' Retirement System and the putative class.

## Status

BFA filed an amended complaint on June 12, 2023, which defendants moved to dismiss on July 17, 2023. In response, BFA filed a second amended complaint on July 31, 2023. On November 6, 2023, the Court denied defendants' motion to dismiss the Exchange Act claims.

On December 18, 2024, the Court granted final approval of the $15.25 million class action settlement. The settlement represents a recovery of over 10.8% of the maximum estimated damages, and as much as 27% of potential triable damages. The recovery is more than double the 4.5–4.8% average recovery in Section 10(b) cases between 2014-2023.

In granting final approval, Judge Eagles noted that BFA's attorneys "are recognized nationally in the field of securities litigation" and that they "pursued the interests of the class zealously," specifically highlighting their efforts to ensure timely payment of the full settlement amount "when one of the defendants' insurers failed to pay settlement funds on time." The Court also commended BFA for "concentrat[ing] its efforts among a small number of attorneys to ensure work was done efficiently and without unnecessary duplication."

| *Colwell v. Exicure Inc.* | **$5.625 Million Settlement** |
|---|---|

| COURT | Northern District of Illinois, No. 21-cv-06637 |
|---|---|

CLIENTS         Individual Investors

ATTORNEYS       Joseph A. Fonti, Evan A. Kubota

## Background

The amended complaint alleges that from January 7, 2021 to December 10, 2021, defendants misrepresented the results of Exicure's XCUR-FXN preclinical program for the treatment of Friedreich's ataxia ("FA") in public presentations and SEC filings, concealing serious improprieties committed by a senior researcher in the preclinical program. The initial complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

## BFA's Role

BFA was appointed as Lead Counsel for the putative class on March 20, 2023.

## Status

The Court appointed BFA client James Mathew as Lead Plaintiff on March 20, 2023. BFA filed a second amended complaint on May 26, 2023. On September 6, 2024, BFA moved for preliminary approval of a $5.625 million class settlement, representing over 22% of maximum estimated damages. The Court granted final approval on January 13, 2025.

---

### *Owen v. Elastos Foundation*                          $2 Million Settlement

COURT           Southern District of New York, No. 19-cv-05462

CLIENTS         Individual Investors

ATTORNEYS       Javier Bleichmar, George Bauer

## Background

Lead Plaintiffs allege that the defendants offered and sold unregistered securities in the form of ELA Tokens, which the defendants marketed as the "intrinsic token on the Elastos blockchain" that could "be used for trading, investing in digital assets, paying for blockchain processing fees and so on."  Defendants offered or sold the ELA Tokens in an initial coin offering ("ICO") in January 2018, in the secondary market, and in a "Lock-In" program,

whereby Elastos offered investors additional ELA Tokens in exchange for the investors agreeing not to sell their tokens for a predetermined length of time. Lead Plaintiffs allege violations of Sections 5, 12(a)(1), and 15 of the Securities Act of 1933, and the case raises complex and novel issues concerning the application of the Securities laws to digital assets.

## BFA's Role

BFA was appointed Lead Counsel for the putative class on May 26, 2020.

## Status

After nearly four years of hard-fought litigation, the Parties reached a proposed settlement on behalf of ELA token investors. On August 23, 2023, the Court granted preliminary approval of the proposed class action settlement. On December 26, 2023, the Court granted final approval of the $2 million settlement.

| *Albert Chow v. Enochian Biosciences Inc. et al* | Settlement Pending |
|---|---|

| | |
|---|---|
| COURT | Central District of California, No. 22-cv-01374 |
| CLIENTS | Individual Investors |
| ATTORNEYS | Joseph A. Fonti, George Bauer |

## Background

Plaintiffs allege that from January 17, 2018 through June 27, 2022, Enochian and its senior management misrepresented the qualifications of Serhat Gumrukcu, the Company's founder and "Inventor." Defendants repeatedly represented Gumrukcu as a medical doctor and world-class disease researcher to the public and based the Company's entire business model on his purported HIV cure. In truth, Gumrukcu was not a doctor, not a medical researcher, and had a long history of fraudulent business dealings and criminal activity. Gumrukcu is currently imprisoned and awaiting trial on murder charges stemming from allegations that he paid a hitman to kill a former business associate to prevent the associate from derailing Gumrukcu's work with Enochian.

## BFA's Role

The Court appointed BFA as Lead Counsel for the putative class on October 22, 2023.

## Status

On June 28, 2024, the Court denied Enochian's Motion to Dismiss in its entirety from the bench after oral argument from both parties. At the hearing, Judge Holcomb commended counsel for "excellent briefing [and] argument" and said he "wish[ed] all lawyers were as skilled and prepared as you are." Following a full-day mediation session, and continued further negotiations, the parties accepted a mediator's recommendation to settle the case. On December 9, 2024, BFA filed an unopposed motion for preliminary approval of the proposed class action settlement, which was granted on August 18, 2025. BFA filed a motion for final approval of the settlement on October 21, 2025.

| *Peters v. Twist Bioscience Corp.* | **Settlement Pending** |
|---|---|

| | |
|---|---|
| COURT | Northern District of California, No. 22-cv-08168 |
| CLIENTS | Policemen's Annuity and Benefit Fund of Chicago |
| ATTORNEYS | Joseph A. Fonti, Nancy A. Kulesa, George Bauer, Benjamin Burry |

## Background

Plaintiffs allege that from December 13, 2019 through November 14, 2022, Twist and its senior management misrepresented that the company possessed innovative proprietary technology to produce synthetic DNA at a higher quality and lower cost than competitors, positioning Twist for significant future growth. Plaintiffs further allege that defendants engaged in accounting improprieties to conceal the scheme.

## BFA's Role

The Court appointed BFA as Lead Counsel to represent Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago on July 28, 2023.

## Status

An amended complaint was filed on October 11, 2023. Defendants filed a motion to dismiss on December 6, 2023 and Plaintiffs filed their opposition on January 26, 2024. The Court denied Defendants' motion to dismiss on September 3, 2025.

After securing meaningful discovery, on April 30, 2026, BFA filed a motion for preliminary approval of a $17.05 million settlement of the action.



| *Nixon v. CVS Health Corporation* | **Case Status: Pending** |
|---|---|

| | |
|---|---|
| COURT | Southern District of New York, No. 24-cv-05303 |
| CLIENTS | Southeastern Pennsylvania Transportation Authority and City of Miami Fire Fighters' and Police Officers' Retirement Trust |
| ATTORNEYS | Javier Bleichmar, Erin H. Woods, Evan Kubota, George Bauer |

## Background

This case arises from CVS's misrepresentations regarding its ability to control medical costs and health care utilization patterns in its Health Care Benefits segment. During the relevant period, the company represented that its "integrated health care model…lowers overall health care costs" and that its "Health Care Benefits segment is expected to continue to benefit from Medicare and Commercial membership growth."  In truth, however, CVS concealed the impact that escalating medical cost trends and health care utilization patterns had on the company at the time.

## BFA's Role

BFA was appointed as Co-Lead Counsel for the putative class on December 5, 2024.

## Status

BFA filed the amended complaint on March 4, 2025. Defendants moved to dismiss the amended complaint on May 9, 2025, and the motion is pending.

| *Lucid Alternative Fund, LP v. Five9, Inc.* | **Case Status: Pending** |
|---|---|

| | |
|---|---|
| COURT | Northern District of California, No. 24-cv-08725 |
| CLIENTS | Lucid Alternative Fund, LP |
| ATTORNEYS | Joseph A. Fonti, George N. Bauer, Benjamin F. Burry, William Green |

## Background

This case concerns Five9's misrepresentations regarding the purported strength of the company's net new business bookings and visibility into its installed customer base. During the relevant period, Five9 stated its "net new business" experienced "very strong bookings momentum," was "knocking down some of the largest enterprise brands," and was "strong irrespective of the macro" environment. In truth, when these statements were made, Five9 was in the throes of a "challenging bookings quarter" due to constrained and scrutinized customer budgets and sales execution issues, forcing the company to cut its annual revenue guidance and take remedial action to address sales execution issues.

## BFA's Role

BFA was appointed Lead Counsel on March 18, 2025.

## Status

BFA filed the amended complaint on May 30, 2025. Defendants moved to dismiss on July 29, 2025, and the plaintiff filed an opposition on September 26, 2025. A hearing on Defendants' motion to dismiss was held on December 18, 2025. On February 23, 2026, the Court denied Defendants' motion to dismiss, and the case will proceed to discovery.

| *Tiessen v. The Toronto-Dominion Bank et al.* | **Case Status: Pending** |
| --- | --- |

| COURT | Southern District of New York, No. 24-cv-08032 |
| --- | --- |
| CLIENTS | Individual Investor |
| ATTORNEYS | Joseph Fonti, Javier Bleichmar, George Bauer, Benjamin Burry, Ross Shikowitz, Adam McCall, Nicholas Dennany |

## Background

This case arises from Defendants' misrepresentations regarding The Toronto-Dominion Bank's ("TD") Bank Secrecy Act and anti-money laundering ("AML") controls, processes, and procedures. Defendants assured investors the Company was "committed to taking all reasonable and appropriate steps to detect and deter persons engaged in money laundering from utilizing TD products or services." TD also touted its "Risk Governance Structure" through which the Company's Audit Committee purportedly "[o]versaw the execution and ongoing effectiveness" of TD's AML controls to ensure that money laundering is

"appropriately identified and mitigated." And in 2023, when investors started to learn that TD's regulators were investigating the adequacy of the Company's AML procedures, Defendants minimized and downplayed the extent of the problems with TD's AML controls.

In truth, from January 2014 to October 2023, "pervasive" and "systemic deficiencies" plagued TD's AML controls. Despite these "known" and "glaring deficiencies," Defendants "chose profits over compliance" and "failed to appropriately fund and staff [TD's] AML program, opting to postpone and cancel necessary AML projects" to keep costs down because "senior executives" required TD's annual budget not increase. As a result, from January 2018 to April 2024, TD failed to monitor most of its transactions which allowed criminals to launder hundreds of millions of dollars using the Company's products and services.

## BFA's Role

BFA was appointed as Lead Counsel for the putative class on January 16, 2025.

## Status

BFA filed an amended complaint on April 1, 2025. Defendants filed a motion to dismiss on May 30, 2025, and the parties are awaiting the Court's decision.

| *In re MF Global Holdings Ltd. Securities Litigation* | **$234.3 Million Settlement** |
|---|---|
| COURT | Southern District of New York, No. 11-cv-07866 |
| CLIENTS | Alberta Investment Management Corp. ("AIMCo") |
| ATTORNEYS | Javier Bleichmar, Dominic Auld |

## Background

This litigation arose from MF Global's dramatic bankruptcy in October 2011. Plaintiffs alleged that defendants misrepresented the company's risk controls, liquidity position, and exposure to European sovereign debt, and failed to properly account for its deferred tax assets.

## BFA's Role

BFA represented Court-appointed Co-Lead Plaintiff AIMCo. Partners Javier Bleichmar and Dominic Auld represented AIMCo in this case since its inception in November 2011, and served as Court-appointed Co-Lead Counsel for the putative class since January 2012. When

BFA launched in August 2014, the Court approved AIMCo's selection of BFA to serve as Co-Lead Counsel for the putative class, continuing the core litigation team's representation.

## Status

Lead Counsel achieved five partial settlements valued at a total of just over $234 million on behalf of investors: (1) a $74 million settlement with Goldman Sachs and certain other underwriters of the company's securities; (2) a $64.5 million settlement with former officers and directors, including MF Global's former CEO Jon Corzine; (3) a $65 million settlement with auditor PricewaterhouseCoopers; (4) a $29.825 million settlement with Jefferies and other underwriters of the final bond offering issued during the Class Period; and (5) a separate $932,828 settlement with another underwriter defendant associated with that last offering. These settlements represent a recovery of as much as 35% of the estimated recoverable damages available at trial – an excellent result, particularly in light of the issuer's bankruptcy.

These settlements were achieved after years of hard-fought litigation. Following the Court's decision sustaining the Complaint and denying defendants' six motions to dismiss in their entirety, Co-Lead Counsel reviewed millions of documents produced by defendants and third-parties, and conducted more than 50 depositions of former employees of MF Global and other key witnesses, including four days of testimony from former CEO Jon Corzine. The Court granted Plaintiffs' motion for class certification on October 14, 2015, which assisted in achieving the settlements.

| *In re Genworth Financial Inc. Securities Litigation* | **$219 Million Settlement** |
|---|---|

| | |
|---|---|
| COURT | Eastern District of Virginia, No. 14-cv-00682 |
| CLIENTS | Alberta Investment Management Corp. ("AIMCo") |
| ATTORNEYS | Joseph A. Fonti |

## Background

Plaintiffs alleged that defendants misrepresented the profitability of the company's core business and reported false financial results by grossly understating long-term care insurance reserves. When Genworth announced a $531 million charge to its reserves, the company's stock price fell more than 55%—wiping out billions in market capitalization—and credit rating agencies downgraded the company and its corresponding debt to "junk" status.

## BFA's Role

BFA represented Court-appointed Co-Lead Plaintiff AIMCo. In November 2014, the Court approved AIMCo's selection of BFA to serve as Co Lead Counsel for the putative class.

Notably, BFA secured one of the most thoroughly reasoned, investor-oriented decisions after the then-recent decision in *Omnicare v. Laborers District Council Construction Industry Pension Fund*, 135 S. Ct. 1318 (2015). The District Court ruled that Lead Plaintiffs had sufficiently pled that defendants' statements were intended to mislead investors and to provide false assurances regarding the company's reserves. The District Court also largely sustained allegations that defendants falsely certified that the company's internal controls were adequate.

## Status

On March 10, 2016, Genworth announced a proposed settlement of $219 million, the largest securities class action recovery achieved in the Eastern District of Virginia, and as much as 44% of estimated recoverable damages available at trial. BFA and AIMCo sought and achieved a significant contribution from the company beyond available insurance; despite significant liquidity issues, the company paid $69 million, and the remaining $150 million was funded by insurance.

The settlement was reached after 15 months of intense and complex litigation. The Eastern District of Virginia is known as the "rocket docket" for its rapid disposition of cases and strict adherence to schedule deadlines. In December 2014, Lead Plaintiffs filed a consolidated complaint and, in February 2015, defendants filed a motion to dismiss. Partner Joseph A. Fonti successfully argued against the motion on April 28, 2015, and the securities fraud claims were sustained on May 1, 2015. Lead Plaintiffs filed their motion for class certification on December 3, 2015; fact discovery closed on January 15, 2016; and expert discovery closed on February 11, 2016. In effect, BFA conducted two to four years of litigation in just 15 months. This effort included more than 20 depositions, extensive trial preparation, and full briefing on motions for class certification and summary judgment. At the time of settlement, BFA attorneys were preparing for trial, which was scheduled to begin on May 9, 2016.

| *In re Weatherford International Securities Litigation* | $120 Million Settlement |
|---|---|

| | |
|---|---|
| COURT | Southern District of New York, No. 12-cv-02121 |
| CLIENTS | Anchorage Police and Fire Retirement System |

**ATTORNEYS**    Javier Bleichmar

## Background

Plaintiffs alleged that Weatherford, one of the world's largest oil and gas servicing companies, issued false financial statements that misled investors about its tax structure and internal controls. The company allegedly overstated its earnings by more than $900 million and was forced to issue three restatements due to its failure to comply with Generally Accepted Accounting Principles.

## BFA's Role

BFA represented Court-appointed Co-Lead Plaintiff Anchorage Police and Fire Retirement System, and BFA partner Javier Bleichmar represented Anchorage continuously since the case was filed in March 2012.

## Status

In June 2015, the company agreed to settle all claims for $120 million of out-of-pocket cash, with no available insurance, or as much as 30% of recoverable damages available at trial. Achieving this settlement required more than three years of intense litigation, including defeating defendants' motion to dismiss in its entirety; obtaining class certification; completing fact discovery, after more than 20 depositions and the review of more than eight million pages of documents; filing four expert reports; and preparing for expert discovery and summary judgment.

| *In re Computer Sciences Corp. Securities Litigation* | **$97.5 Million Settlement** |
| --- | --- |

| | |
| --- | --- |
| COURT | Eastern District of Virginia, No. 11-cv-00610 |
| CLIENTS | Ontario Teachers' Pension Plan Board |
| ATTORNEYS | Joseph A. Fonti |

## Background

Plaintiffs alleged that the company and two of its executive officers misrepresented (i) a multi-billion-dollar contract with the United Kingdom's National Health Service, and (ii) that the company's internal controls were adequate.

## BFA's Role

BFA partners Javier Bleichmar, Joseph A. Fonti, and Dominic Auld represented Court-appointed Lead Plaintiff Ontario Teachers' at all stages of this case. Upon the founding of the firm, the Court approved Ontario Teachers' Pension Plan Board's selection of BFA as counsel, continuing the team's representation.

## Status

On September 2013, the Court granted final approval to the $97.5 million settlement. At that time, the settlement was the second largest all cash recovery achieved in the Eastern District of Virginia, and represented as much as 38% of recoverable damages at trial.

| *In re Celestica Inc. Securities Litigation* | **$30 Million Settlement** |
|---|---|

| | |
|---|---|
| COURT | Southern District of New York, No. 07-cv-00312 |
| CLIENTS | New Orleans Employees' Retirement System |
| ATTORNEYS | Joseph A. Fonti |

## Background

Plaintiffs alleged false and misleading statements relating to a significant corporate restructuring plan, earnings, profitability, and financial outlook. When Celestica ultimately disclosed the truth, its stock price dropped 50%, reducing market capitalization by $1.3 billion.

## BFA's Role

BFA partners Joseph A. Fonti and Erin Woods represented Lead Plaintiffs in this litigation. Notably, Joseph was successful in arguing before the Court of Appeals for the Second Circuit, securing an investor-oriented interpretation of the pleading standard for scienter. Joseph also successfully argued in favor of plaintiffs' class certification and summary judgment

motions before the District Court, securing the first lower court decision after *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398 (2014) in favor of investors on the issue of class-wide reliance.

## Status

In April 2015, plaintiffs filed a motion for preliminary approval of a proposed $30 million settlement resolving all claims against the company and officer defendants. The final approval hearing was held on July 28, 2015 and, later that day, the Court approved the $30 million settlement.

BFA attorneys have also played key roles in some of the most significant investor protection litigation in recent history, helping shareholders recover significant losses caused by financial misconduct in various industries across the marketplace. Select cases include:

### *In re Broadcom Corp. Class Action Litigation*, No. 06-cv-5036 (C.D. Cal.).

This class action against Broadcom was based on allegations that the company inflated its stock price by intentionally backdating its stock option grants for over five years. Ultimately, the company was forced to issue a $2.2 billion restatement of its financial statements for the period spanning from 1998 through 2005, which became the largest restatement ever due to options backdating.

The company acknowledged the "substantial evidence" of backdating, and lead plaintiffs secured a $173.5 million settlement, which, at the time, was the second largest cash settlement ever involving a company accused of options backdating. This was also the only such case in which claims against the auditors were sustained.

### *In re HealthSouth Corp. Securities Litigation*, No. 03-cv-1501-S (N.D. Ala.).

This case involved the largest securities fraud ever arising out of the healthcare industry, and ultimately resulted in a total settlement amount of $804.5 million for the class. The class action involved claims against HealthSouth for falsifying its revenues and conducting a series of acquisition transactions in order to effectuate a massive fraud against the Medicare system.

False statements by the company and its officers led to the inflation of HealthSouth's stock price, while at the same time company executives were amassing significant personal wealth by selling their own shares of HealthSouth stock.

Significantly, the litigation also resulted in the recovery of $109 million from HealthSouth's outside auditor Ernst & Young LLP, one of the largest recoveries to date against an auditing firm.

***In re Schering-Plough Corp. / ENHANCE Securities Litigation***, No. 08-cv-397 (D.N.J.).

Lead Plaintiffs brought litigation in the District of New Jersey against Schering Plough Corporation and Merck/Schering-Plough Pharmaceuticals, and certain company officers, in In re Schering-Plough Corp. / ENHANCE Securities Litigation, alleging that they failed to disclose material information about the prospects of cholesterol-lowering drugs.

After nearly six years of litigation, defendants agreed to pay $473 million to settle the matter on the eve of trial. This marked the largest securities class action recovery in history obtained from a pharmaceutical company. Together with a related securities class action against Merck, the ENHANCE litigation settled for $688 million.

# Corporate Governance Highlights

| *The Police and Fire Retirement System of the City of Detroit v. Elon Musk, et al.* | **$919 Million Settlement** |
|---|---|

| COURT | Court of Chancery of the State of Delaware, No. 2020-0477 |
|---|---|
| CLIENTS | Police and Fire Retirement System of the City of Detroit |
| ATTORNEYS | Joseph A. Fonti, Javier Bleichmar, Derrick Farrell, George Bauer, Nancy A. Kulesa, Matthew Miller, Thayne Stoddard |

## Background

Plaintiffs allege that from 2017 to 2020, certain current and former members of Tesla's Board of Directors (the "Director Defendants") awarded themselves unfair and excessive compensation. This compensation was significantly above the compensation awarded to directors at Tesla's peer companies. Through these awards, plaintiff alleges that the Director Defendants breached their fiduciary duties and unjustly enriched themselves at Tesla's expense.

## BFA's Role

BFA is Co-Counsel representing Plaintiff Police and Fire Retirement System of the City of Detroit.

## Status

BFA filed a complaint on June 17, 2020. On September 17, 2020, the Director Defendants filed an answer to the complaint. Thereafter, the parties engaged in extensive discovery: Plaintiff served numerous written discovery requests on Defendants, served 23 third-party subpoenas, completed 22 fact witness depositions, and the parties exchanged opening and rebuttal expert reports. On July 14, 2023, the parties agreed to settle the action on terms that amount to one of the largest derivative settlement in the history of the Delaware Court of Chancery.

As reflected in the parties' Stipulation, the settlement, which is valued at over $919 million and resolves claims from 2017 to present, contemplates the following considerations:

- The Director Defendants will return to Tesla the value of over 3.1 million options, which, by using an agreed-upon valuation methodology, are valued at over $735 million.

- Certain Director Defendants will permanently forgo compensation for 2021, 2022, and 2023.

- Tesla and its Board of Directors will implement certain governance reforms regarding director compensation effective for the next five years. These reforms include: (i) conducting an annual review and assessment of director compensation with the assistance of an independent compensation consultant; (ii) providing disclosures to Tesla stockholders regarding the results of the annual review and assessment of director compensation, including any peer group or other comparative data; (iii) submitting proposed director compensation to an approval vote of the majority of Tesla stockholders who are unaffiliated with the Director Defendants and the other members of the current Tesla Board; and (iv) reviewing Tesla's internal controls specific to director compensation and implementing any changes necessary to ensure appropriate administration of director compensation.

The Court approved the settlement on January 8, 2025.

*Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Oklahoma Firefighters Pension and Retirement System v. Calhoun et al. and The Boeing Company*    **Case Status: Pending**

| COURT | Eastern District of Virginia, No. 24-cv-01200; Court of Chancery of the State of Delaware, No. 2024-1210-MTZ |
|---|---|
| CLIENTS | Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio |
| ATTORNEYS | Joseph A. Fonti, Javier Bleichmar, Derrick Farrell, Matthew Miller, Evan A. Kubota |

## Background

Plaintiffs allege that certain of Boeing's current and former board members and senior management, including former CEO David Calhoun, made (or participated in making) public misstatements about Boeing's safety measures and legal compliance.

## BFA's Role

BFA is Counsel for Plaintiffs Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio.

## Status

BFA represents Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio in two derivative actions involving Boeing. The first action is pending in the Eastern District of Virginia. That action alleges that the Company's board and senior management made public misstatements regarding systemic safety and quality issues that impacted Boeing aircraft, leading to the January 2024 incident when a Boeing 737 MAX's door plug blew out at 16,000 feet, causing significant financial, regulatory, reputational, and legal harm to Boeing. On December 20, 2024, U.S. District Judge Leonie Brinkema denied defendants' motion to dismiss as to claims under the Securities Exchange Act of 1934, finding that "plaintiffs have pled with particularity violations of Section 10(b) and 14(a)."  On February 3, 2025, Judge Brinkema advanced the claims to discovery. The parties have completed fact and expert discovery, and the action is currently stayed pending resolution of an appeal in a related case.

The second action is pending in the Delaware Court of Chancery. That action alleges that the Company's board and senior management breached their fiduciary duties by failing to implement and oversee safety and compliance functions that led to systemic quality issues

with Boeing aircraft. On March 20, 2025, Vice Chancellor Morgan T. Zurn appointed Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Oklahoma Firefighters Pension and Retirement System as Lead Plaintiffs and BFA as Co-Lead Counsel.

| *In re Wells Fargo & Co. Consolidated Derivative Shareholder Litigation* | Settlement Pending |
|---|---|

| | |
|---|---|
| COURT | Northern District of California, No. 22-cv-05173 |
| CLIENTS | City of Plantation Police Officers' Retirement Fund, City of Pontiac Reestablished General Employees' Retirement System, and Amy J. Cook |
| ATTORNEYS | Derrick Farrell, Nancy Kulesa, Matthew Miller, Robert Lackey |

## Background

The Wells Fargo Derivative Action consolidates a series of cases brought on behalf of the shareholders of Wells Fargo & Company, alleging (among other things) that its Board of Directors breached their fiduciary duties with regard to Wells Fargo's discriminatory hiring and lending practices.

## BFA's Role

BFA is Co-Lead Counsel representing Co-Lead Plaintiffs the City of Plantation Police Officers' Retirement Fund, the City of Pontiac Reestablished General Employees' Retirement System, and Amy J. Cook.

## Status

BFA and other Co-Lead Counsel filed a consolidated amended complaint on May 10, 2024. Defendants moved to dismiss on June 11, 2024. On September 19, 2024, the Court denied in part defendants' motion to dismiss, finding that the complaint adequately alleged that the Wells Fargo Board "Failed to Implement Reporting Systems and Controls as to the Mission Critical Issue of Fair Lending Compliance." Judge Thompson further wrote that "[t]he Board had no committee charged with direct responsibility to monitor fair lending compliance," it "did not monitor, discuss, or address fair lending compliance on a regular schedule," and "had no regular process or protocols that required management to keep the Board apprised for fair lending compliance practices, risks, or reports." What's more, the Court stated that "[d]uring a key period, management received reports that contained what could be

considered red, or at least yellow, flags [with respect to fair lending compliance], and the Board minutes of the relevant period revealed no evidence that these were disclosed to the Board."

After extensive discovery and protracted settlement negotiations, on October 13, 2025, BFA and its co-counsel moved the Court to preliminarily approve a significant $110 million settlement, which provides $100 million in mortgage assistance to benefit low- and moderate income borrowers and borrowers in low- and moderate-income census tracts, and requires $10 million to be paid by the insurer of the Board of Director Defendants to Wells Fargo. On January 13, 2026, the Court granted preliminary approval of the settlement.

| *Anchorage Police & Fire Retirement System v. Adolf* | **Case Status: Pending** |
|---|---|

| | |
|---|---|
| COURT | Delaware Court of Chancery, No. 2024-0354 |
| CLIENTS | Anchorage Police & Fire Retirement System |
| ATTORNEYS | Javier Bleichmar, Derrick Farrell, Robert Lackey, Matthew Miller |

## Background

On April 3, 2024, Bleichmar Fonti & Auld LLP and Grant & Eisenhofer P.A. filed suit in the Delaware Court of Chancery on behalf of the Anchorage Police & Fire Retirement System (together with the Teamsters Union No. 142 Pension Fund, represented by Labaton Keller Sucharow LLP and Andrews & Springer LLC), regarding breaches of fiduciary duty arising out of the August 31, 2023 buyout (the "Merger") of Focus Financial, Inc. ("Focus") by affiliates of Clayton, Dubilier & Rice, LLC ("CD&R") and affiliates of Stone Point Capital LLC ("Stone Point").

The Merger ascribed Focus with an enterprise value in excess of $7 billion. The terms of the merger were negotiated by conflicted fiduciaries. The complaint identifies Rudy Adolf (Focus' CEO), Rajini Kodialam (Focus' COO), James D. Carey, Fayez S. Muhtadie, and Stone Point as steering the sale process toward CD&R for their own benefit. The complaint further alleges that other directors and officers of Focus breached their fiduciary duties regarding the sale as well. Count V of the Complaint alleges that Goldman Sachs aided and abetted the breaches of fiduciary duty.

## BFA's Role

BFA represents the Anchorage Police & Fire Retirement System in the action. In the oral arguments opposing defendants' motion to dismiss, BFA Partner Derrick Farrell delivered the argument on behalf of the Plaintiffs' coalition.

## Status

The complaint was made public on April 8, 2024. On December 5, 2024, BFA filed an opposition to defendants' motion to dismiss. On April 2, 2025, the Court denied, in part, defendants' motion to dismiss, converting the motion for counts against certain officers and directors of Focus into a motion for summary judgment. Plaintiffs served written discovery on the defendants, and discovery is currently underway for the as-converted motion for summary judgment.

# Team Profiles

### Javier Bleichmar, Partner – New York

| | |
|---|---|
| CONTACT | jbleichmar@bfalaw.com, 212.789.131 |
| BIOGRAPHY | Javier Bleichmar co-founded BFA and leads the firm's U.S. Case Evaluation and U.S. Securities Litigation teams. Click here to view his full biography on the firm's website. |

### Joseph Fonti, Partner – New York / White Plains

| | |
|---|---|
| CONTACT | jfonti@bfalaw.com, 212.789.1342 |
| BIOGRAPHY | Joseph A. Fonti co-founded BFA and leads the firm's U.S. Securities Litigation practice. Click here to view his full biography on the firm's website. |

### Dominic Auld, Partner – Toronto

| | |
|---|---|
| CONTACT | dauld@bfalaw.com, 212.789.1344 |

BIOGRAPHY   Dominic J. Auld co-founded BFA in 2014 and has nearly two decades of experience in representing and advising institutional clients in large-scale securities and investment-related lawsuits. Click here to view his full biography on the firm's website.

## Nancy A. Kulesa, Partner – White Plains

CONTACT   nkulesa@bfalaw.com, 212.789.1343

BIOGRAPHY   Nancy Kulesa is a Partner at BFA, and has secured significant recoveries for institutional investors in securities class actions and shareholder actions while achieving historic corporate governance reforms. Click here to view her full biography on the firm's website.

## Erin H. Woods, Partner – New York

CONTACT   ewoods@bfalaw.com, 212.789.1353

BIOGRAPHY   Erin Woods is Director of Institutional Investor Relations at BFA and the head of the firm's Claims Filing Team. Click here to view her full biography on the firm's website.

## Derrick Farrell, Partner – Wilmington

CONTACT   dfarrell@bflalaw.com, 302.499.2158

BIOGRAPHY   Derrick Farrell is a partner at BFA and leads the firm's Corporate Governance Litigation group. Click here to view his full biography on the firm's website.

## Evan A. Kubota, Partner – White Plains

CONTACT   ekubota@bfalaw.com, 212.789.1347

BIOGRAPHY   Evan Kubota is a partner at BFA, with substantial experience in all stages of securities litigation through trial and appeal. Click here to view his full

biography on the firm's website.

## Ross Shikowitz, Partner – White Plains

CONTACT      rshikowitz@bfalaw.com, 212.789.1349

BIOGRAPHY   Ross Shikowitz is a Partner at BFA, and focuses his practice on investigating, analyzing and prosecuting complex securities matters on behalf of institutional investors. Click here to view his full biography on the firm's website.

## George N. Bauer, Partner – White Plains

CONTACT      gbauer@bfalaw.com, 212.789.3602

BIOGRAPHY   George Bauer is a partner at BFA and represents institutional investors in complex securities and investment-related disputes. Click here to view his full biography on the firm's website.

## Benjamin F. Burry, Partner – White Plains

CONTACT      bburry@bfalaw.com, 212.789.1345

BIOGRAPHY   Benjamin F. Burry is a partner at BFA and concentrates his practice on prosecuting complex securities and investment-related matters on behalf of institutional investors. Click here to view his full biography on the firm's website.

## Matthew Miller, Partner – Wilmington

CONTACT      mmiller@bfalaw.com, 302.499.2360

BIOGRAPHY   Matthew Miller is a partner at BFA who focuses his practice on representing investors in class action and derivative breach of fiduciary duty litigation. Click here to view his full biography on the firm's website.

**BFA**
BLEICHMAR
FONTI & AULD LLP

## Thayne Stoddard, Partner – White Plains

CONTACT        tstoddard@bfalaw.com, 212.789.1355

BIOGRAPHY      Thayne Stoddard is a Partner at BFA and represents investors in complex securities class actions and shareholder derivative suits across the country. Click here to view his full biography on the firm's website.

## Adam C. McCall, Partner – Oakland

CONTACT        amccall@bfalaw.com, 212.789.2303

BIOGRAPHY      Adam C. McCall is a Partner at BFA and advises investors concerning their rights and potential claims in complex securities class actions and shareholder derivative suits nationwide. Click here to view his full biography on the firm's website.

## Lisa Buckser-Schulz, Chief Administrative Partner – White Plains

CONTACT        lbuckserschulz@bfalaw.com, 212.789.3600

BIOGRAPHY      Lisa Buckser-Schultz is BFA's Chief Administrative Partner, and brings a unique combination of legal, financial, and operational expertise, with deep experience in litigation, class action administration, and finance. Click here to view her full biography on the firm's website.

## Kendra Schramm, Of Counsel – White Plains

CONTACT        kschramm@bfalaw.com, 212.789.1358

BIOGRAPHY      Kendra Schramm leads BFA's Global Recovery Services, which advises, and acts in a liaison capacity on behalf of, leading institutional investors in connection with securities and investment-related claims pursued outside the United



States–the majority of which require a client's formal decision to participate. Click here to view her full biography on the firm's website.

## Michael Stiscak, Of Counsel – White Plains

| | |
|---|---|
| CONTACT | mstiscak@bfalaw.com, 212.789.3616 |
| BIOGRAPHY | Mike Stistak is Of Counsel at BFA and joined the firm after serving 32 years with the Chicago Police Department and retiring as a Lieutenant. Click here to view his full biography on the firm's website. |

## Antonio J. Saguibo, Of Counsel – Oakland

| | |
|---|---|
| CONTACT | email@bfalaw.com, 415.445.5600 |
| BIOGRAPHY | Tony Saguibo is Of Counsel at BFA and strengthens the firm's client development objectives by serving as a subject matter expert on the oversight and management of Multiemployer Labor Funds and Collective Bargaining Units within the workplace. Click here to view his full biography on the firm's website. |

## Sara Pildis Simnowitz, Special Counsel – White Plains

| | |
|---|---|
| CONTACT | ssimnowitz@bfalaw.com, 212.789.2309 |
| BIOGRAPHY | Sara Pildis Simnowitz serves as BFA's General Counsel, providing counsel and advice to the firm and its lawyers on a wide range of legal, compliance, ethics, professional responsibility and risk management matters. Click here to view her full biography on the firm's website. |

## Stephanie Bartone, Associate – New York

| | |
|---|---|
| CONTACT | sbartone@bfalaw.com, 212.789.3606 |
| BIOGRAPHY | Stephanie Bartone is an associate at BFA and a member of the Global Recovery Services Group where she advises leading institutional investors on securities |



and investment-related claims pursued worldwide. Click here to view her full biography on the firm's website.

## William E. Freeland, Associate – New York

**CONTACT**   wfreeland@bfalaw.com, 212.789.2305

**BIOGRAPHY**   Billy Freeland is an associate at BFA and prosecutes complex securities class actions and shareholder derivative suits across the country on behalf of investors. Click here to view his full biography on the firm's website.

## Frederick William Green, Associate – New York

**CONTACT**   wgreen@bfalaw.com, 212.789.1348

**BIOGRAPHY**   Frederick William ("Will") is an associate at BFA, focusing on complex securities fraud litigation. Click here to view his full biography on the firm's website.

## Robert B. Lackey, Associate – Wilmington

**CONTACT**   rlackey@bfalaw.com, 302.499.2317

**BIOGRAPHY**   Robert Lackey is an associate at BFA and focuses his practice on representing stockholders in direct and derivative actions in the Delaware Court of Chancery, in addition to other courts. Click here to view his full biography on the firm's website.

## William A. Massa, Associate – White Plains

**CONTACT**   wmassa@bfalaw.com, 212.789.3603

**BIOGRAPHY**   Billy Massa is an associate at BFA and focuses his practice on identifying, investigating, and prosecuting securities fraud class actions. Click here to view his full biography on the firm's website.

## Brandon A. Slotkin, Associate – New York

CONTACT        bslotkin@bfalaw.com, 212.789.3617

BIOGRAPHY     Brandon Slotkin is an associate at BFA and represents investors in securities class actions and related litigation. Click here to view his full biography on the firm's website.

## David Leopard, Associate – New York

CONTACT        dleopard@bfalaw.com, 212.789.1359

BIOGRAPHY     David Leopard is an associate at BFA and represents investors in securities class actions and related litigation. Click here to view his full biography on the firm's website.

## Thomas Allen, Associate – New York

CONTACT        tallen@bfalaw.com, 212.789.3609

BIOGRAPHY     Thomas Allen is an associate at BFA and represents investors in securities class actions and related litigation. Click here to view his full biography on the firm's website.

## Peter Cirka, Associate – Wilmington

CONTACT        pcirka@bfalaw.com, 332.236.8579

BIOGRAPHY     Peter Cirka is an associate at BFA who represents investors in class action and derivative breach of fiduciary duty litigation. Click here to view his full biography on the firm's website.

**BFA**
BLEICHMAR
FONTI & AULD LLP

## Peter Patrikios, Senior Projects Associate – White Plains

CONTACT   ppatrikios@bfalaw.com, 212.789.3607

BIOGRAPHY   Peter Patrikios is a projects associate at BFA, where he is part of the litigation team prosecuting complex securities fraud. Click here to view his full biography on the firm's website.

## Sam Jones, Senior Financial Analyst – Oakland

CONTACT   sjones@bfalaw.com, 415.446.9544

BIOGRAPHY   Sam Jones is a Senior Financial Analyst responsible for monitoring markets and investigating companies for possible violations of the securities laws. Click here to view his full biography on the firm's website.

## Christopher Capuozzo, Director of Client Data & Claims – White Plains

CONTACT   ccapuozzo@bfalaw.com, 212.789.2307

BIOGRAPHY   Chris Capuozzo is Director, Client Data and Claims at BFA, and manages a team of analysts dedicated to the evaluation of client exposure to alleged securities fraud. Click here to view his full biography on the firm's website.

## Elaine Rivera, Deputy Director of Client Data & Claims – New York

CONTACT   erivera@bfalaw.com, 212.789.3604

BIOGRAPHY   Elaine Rivera is a senior data analyst at BFA, where she monitors and analyzes client exposure to financial fraud and evaluates investment losses and potential opportunities for clients to serve as lead plaintiff. Click here to view her full biography on the firm's website.



## Jeffrey Esperance, Senior Data Analyst – New York

**CONTACT**  jesperance@bfalaw.com, 212.789.2306

**BIOGRAPHY**  Jeffrey Esperance is a data analyst at BFA, where he monitors and analyzes client exposure to financial fraud and evaluates investment losses and potential opportunities for clients to serve as lead plaintiff. Click here to view his full biography on the firm's website.

## Umang Narayan Suhalka, Senior Data Analyst – New York

**CONTACT**  usuhalka@bfalaw.com, 212.789.3605

**BIOGRAPHY**  Umang Narayan Suhalka is a data analyst at BFA, where he maintains BFA's proprietary database, monitors and analyzes client exposure to financial fraud, and evaluates investment losses and potential opportunities for clients to serve as lead plaintiff. Click here to view his full biography on the firm's website.

## Alhassan Bah, Data Analyst – White Plains

**CONTACT**  abah@bfalaw.com, 212.789.1351

**BIOGRAPHY**  Alhassan Bah is a data analyst at BFA, where he monitors and analyzes client exposure to financial fraud, and evaluates investment losses and potential opportunities for clients to serve as lead plaintiff. Click here to view his full biography on the firm's website.

## Desiree Torres, Senior Investigator – Oakland

**CONTACT**  dtorres@bfalaw.com, 212.789.3612

**BIOGRAPHY**  Desiree Torres is a senior investigator at BFA, where she works with attorneys to develop facts and witnesses to support the firm's cases. Click here to view her full biography on the firm's website.

**For more information about the firm, please visit** www.bfalaw.com**.**