# EXHIBIT F

# SHAREHOLDER AND SECURITIES FRAUD RESUME



Motley Rice is led by lawyers who received their training and trial experience in complex litigation involving in-depth investigations, discovery battles and multi-week trials.

From asbestos, tobacco and opioids to counter-terrorism, consumer fraud and human rights cases, Motley Rice attorneys have shaped developments in complex U.S. jurisprudence over several decades.

Shareholder litigation is a large portion of our firm's focus as threats to global retirement security have greatly increased.

**Motley Rice seeks to create a better, more secure future for pensioners, unions, government entities and institutional investors through improved corporate governance and accountability.**



# OUR APPROACH TO SECURITIES LITIGATION

Our securities litigation philosophy is straightforward – obtain the best possible results for our clients and any class of investors we represent. Unlike some other firms, we are extremely selective about the cases that we recommend our clients pursue, recognizing that many securities fraud class action cases filed each year are unworthy of an institutional investor's involvement for a variety of reasons.

Our attorneys have substantial experience analyzing securities cases and advising institutional investor clients, whether to seek lead-plaintiff appointment (alone or with a similarly minded group), remain a passive class member, or consider an opt-out case based on the particular factual and legal circumstances of the case.

When analyzing new filings, our attorneys draw upon their securities, business, technology, finance and litigation experience, which is supplemented by our in-house team of paralegals and business data analysts. In addition, the firm has developed close working relationships with widely respected forensic accountants and expert witnesses, whose involvement at the earliest stages of complex cases can be critical to determining the best course of action. If Motley Rice believes that a case deserves an institutional investor's involvement, we provide our clients with a detailed written analysis of potential claims and loss-recoupment strategies.

Motley Rice attorneys have secured important corporate governance reforms and returned money to shareholders in shareholder derivative cases, served as lead or co-lead counsel in several significant, multi-million-dollar securities fraud class actions, and taken leadership roles in cases involving fiduciaries who failed to maximize shareholder value and fulfill disclosure obligations in a variety of merger and acquisition cases.

## Securities Fraud Class Actions

***Leventhal v. Chegg, Inc.,*** No. 5:21-cv-09953 (N.D. Cal.). Motley Rice served as co-lead counsel in this action. Plaintiffs alleged that Chegg, an online learning platform and textbook-rental service, and certain of its executives made materially false and misleading statements about the primary drivers of the company's dramatic increase in subscribers, growth, and revenue during the COVID-19 pandemic. Defendants claimed this growth was due to factors such as an "inevitable" shift in higher education, and was bound to continue, but Plaintiffs successfully alleged Defendants were aware that the temporary spike in demand was due not only to the shift to online learning necessitated by the pandemic but also the fact students were using the platform to cheat on remotely administered assignments and exams.  Motley Rice successfully argued a highly contentious lead plaintiff motion and then the opposition to the defendants' motion to dismiss. The court approved a $55 million settlement in May 2025.

***In re Qualcomm Incorporated Securities Litigation***, No. 3:17-cv-00121-JO-MSB (S.D. Cal.). Motley Rice served as co-lead counsel in this securities fraud class action alleging that Qualcomm and several of its senior executives made material misrepresentations and omissions during the Class Period regarding the company's licensing and business practices—including Qualcomm's alleged bundling of the negotiations and terms of its patent licenses and chipset agreements—which artificially inflated the price of the company's common stock during the Class Period. After seven years of litigation—including extensive fact and expert discovery, surviving multiple motions to dismiss, obtaining class certification, and briefing summary judgment—the Court approved a $75 million settlement in September 2024.

***In re Twitter Inc. Securities Litigation,*** No. 3:16-cv-05314 (N.D.Cal.) Motley Rice, as lead counsel, represented shareholders who alleged they were misled about the social media network's daily user growth during 2015. Twitter executives announced toward the end of 2014 that they expected the company's number of active users would grow to more than half a billion in the intermediate term and would reach heights of more than a billion long term. When the public later learned that actual user growth was slower than anticipated, the company's price per share drastically declined. Motley Rice, as sole lead and co-class counsel, negotiated a $809.5 million settlement days before jury selection in November 2022. The settlement is the largest securities fraud class action recovery in more than a decade in the Ninth Circuit and the second-largest ever in that circuit.

***Boston Retirement System v. Alexion Pharmaceuticals, Inc.,*** No. 3:16-cv-02127-AWT (D. Conn.). Motley Rice, as co-lead counsel, negotiated a $125 million settlement to resolve securities class action claims brought on behalf of certain investors in Alexion Pharmaceuticals, Inc. This action was commenced in late 2016 in the U. S. District Court for the District of Connecticut and alleged Alexion and several of its executives made materially false and misleading statements and omissions with respect to the source of Alexion's reported revenues and Alexion's sales and marketing practices for its flagship drug, Soliris® (eculizumab). The court approved the settlement in December 2023.

---

Prior results do not guarantee a similar outcome.                    Motley Rice LLC • Attorneys at Law

*KBC Asset Management NV v. 3D Systems Corp.,* No. 0:15-cv-02393-MGL (D.S.C.). Motley Rice served as co-lead counsel on behalf of co-lead KBC Asset Management NV in a securities fraud class action on behalf of investors who purchased the common stock of 3D Systems Corporation between October 29, 2013 and May 5, 2015. The suit alleged that 3D and its senior executives concealed material operating, manufacturing, and product quality problems resulting from the company's aggressive acquisition and product growth strategies while touting the company's ability to meet high demand for its direct metal 3D printers. The court denied defendants' motion to dismiss on July 25, 2016, and denied defendants' motion for reconsideration on February 24, 2017. Following discovery, the parties reached an agreement to settle the action for $50 million, which received final approval in June 2018.

*Hatamian v. Advanced Micro Devices, Inc.,* **No. 4:14-cv-00226-YGR (N.D. Cal.).** Motley Rice served as co-lead counsel representing lead plaintiff KBC Asset Management NV in this securities fraud class action on behalf of investors that purchased AMD common stock between April 4, 2011, and October 18, 2012.AMD, a multinational semiconductor manufacturer, allegedly misrepresented and concealed problems affecting the production, launch, demand, and sales of its new "Llano" microprocessor. These problems allegedly led AMD to miss the critical sales period for Llano-based computers and ultimately take a $100 million write-down of by-then obsolete Llano inventory, causing AMD's stock price to fall, and damaging the company's investors. The court granted class certification on March 16, 2016. For the next two years, class counsel obtained and reviewed approximately 2.5 million pages of documents; participated in 34 depositions of fact, expert, and confidential witnesses; retained industry and financial experts; briefed competing motions for summary judgment; and engaged in multiple mediations with defendants. In March 2018, the court approved a $29.5 million settlement.

*Bodner v. Aegerion Pharmaceuticals, Inc., et al.,* **14-cv-10105 (D.Mass.)** Motley Rice served as co-lead counsel on behalf of investors who purchased Aegerion common stock. The suit alleged that Aegerion issued false and misleading statements and failed to disclose, among other things, that (i) the Company illegally marketed the drug JUXTAPID beyond its FDA-approved label, and (ii) the Company was experiencing a higher than expected drop-out rate of patients taking JUXTAPID. A $22.25 million settlement was approved in November 2017.

*In re Barrick Gold Securities Litigation,* No. 1:13-cv-03851-RMB (S.D.N.Y.). As sole lead counsel, Motley Rice represented Co-Lead Plaintiffs Union Asset Management Holding AG and LRI Invest S.A. in a class action on behalf of investors who purchased shares of Barrick Gold Corporation, the world's largest gold mining company. The suit alleged that Barrick Gold had fraudulently underreported the cost and the time to develop its Pascua-Lama gold mine on the border between Argentina and Chile and misrepresented its compliance with applicable environmental regulations and the sufficiency of its internal controls. Barrick Gold eventually abandoned its development of the Pascua-Lama mine after an injunction was issued by a Chilean court following the company's failure to comply with environmental regulations, causing Barrick Gold to take an impairment charge of over $5 billion. A $140 million settlement received final approval in December 2016.

*Freedman v. St. Jude Medical, Inc.,* No. 12-3070 (RHK/JJG) (D. Minn.). Motley Rice served as co-lead counsel representing co-lead plaintiff Första AP-fonden, a Swedish pension fund, in this securities fraud class action against St. Jude Medical, Inc., a manufacturer of medical devices for cardiac rhythm management and the treatment of atrial fibrillation. This action alleged that defendants made false and misleading statements and concealed material information relating to the safety, durability, and manufacturing processes of the company's new generation of cardiac rhythm management devices marketed under the name "Durata." A $39.5 million settlement was approved in November 2016.

*City of Brockton Retirement System v. Avon Products, Inc.,* No. 11 Civ. 4665 (PGG) (S.D.N.Y.). Motley Rice served as sole lead counsel representing lead plaintiffs in a class action on behalf of all persons who acquired Avon common stock between July 31, 2006 and Oct. 26, 2011. The action alleged that the defendants falsely assured investors they had effective internal controls and accounting systems, as required under the Foreign Corrupt Practices Act (FCPA). In October 2008, Avon disclosed that it had begun an investigation into possible FCPA violations in China in June 2008. The action alleges that, unbeknownst to investors, Avon had an illegal practice of paying bribes in violation of the FCPA extending as far back as 2004 and which continued even after its October 2008 disclosure. Despite its certifications of the effectiveness of its internal controls, Avon's internal controls were allegedly severely deficient, allowing the company to engage in millions of dollars of improper payments in more than a dozen countries. In August 2016, the court approved a final settlement of $62 million.

    Prior results do not guarantee a similar outcome.

*Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.). As co-lead counsel, Motley Rice represented the PACE Industry Union-Management Pension Fund (PIUMPF) and two other institutional investors who purchased Sprint Nextel common stock between October 26, 2006 and February 27, 2008. The class action complaint alleged that the defendants made materially false and misleading statements regarding Sprint's business and financial results. As a result, the complaint alleged that Sprint stock traded at artificially inflated prices during the class period and that, when the market learned the truth, the value of Sprint's shares plummeted. In August 2015, the court granted final approval to a $131 million settlement.

*Hill v. State Street Corporation,* No. 09-cv-12146-NG (D. Mass.). Motley Rice represented institutional investors as co-lead counsel against State Street. The action alleged that State Street defrauded institutional investors – including the state of California's two largest pension funds, California Public Employees' Retirement System (CalPERS) and California State Teachers' Retirement System (CalSTRS) — by misrepresenting its exposure to toxic assets and overcharging them for foreign exchange trades. In January 2015, the court approved a $60 million settlement.

*In re Hewlett-Packard Co. Securities Litigation,* No. SACV 11-1404 AG (RNBx) (C.D. Cal.). Motley Rice served as co-lead counsel representing investors who purchased Hewlett-Packard common stock between November 22, 2010 and August 18, 2011. The lawsuit alleged that Hewlett-Packard misled investors about its ability to release over a hundred million webOS-enabled devices by the end of 2011. After Hewlett-Packard abandoned webOS development in August 2011, the company's stock price declined significantly. The court granted final approval to a $57 million settlement in September 2014.

*In re Synovus Financial Corp.,* No. 1:09-cv-01811 (N.D. Ga.). Motley Rice and its client, Sheet Metal Workers' National Pension Fund, served as court-appointed co-lead counsel and co-lead plaintiff for investors in Synovus Financial Corp. The lawsuit alleged that the bank artificially inflated its stock price by concealing its troubled lending relationship with the Sea Island Company, a resort real estate and hospitality company to whom Synovus allegedly made hundreds of millions of dollars of "insider loans" with "little more than a handshake" facilitated by personal relationships among certain senior executives and board members. In 2014, the court approved a final settlement of $11.75 million.

*Ross v. Career Education Corp.* No. 1:12-cv-00276 (N.D. Ill.). Motley Rice served as co-lead counsel in the lawsuit, which alleged that Career Education and certain of its executive officers violated the federal securities laws by misleading the company's investors about its placement practices and reporting. The court approved a final settlement of $27.5 million in 2014.

*City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.,* No. 11 C 8332 (N.D. Ill.). Motley Rice served as co-lead counsel representing investors in this lawsuit against Hospira, the world's largest manufacturer of generic injectable pharmaceuticals. The lawsuit alleged that Hospira and certain executive officers engaged in a fraudulent scheme to artificially inflate the company's stock price by concealing significant deteriorating conditions, manufacturing and quality control deficiencies at its largest manufacturing facility and the costly effects of these deficiencies on production capacity. These deteriorating conditions culminated in a series of regulatory actions by the FDA which the defendants allegedly misrepresented to their investors. The case settled for $60 million in 2014.

*In re Citigroup Inc. Securities Litigation,* No. 07 Civ. 9901 (SHS) (DCF) (S.D.N.Y.). Motley Rice served as co-counsel in this securities fraud action alleging that Citigroup responded to the widely-known financial crisis by concealing both the extent of its ownership of toxic assets—most prominently, collateralized debt obligations (CDO) backed by nonprime mortgages—and the risks associated with them. Through alleged misrepresentations and omissions of what amounted to more than two years of income and an entire significant line of business, Citigroup allegedly artificially manipulated and inflated its stock prices throughout the class period. Defendants alleged conduct placed Citigroup in serious danger of insolvency, which was averted only through a $300 billion dollar emergency government bailout. In August 2013, the Court approved the settlement resolving all claims in the Citigroup action in exchange for payment of $590 million for the benefit of the class.

*Alaska Electrical Pension Fund v. Pharmacia Corp.,* No. 03-1519 (D.N.J.). Motley Rice served as co-class counsel in federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs. In January 2013, the lawsuit settled in mediation for $164 million.

*South Ferry LP #2 v. Killinger,* No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual). Motley Rice served as co-lead counsel on behalf of a class of investors who purchased WaMu common stock between April 15, 2003, and June 28, 2004. The suit alleged that WaMu misrepresented its ability to hedge risk and withstand changes in interest rates, as well as its integration of differing technologies resulting from various acquisitions. The court granted class certification in January 2011 and approved the $41.5 million settlement in June 2012.

*Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,* No. 08-6324 (PAM/AJB) (D. Minn.). Motley Rice served as co-lead counsel for a class of investors who purchased Medtronic common stock in this case that survived the defendants' motion to dismiss. The suit alleges that Medtronic engaged in a pervasive campaign of illegal off-label marketing in which the company advised doctors to use Medtronic's Infuse Bone Graft in ways not FDA-approved, leading to severe complications in patients. Medtronic's stock price dropped significantly after investors learned that the FDA and Department of Justice were investigating Medtronic's off-label marketing. The $85 million settlement was approved in November 2012.

*Cornwell v. Credit Suisse Group,* No. 08 Civ. 3758 (VM) (S.D.N.Y.). Motley Rice served as co-counsel in an action against Credit Suisse Group that alleged the defendants issued materially false and misleading statements regarding the company's business and financial results and failed to write down impaired securities containing mortgage-related debt. Subsequently, Credit Suisse's stock price relative to other market events declined 2.83 percent when impaired securities came to light. A $70 million settlement was approved in July 2011.

*In re MBNA Corporation Securities Litigation,* No. 05-CV-00272-GMS (D. Del.). Motley Rice served as co-lead counsel on behalf of investors who purchased MBNA common stock. The suit alleged that MBNA manipulated its financial statements in violation of GAAP, and MBNA executives sold over one million shares of stock based on inside information for net proceeds of more than $50 million, knowing these shares would drop in value once MBNA's true condition was revealed to the market. The case was settled with many motions pending. The $25 million settlement was approved in October 2009.

*In re NPS Pharmaceuticals, Inc. Securities Litigation,* No. 2:06-cv-00570-PGC-PMW (D. Utah). Motley Rice represented the lead plaintiff as sole lead counsel in a class action brought on behalf of stockholders of NPS Pharmaceuticals, Inc., concerning the drug PREOS. NPS claimed that PREOS would be a "billion dollar drug" that could effectively treat "millions of women around the world who have osteoporosis." The complaint alleged fraudulent misrepresentations regarding PREOS's efficacy, market potential, prospects for FDA approval and dangers of hypercalcimic toxicity. The case settled after the lead plaintiff moved for class certification and the parties engaged in document production and protracted settlement negotiations. The $15 million settlement was approved in June 2009.

*In re Forest Laboratories, Inc. Securities Litigation,* No. 05 Civ. 2827 (RMB) (S.D.N.Y.). Motley Rice represented PIUMPF in a securities fraud class action alleging that the company and its officers misrepresented the safety, efficacy, and side effects of several drugs. Motley Rice, in cooperation with other class counsel, helped the parties reach a $65 million settlement that was approved in May 2009.

*In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.). Motley Rice was appointed lead counsel for the lead plaintiff, Union Asset Management Holding AG, which sued on behalf of a class of purchasers of Dell common stock. The suit alleged that Dell and certain senior executives lied to investors and manipulated financial announcements to meet performance objectives that were tied to executive compensation. The defendants' alleged fraud ultimately caused the price of Dell's stock to decline by over 40 percent. After the case was dismissed by the district court, Motley Rice attorneys launched an appeal to the Fifth Circuit Court of Appeals. After fully briefing the case and oral arguments, the parties settled the case for $40 million.

*Welmon v. Chicago Bridge & Iron Co., N.V.,* No. 06-CV-01283 (JES) (S.D.N.Y.). Motley Rice represented the co-lead plaintiff in this case that alleged that the defendants issued numerous materially false and misleading statements which caused CB&I's securities to trade at artificially inflated prices. The litigation resulted in a $10.5 million settlement that was approved in June 2008.

### Shareholder Derivative Litigation

***In re Wells Fargo & Co. Hiring Practices Derivative Litigation*** A federal judge has granted final approval of a $110 million shareholder derivative settlement resolving claims that Wells Fargo & Co.'s directors and senior executives failed in their fiduciary duty to provide adequate oversight of the bank's mortgage lending practices. As a result, substantial resources will soon be made available to provide mortgage assistance for low income and moderate income borrowers in more than 50 metropolitan communities throughout the country. Motley Rice LLC served as co-lead counsel for plaintiffs in the litigation, played a central role in negotiating the settlement and developed the abatement framework.

***In re Walgreen Co. Derivative Litigation.*** On October 4, 2013, Motley Rice filed a consolidated complaint on behalf of a group of institutional investors against the board of directors of Walgreen Co. The complaint alleged that Walgreen's board engaged in a scheme to maximize revenues by encouraging the company's pharmacists to fill improper or suspicious prescriptions for Schedule-II drugs, particularly oxycodone, in Florida. The complaint followed the June 2013 announcement of an $80 million settlement between Walgreens and the Drug Enforcement Administration relating to the misconduct. A settlement was approved in December 2014, in which Walgreens agreed to, among other things, extended compliance-related commitments, including maintaining a Department of Pharmaceutical Integrity.

          Prior results do not guarantee a similar outcome.

*Manville Personal Injury Settlement Trust v. Gemunder,* No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.). On April 14, 2010, Motley Rice, sole lead counsel in this action, filed a shareholder derivative complaint on behalf of plaintiff Manville Personal Injury Settlement Trust. Plaintiff's claims stem from a November 3, 2009, announcement by the U.S. Department of Justice that Omnicare, Inc. had agreed to pay $98 million to settle state and federal investigations into three kickback schemes through which the company paid or solicited payments in violation of state and federal anti-kickback laws. Following significant discovery, which included plaintiff's counsel's review and analysis of approximately 1.4 million pages of documents, the parties reached agreement on a settlement, which received final approval from the court on October 28, 2013. Under the settlement, a $16.7 million fund (less court-awarded fees and costs) was created for use over a four-year period by Omnicare to fund certain corporate governance measures and provide funding for the company's compliance committee in connection with the performance of its duties. Additionally, the settlement required Omnicare to adopt and/or maintain corporate governance measures relating to, among other things, employee training and ensuring the appropriate flow of information to the compliance committee.

*Service Employees International Union v. Hills,* No. A0711383 (Ohio Ct. Com. Pl.) (regarding Chiquita Brands International, Inc.). In this shareholder derivative litigation, SEIU retained Motley Rice to bring an action on behalf of Chiquita Brands International. The plaintiff alleged that the defendants breached their fiduciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. In October 2010, the plaintiffs resolved their state court action as part of a separate federal derivative claim.

*Mercier v. Whittle,* No. 2008-CP-23-8395 (S.C. Ct. Com. Pl.) (regarding the South Financial Group). This shareholder derivative action was brought on behalf of South Financial Group, Inc., following the company's decision to apply for federal bailout money from the Troubled Asset Relief Program (TARP) while allegedly accelerating the retirement of its former chairman and CEO to protect his multi-million-dollar golden parachute, which would be prohibited under TARP. The litigation was settled prior to trial and achieved, among other benefits, payment back to the company from chairman Whittle, increased board independence and enhanced shareholder rights.

*Manville Personal Injury Settlement Trust v. Farmer,* No. A 0806822 (Ohio Ct. Com. Pl.) (regarding Cintas Corporation). In this shareholder derivative action brought on behalf of Cintas Corporation, the plaintiff alleged that the defendants breached their fiduciary duties by, among other things, failing to cause the company to comply with applicable worker safety laws and regulations. In November 2009, the court approved a settlement agreement that provided for the implementation of corporate governance measures designed to increase the flow of employee safety information to the company's board; ensure the company's compliance with a prior agreement between itself and OSHA relating to workplace safety violations; and secure the attendance of the company's chief health and safety officer at shareholder meetings.

## Corporate Takeover Litigation

*In re The Shaw Group, Inc., Shareholders Litigation,* No. 614399 (19th Jud. Dist. La.). Motley Rice attorneys served as co-lead counsel on behalf of the public shareholders of The Shaw Group, Inc. The lawsuit challenged Shaw's proposed sale to Chicago Bridge & Iron Company N.V. in a transaction valued at approximately $3.04 billion. The plaintiffs alleged that the defendants breached their fiduciary duties to Shaw's shareholders by agreeing to a transaction that was financially unfair and the result of an improper sales process, which the defendants pursued at a time when Shaw's stock was poised for significant growth. The plaintiffs also alleged that the transaction offered substantial benefits to Shaw insiders not shared with the company's public shareholders. In December 2012, the parties reached a settlement with two components. Shaw agreed to make certain additional disclosures to shareholders of financial analyses indicating a potential share price impact of certain alternative transactions of as much as $19.00 per share versus the status quo. To provide a remedy for Shaw shareholders who believed the company was worth more than CB&I was paying for it, the settlement contained a second component – universal appraisal rights for all Shaw shareholders who properly dissented from the proposed merger, and the opportunity for Shaw dissenters to pursue that remedy on a class-wide basis. The court granted final approval of the settlement in June 2013.

*In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ). Motley Rice represented three public pension funds as court-appointed sole lead counsel in a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc. The plaintiffs alleged that the defendants breached their fiduciary duties to Coventry's shareholders through a flawed sales process involving a severely conflicted financial advisor and at a time when the company was poised for remarkable growth as a result of recent government healthcare reforms. The case settled for improvements to the deal's terms and enhanced disclosures.

*In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.). Motley Rice attorneys served as co-lead counsel representing a group of institutional shareholders in their challenge to the going-private buy-out of Allion Healthcare, Inc., by private equity firm H.I.G. Capital, LLC, and a group of insider stockholders led by the company's CEO, who controlled about 41 percent the company's shares. The shareholders alleged that the CEO used his stock holdings and influence

over board members to accomplish the buyout at the expense of Allion's public shareholders. After a lengthy mediation, the shareholders succeeded in negotiating a settlement resulting in a $4 million increase in the merger consideration available to shareholders. In January 2011, the Delaware Court of Chancery approved the settlement.

*In re RehabCare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.). Motley Rice represented institutional shareholders in their challenge to the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc. As co-lead counsel, Motley Rice uncovered important additional facts about the relationship between RehabCare, Kindred, and the exclusive financial advisor for the transaction, as well as how those relationships affected the process RehabCare's board of directors undertook to sell the company. After extensive discovery, the parties reached a settlement in which RehabCare agreed to make a $2.5 million payment for the benefit of RehabCare shareholders. In addition, RehabCare and Kindred agreed to waive certain standstill agreements with potential higher bidders for the company; lower the merger agreement's termination fee from $26 million to $13 million to encourage any potential higher bidders; eliminate the requirement that Kindred have a three-business day period during which it has the right to match any superior proposal; and make certain additional public disclosures about the proposed merger. The Delaware Court of Chancery granted final approval of the settlement on Sept. 8, 2011.

*In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.). In this action involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc., for approximately $3.1 billion, Motley Rice served as co-lead counsel representing investors alleging that, among other things, Atheros' preliminary proxy statement was materially misleading to the company's shareholders, who were responsible for voting on the proposed acquisition. In March 2011, the Court issued a preliminary injunction delaying the shareholder vote, ruling that Atheros' proxy statement was materially misleading because, even though the proxy stated that the company's CEO "had not had any discussions with Qualcomm regarding the terms of his potential employment," it failed to disclose that he in fact "had overwhelming reason to believe he would be employed by Qualcomm after the transaction closed." The proxy also failed to inform shareholders of an almost entirely contingent $24 million fee to the company's financial adviser, Qatalyst Partners, LLP.

*In re Winn-Dixie Stores, Inc. Shareholder Litigation,* No. 16-2011-CA-010616 (Fla. 4th Cir. Ct.). Motley Rice served as co-lead counsel in litigation challenging the $560 million buyout of Winn-Dixie Stores, Inc. by BI-LO, LLC, achieving a settlement that allows for shareholders to participate in a $9 million common fund or $2.5 million opt-in appraisal proceeding.

*Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.,* No. 5402-VCS (Del. Ch.). The firm's institutional investor client won a partial preliminary injunction against the proposed acquisition of PLATO Learning, Inc., by a private equity company. In its ruling, the Delaware Court of Chancery found that the target company's proxy statement was misleading to its shareholders and omitted material information. The court's opinion has since been published and has been cited by courts and the legal media.

*In re Lear Corporation Shareholder Litigation,* No. 2728-N (Del. Ch.). In this deal case, Motley Rice helped thwart a merger out of line with shareholder interests. Motley Rice represented an institutional investor in this case and, along with Delaware co-counsel, was appointed co-chair of the Plaintiffs' Executive Committee. Motley Rice and its co-counsel conducted expedited discovery and the briefing. The court ultimately granted in part and denied in part the plaintiffs' motion for a preliminary injunction. In granting the injunction, the court found a reasonable probability of success in the plaintiffs' disclosure claim concerning the Lear CEO's conflict of interest in securing his retirement through the proposed takeover. Lear shareholders overwhelmingly rejected the merger.

*Helaba Invest Kapitalanlagegesellschaft mbH v. Fialkow,* No. 2683-VCL (Del. Ch.) (regarding National Home Health Care Corp.). This action was brought on behalf of the shareholders of National Home Health Care Corporation in response to the company's November 2006 announcement that it had entered into a merger agreement with affiliates of Angelo Gordon. The matter settled prior to trial and was approved on April 18, 2008. The defendants agreed to additional consideration and proxy disclosures for the class.

*Schultze Asset Management, LLC v. Washington Group International, Inc.,* No. 3261-VCN (Del. Ch.). This action followed Washington Group's announcement that it had agreed to be acquired by URS Corporation. The action alleged that Washington Group and its board of directors breached their fiduciary duties by failing to maximize shareholder value, choosing financial projections that unfairly undervalued the company and pursuing a flawed decision-making process. Motley Rice represented the plaintiffs, who ultimately settled the lawsuit with Washington Group in return for further disclosures to its shareholders regarding the proposed alternative transactions it had rejected prior to its accepting URS's proposal and agreed to make disclosures regarding how the company was valued in the proposed transaction with URS. These additional disclosures prompted shareholders to further question the fairness of the URS proposal. Ultimately, URS increased its offer for Washington Group to the benefit of minority stockholders.

*In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch. ). As court-appointed co-lead counsel, Motley Rice attorneys represented a group of institutional investors on behalf of the minority shareholders of DirecTV Group. A settlement was reached and approved by the court on Nov. 30, 2009. It provided for material changes to the merger agreement and the governing documents of the post-merger DirectTV.

## State Law Securities Cases

*Kellerman v. Marion Bass Securities Corp.,* No. 01-L 000457 (Ill. 3d Jud. Cir. Madison Cnty.) Motley Rice represented a class of municipal bondholders in a state law class action concerning tax-free revenue bonds that were sold during 1996-1998 to build nursing homes in Indiana, Wisconsin and Michigan. The plaintiffs alleged that the funds raised from bondholders were funneled to a Ponzi scheme, causing the bonds to default. Motley Rice reached settlements with the trustee banks, accountants, and lawyers involved in the bond offerings, resulting in a $7.8 million recovery for bondholders.

*Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.). Motley Rice attorneys served as class counsel in this case, one of the first to interpret the civil liabilities provision of the Uniform Securities Act of 2002. The U.S. District Court for the District of South Carolina certified a class of investors with claims against broker-dealer Charles Schwab & Co., Inc., for its role in allegedly aiding the illegal sale of securities as part of a $66 million Ponzi scheme. A subclass of 38 plaintiffs in this case reached a settlement agreement with Schwab under which they receive approximately $5.7 million, an amount representing their total unrecovered investment losses plus attorneys' fees.

## Opt-Out/Individual Actions

*In re Vivendi Universal, S.A. Securities Litigation,* No. 02 Civ. 5571 (S.D.N.Y.). In this action, Motley Rice represented more than 20 foreign institutional investors in direct actions against VIvendi. Following a Supreme Court ruling preventing foreign clients from gaining relief on jurisdictional grounds, Motley Rice worked with French counsel to file a first-of-its-kind action in France. The French action resolved for confidential sums in 2024, following eleven years of litigation.

*In re Merck & Co., Inc., Securities Derivative & "ERISA" Litigation,* MDL No. 1658 (SRC) (D.N.J.). Motley Rice and co-counsel represented several foreign institutional investors who opted out of the federal securities fraud class action against Merck & Co., Inc., related to misrepresentations and omissions about the company's blockbuster drug, Vioxx. Private settlements were reached in these cases in 2016.



# BUILT ON A FOUNDATION OF COMPLEX LITIGATION

Motley Rice attorneys have been at the forefront of some of the most significant and monumental civil actions over the last several decades. Our experience in complex trial litigation includes class actions, multidistrict litigations, and individual cases involving securities farud and consumer fraud, antitrust, qui tam, media and technology, occupational disease, environmental exposure, defective medical drugs and devices, terrorist funding and human rights abuses. A few highlights include:

### Tobacco Master Settlement Agreement

In the 1990s, Motley Rice attorneys and more than half of the states' attorneys general took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases and tobacco liability class actions, attorneys led the campaign in the courtroom and at the negotiation table to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. The effort resulted in significant restrictions on cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

### Asbestos Litigation

From the beginning, our lawyers were integral to the story of how "a few trial lawyers and their asbestos-afflicted clients came out . . . to challenge giant asbestos corporations and uncover the greatest and longest business cover-up of an epidemic disease, caused by a product, in American history."[1] In addition to representing thousands of workers and family members impacted by asbestos, Motley Rice has represented numerous public entities, and litigated claims alleging various insurers of asbestos defendants engaged in unfair settlement practices in connection with the resolution of underlying asbestos personal injury claims. This litigation resulted in, among other things, an eleven-state settlement with Travelers Insurance Company.

### BP Oil Spill Litigation

In April 2010, the Deepwater Horizon disaster spilled approximately 4.9 million gallons of oil into the water, killed 11 oil rig workers, devastated the Gulf's natural resources and profoundly harmed the economic and emotional well-being of hundreds of thousands of people. The Deepwater Horizon Economic and Property Damages Settlement is the largest civil class action settlement in U.S. history. Motley Rice co-founder Joseph Rice served as one of the primary negotiators of that Settlement and the Medical Benefits Settlement. In addition, Rice led negotiations in the $1.028 billion settlement between the PSC and Halliburton Energy Services for its alleged role in the oil spill. Motley Rice attorneys continue to hold leadership roles in the litigation and are currently working to ensure that all qualifying oil spill victims are fairly compensated.

[1]  Ralph Nader, commenting on the story told by the book *Outrageous Misconduct*.

### Anti-Terrorism Funding

Our anti-terrorism team aims to hold perpetrators accountable and disrupt the financial networks that enable terrorism. Our work spans landmark litigation, ongoing investigations, and advocacy for victims and survivors of terrorist acts.

Our groundbreaking lawsuit on behalf of more than 6,500 family members, survivors, and those killed on 9/11, including the representation of more than 900 firefighters and their families, against alleged private and state sponsors of al Qaeda and Osama bin Laden for their roles in the September 11 attacks continues today.

Motley Rice also initiated the *In re September 11 Litigation*, securing and negotiating settlements for 56 families who opted out of the Victim Compensation Fund. These settlements far exceeded existing precedents at the time for wrongful death cases against the airline industry.

In a separate case, we are currently litigating against former Wall Street hedge fund manager Rajakumara Rajaratnam and his father, J.M. Rajaratnam, for allegedly providing financial and material support to the Sri Lankan terrorist group LTTE (Tamil Tigers). We represent victims and survivors of multiple LTTE-attributed attacks, continuing our mission to pursue justice through civil litigation.

### Volkswagen 'Clean Diesel' Litigation

In 2015, Volkswagen Group's admission that it had programmed more than 11 million vehicles to cheat emissions tests and bypass standards sparked worldwide outrage. Motley Rice co-founder Joe Rice was appointed by the Court to the Plaintiffs' Steering Committee (PSC) and has played a leading role on the  negotiating and financial committees responsible for the $14.7 billion "Clean Diesel" settlement for owners of 2.0-liter TDI vehicles, the largest auto-related consumer fraud class action in U.S. history, and the $1.2 to $4.4 billion settlement for owners and lessees of 3.0-liter Audi, Porsche, and Volkswagen TDI vehicles.

### Opioid Litigation

Motley Rice represents dozens of jurisdictions, including states, cities, towns, counties and townships in suits aimed at combatting the alleged over-distribution and deceptive marketing of prescription opioids. To date over $50 billion in settlements has been reached with dozens of defendants across the entire opioid supply chain. Joe Rice serves as co-lead counsel of the PEC and chair of the negotiating committee in *National Prescription Opiate* MDL #2804. Motley Rice attorney and former Attorney General of the District of Columbia, Linda Singer served as counsel to the first governmental entity to file a lawsuit and go to trial. Several other Motley Rice attorneys serve in leadership and committee roles in the MDL. They were part of the team awarded the 2024 Steven J. Sharp Public Service Award by the American Association for Justice for their continued work on behalf of public health across the country. This litigation continues today.

# ACCOLADES FOR THE FIRM





## Chambers USA

2026 • 2025 • 2024 • 2023 • 2022 • 2021
Product Liability: Plaintiffs – **Nationwide, Band 1**

## Best Lawyers®

2026 • 2023 • 2022
**Law Firm of the Year**: Mass tort litigation & class action–plaintiffs

2025 • 2024 • 2021 • 2020 • 2019 • 2018 • 2017 • 2016 •
2015 • 2014 • 2013 • 2012 • 2011 • 2010
**"Best Law Firms" List:** Mass tort litigation / class actions–plaintiffs

## The Legal 500 United States

**Litigation editions – Legalease Ltd.**

2024 • 2022 • 2021 • 2020
Product liability, mass tort and class action – Plaintiff: **Tier 1**

2024 Securities Litigation – Plaintiff: **Tier 3**

2019 • 2018 • 2017 • 2016 • 2015 • 2014 • 2013 • 2012 • 2011 • 2009
Mass tort and class action: plaintiff representation–toxic tort **– Leading Firm**

## "Elite Trial Lawyers"

*The National Law Journal*
2024 Consumer Protection
2023 • 2021 Government Representation
2022 • 2020 Pharmaceuticals
2021 Mass Torts
2020 Insurance Liability

## Practice Group of the Year

*Law360*
2021 Securities
2021 • 2020 • 2019 • 2015 Product Liability
2018 Consumer Protection

## Securities Class Action Services Top 50

*International Securities Services*
2024 • 2022 • 2017 • 2016 • 2015 • 2014 • 2011 • 2010 • 2009

*For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

# SECURITIES TEAM BIOS





# M. CELESTE "CELIE" ANDERSON

**843.216.9345  cmanderson@motleyrice.com**

**ASSOCIATE ATTORNEY**

Marie Celeste Anderson represents investors who have suffered financial losses due to corporate malfeasance in complex securities litigation.

As a part of Motley Rice's securities litigation team, she is actively litigating significant securities matters. She represents investors in claims against Archer Daniels Midland Company; Fiserv, Inc.; Globe Life Inc.; and Shoals Technologies Group, Inc.

While completing her legal studies, Celie built a wide array of legal experience. She was a Summer Law Clerk with Motley Rice in 2024, assisting with various aspects of litigation. Additionally, Celie externed with a criminal defense and family law firm in North Carolina working in various aspects of trial preparation and criminal law hearings. She also gained experience during law school as a student practitioner in the Wake Forest Law Appellate Advocacy Clinic and Juvenile Justice Clinic.

Celie served as the President and Treasurer of Wake Forest Law's Student Bar Association and was a competitive member of Wake Forest Law's American Association for Justice Trial Team. During undergrad, Celie studied International Business and Finance. She gained additional experience in the financial field as a Community Bank Middle Market Intern with Truist Financial Services in Greensboro, NC.

**LICENSED IN:**
South Carolina (2025)

**ADMITTED TO PRACTICE BEFORE:**
U.S. District Court for the District of South Carolina (2026)

**EDUCATION:**
J.D., Wake Forest University School of Law, 2025

B.A., *summa cum laude*, University of South Carolina, 2022

PD:07.21.2026



# TRAVIS ANDERSON

**843.216.9001  tanderson@motleyrice.com**

**STAFF ATTORNEY**

Travis Anderson represents investors in complex securities litigation.

Travis works as part of the Motley Rice securities litigation team representing shareholders in a variety of securities matters involving companies such as Upstart Holdings, Inc. and Archer Daniels Midland. He has previously litigated against AbbVie, a biopharmaceutical company, alleging its executives made false and misleading statements regarding the marketing and sale of the medication Humira®.

Additionally, Travis represented more than a million tax return preparers who alleged the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers, *Steele v. United States*.

Prior to joining Motley Rice, Travis practiced divorce and family law. In law school he served as a Research Assistant focused on commercial law.

**LICENSED IN:**
South Carolina (2012)

**EDUCATION:**
J.D., Charleston School of Law, 2012

B.A., University of Wyoming, 2003

**ASSOCIATIONS:**
**South Carolina Bar Association**
**Charleston County Bar Association**



# ANDREW P. ARNOLD

**843.216.9229  aarnold@motleyrice.com**

**MEMBER ATTORNEY**

Andrew Arnold represents individuals, governments, and institutional investors harmed by corporate fraud and other wrongdoing in complex litigation, including multidistrict litigation and class actions. His practice spans several areas, including consumer protection, securities fraud, and technology and media.

Since 2017, Andrew has represented state and local governments in litigation against pharmaceutical companies alleged to have contributed to the creation of a national opioid crisis through deceptive marketing and over-distribution of highly addictive opioid drugs. In numerous cases, he has been the primary liaison to expert witnesses responsible for formulating and costing plans to ameliorate the effects of the crisis. He has served on several trial teams that collectively have recovered more than $1 billion.

In the Volkswagen Diesel Emissions Fraud class action, Andrew joined Motley Rice co-founder Joe Rice in settlement negotiations on behalf of consumers whose vehicles were allegedly designed to bypass environmental regulations. The resulting $15 billion* settlement for 2.0-liter vehicles is the largest consumer auto-related consumer class action settlement in U.S. history. Andrew was also a part of the Motley Rice team that negotiated a mechanism for major U.S. auto manufacturers to compensate individuals injured or killed by their vehicles' exploding Takata airbags.

Andrew is a member of Motley Rice's securities fraud practice group. He oversees the firm's Market Monitor portfolio monitoring service offered to public pension funds, unions, and other institutional investors. Market Monitor helps trustees fulfill their fiduciary duties by cross-referencing newly filed securities actions, ongoing litigation, and recent settlements with each client's portfolio to identify opportunities to recover funds lost to fraud.

Prior to joining Motley Rice, Andrew practiced commercial litigation and investor-state dispute settlement in the Washington, D.C. office of a large international law firm. Before entering the legal field, he worked as a software developer for eight years, primarily in the health care industry.

**AWARDS AND ACCOLADES:**
**Best Lawyers®** Charleston, SC
**2021–2026**  Ones to Watch list: Litigation – Securities
**2026**  Ones to Watch list: Corporate Governance and Compliance Law

**LICENSED IN:**
New York (2014)
South Carolina (2016)

**ADMITTED TO PRACTICE BEFORE:**
U.S. District Court for the Southern District of New York (2023)

**EDUCATION:**
J.D., with honors, University of North Carolina School of Law, 2013

B.A., with highest honors, University of North Carolina at Chapel Hill, 2002

 *Prior results do not guarantee a similar outcome.



# VANESSA A. DAVIS

**843.216.9062  vdavis@motleyrice.com**

**ASSOCIATE ATTORNEY**

Vanessa Davis protects the rights of individual shareholders and institutional investors by litigating complex securities fraud class actions, in addition to her work advocating for state and local governments that seek to advance public health and safety interests.

Vanessa's practice includes representing Twitter shareholders in litigation that alleged the social media giant misrepresented its daily user growth in 2015 in order to inflate its stock price. The suit resulted in an $809.5 million proposed settlement in 2021 days before trial.

- Vanessa has additional experience in securities cases including:
- *Forsta AP-Fonden et al v. St. Jude Medical Inc et al* ($39.25 million settlement in 2016*)
- *Hatamian v. Advanced Micro Devices, Inc.* ($29.5 million settlement in 2017*)
- *KBC Asset Mgmt. v. 3D Systems Corp.* ($50 million settlement in 2018*)
- *In re CenturyLink Sales Practices & Securities Litigation* ($55 million settlement in 2021*)

Vanessa's work for state and local municipalities includes representing the City of Chicago in litigation alleging e-cigarette maker JUUL misled the public on the safety of its products while marketing to children. She is a part of Motley Rice's team of attorneys who represent dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing of highly addictive opioids.

Prior to her work with Motley Rice, Vanessa represented clients in family court and clerked for an estate planning firm in Charleston, S.C. Vanessa also worked as a paralegal for a personal injury firm while completing her legal studies.

**LICENSED IN:**
South Carolina (2013)

**EDUCATION:**
J.D., Charleston School of Law, 2013

B.A., College of Charleston, 2008

**ASSOCIATIONS:**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Bar Association**

 *Prior results do not guarantee a similar outcome.



# CHARLOTTE E. DOUGHERTY

**843.216.9287  cdougherty@motleyrice.com**

**ASSOCIATE ATTORNEY**

Charlotte Dougherty represents individuals and businesses in class actions and complex litigation involving consumer protection, general commercial issues, and securities fraud.

Charlotte's casework includes litigating multi-million dollar class actions against the United States government under the Little Tucker Act and the Administrative Procedure Act including: *Steele v. United States*, Case No. 1:14-cv-1523-RCL where she represents hundreds of thousands of tax return preparers alleging the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers; *National Veterans Legal Services Program v. United States*, Case No. 16-00745-PLF where the Court approved a $125 million settlement* based on Plaintiffs' allegations that the Administrative Office of the United States Courts was charging more for PACER services than was authorized by statute; *Volkova v. USCIS et al.,* Case No. 1:23-cv-07565-FB-LB where she represents a Ukrainian parolee who alleges the government unlawfully charged Ukrainian humanitarian parolees a $410 fee to apply for an employment authorization document; and *Cortez v. United States*, Case No. 1:24-7532 which seeks to recover cash bonds that were posted to secure the release of detained individuals.

Charlotte also represents large public pension funds, unions, and institutional investors in securities fraud class actions including *In re Upstart Holdings, Inc. Securities Litigation*, Case No. 2:22-cv-02935-ALM-SCS, *Chow v. Archer-Daniels-Midland Co. et. al*., Case No. 1:24-cv-00634, and *Leventhal v. Chegg, Inc.* et al., Case No. 5:21-cv-09953 which resulted in a $55 million settlement* in 2025.

In addition, Charlotte has experience with contract disputes and rate setting proceedings, representing the Society of European Stage Authors and Composers (SESAC) in arbitration with the Radio Music Licensing Committee (RMLC) to determine rates for the majority of America's commercial terrestrial radio stations.

Charlotte is also actively involved in firm growth and development and currently serves on the Hiring Committee and the Diversity, Equity, and Inclusion Committee.

**LICENSED IN:**
North Carolina (2022)
South Carolina (2019)
Texas (2022)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court (2023)

U.S. Court of Appeals for D.C. Circuit (2025)

U.S. District Court for the Northern District of Illinois (2024)

**EDUCATION:**
J.D. *cum laude,* Wake Forest School of Law, 2019

B.A. *magna cum laude*, University of South Carolina, 2016

**ASSOCIATIONS:**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**



# CAMERAN M. GILLIAM

**843.834.0836  cgilliam@motleyrice.com**

**ASSOCIATE ATTORNEY**

Cameran Gilliam represents clients in complex litigation including securities fraud, shareholder derivative, and corporate misconduct matters.

Cameran is part of Motley Rice's securities litigation team. She is currently litigating securities claims against Archer Daniels-Midland Company and certain of its executives on behalf of shareholders. Additionally, Cameran is part of the team representing shareholders against Seagate Technology Holdings and its CEO and CFO.

Prior to joining Motley Rice, Cameran worked in the Chicago office of another national plaintiffs' litigation firm focusing on securities litigation and shareholder rights. In that role, she was part of the litigation team in *Flynn v. Exelon Corp.,* a matter arising from the alleged concealment of the multi-year bribery of a public official. This case resulted in a $173 million* settlement, the seventh largest securities class action settlement in the Seventh Circuit. Most recently, she was part of the team that achieved a $60 million* settlement in *Allison v. Oak Street Health, Inc*. Additionally, she worked as an Assistant State's Attorney with the Cook County State's Attorney's Office in Chicago in the Civil Actions Bureau. While in law school, Cameran served as a Senior Editor for Loyola's Consumer Law Review and was the recipient of three CALI awards.

**AWARDS AND ACCOLADES:**
***Super Lawyers®* lists**
**2024–2025  *Rising Stars list***

**LICENSED IN:**
Illinois (2019)

**ADMITTED TO PRACTICE BEFORE:**
U.S. District Court for the Northern (2021) and Southern (2021) Districts of Illinois

**EDUCATION:**
J.D., *cum laude*, Loyola University Chicago School of Law, 2019

B.A., University of Florida, 2012

 *Prior results do not guarantee a similar outcome.



# MAX N. GRUETZMACHER

**843.216.9623  mgruetzmacher@motleyrice.com**

**MEMBER ATTORNEY**

Max Gruetzmacher focuses his practice on securities and consumer fraud, representing large public pension funds, unions and other institutional investors in securities and consumer fraud class actions and shareholder derivative suits, as well as consumers, businesses, and governmental entities in other types of complex civil litigation.

Max also brings substantial experience counseling the firm's attorneys and clients with respect to e-discovery strategy throughout the various stages of litigation, from pre-filing through trial.

Prior to joining the firm, Max gained experience in a variety of legal practice areas, including defense of pharmaceutical mass torts cases, of banks in mortgage-backed securities cases, and in appellate criminal defense.

**AWARDS AND ACCOLADES:**
**The National Trial Lawyers**
**2022** *Rising Stars of the Plaintiffs Bar* list

***Charleston Regional Business Journal***
**2022** Forty Under 40

**LICENSED IN:**
South Carolina (2010)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the Ninth Circuit (2023)

U.S. District Court for the District of South Carolina (2013) and the Northern District of Illinois (2021)

**EDUCATION:**
J.D., Marquette University Law School, 2008

B.A., University of Wisconsin-Madison, 2004

**ASSOCIATIONS:**
**South Carolina Bar Association**
**Charleston County Bar Association**



# SERENA P. HALLOWELL

**212.577.0043  shallowell@motleyrice.com**

**MEMBER ATTORNEY**

With more than 20 years of complex litigation and securities experience, Serena Hallowell has been recognized by her peers as a leader in the plaintiffs' securities bar and a Plaintiffs' Lawyer "Trailblazer" in 2019 by *National Law Journal* for her work in securities opt-out litigation.

As lead of Motley Rice's direct-action litigation efforts, and a leader of the firm's securities fraud team, Serena litigates for some of the world's largest institutional investors, including pension funds, hedge funds, mutual funds, family offices, and other large institutional investors. She also regularly advises institutional investors and public entities regarding recovery opportunities in connection with fraud-related conduct. She is actively litigating cases against Regeneron Pharmaceuticals, Meta's directors and officers, and Fiserv Inc. Prior to her time at Motley Rice, Serena was the head of a direct-action practice and member of the securities class action group as a partner of a large securities law firm in New York. In that capacity, she was a key member of several litigation teams that achieved multi-million dollar settlements for clients, aggregating close to $500 million.*

Serena has also led opt-out cases against companies, including Valeant Pharmaceuticals, Perrigo Company, and Teva Pharmaceuticals, for a variety of institutional investors seeking to recoup losses stemming from alleged fraud-related conduct. With respect to Valeant, Serena and her team pursued claims under the New Jersey RICO statute and was the first opt-out plaintiff to successfully defeat a motion to dismiss those claims. Certain Valeant actions have since been resolved and in 2025 Serena resolved the last two Valeant matters she was prosecuting on behalf of two large institutional investors (under confidential terms).

Serena is a frequent speaker in legal circles throughout the country on matters related to securities litigation, AI and technology, and corporate governance.

**LICENSED IN:**
New York (2004)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the First (2012) and Ninth (2017) Circuits

U.S. District Court for the Northern District of Illinois (2023), and the Southern (2006) and Eastern (2006) Districts of New York

**EDUCATION:**
J.D., Boston University School of Law, 2003

B.A., Occidental College, 1999

**ASSOCIATIONS:**
**Law360 Securities Editorial Advisory Board**, 2022
**Law360 Diversity & Inclusion Editorial Board,** 2024
**New York City Bar Association,** Securities Litigation Committee
**Federal Bar Council**
**National Association of Public Pension Attorneys,** Securities Litigation Committee and Fiduciary & Governance Committee
**National Association of Women Lawyers**

*Prior results do not guarantee a similar outcome.

*Continued...*

# SERENA P. HALLOWELL

*Continued...*



**SELECTED PUBLICATIONS:**

- *'Justices Should Acknowledge ESG's Importance to Investors,' Law360 (June 2021)*
- *'Don't Forget the "E" and the "S" in ESG: Securities Lawsuits Are No Longer Only About Corporate Governance,' NAPPA Report (October 2021)*
- *'Mutual Funds Should Consider Shareholder Litigation,'* Law360 (Oct. 8, 2019)
- *'Around the World in a Decade: The Evolving Landscape of Securities Litigation Post-Morrison,'* NAPPA (Nov. 26, 2019)
- *'Emulex Highlights Greater Scrutiny of Issues at High Court,'* Law360 (April 25, 2019)
- *'China Agritech's Positive Implications for Plaintiffs,'* Law360 (July 3, 2018)
- *'Direct Actions: A Path to Recovery for Foreign Purchases of Securities,'* The NAPPA Report (Oct. 31, 2017)
- *'Investor Recovery Strategies Following ANZ Securities,'* Law360 (July 12, 2017)
- *'Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification?'* New York Law Journal (Nov. 25, 2011)

**AWARDS AND ACCOLADES:**

**Super Lawyers**
**2022-2024** *New York Metro Super Lawyers* list – Securities

***Chambers USA***
**2025-2026** Securities: Plaintiffs – New York, Band 2
**2024** Securities: Plaintiffs – New York, Band 3
**2020–2023** Securities: Plaintiffs – New York, Up and Coming

**Benchmark Litigation**
**2020–2021** Future Star

**National Law Journal**
**2020** Elite Women of the Plaintiffs' Bar
**2019** Plaintiffs' Lawyers Trailblazers

**Lawdragon**
**2019–2026** Lawdragon 500 Plaintiff Financial Lawyers - Securities Litigation
**2019–2020** Lawdragon 500

**Law360**
**2019** Securities MVP
**2016** Rising Star

***The Legal 500 United States***
**2016–2017** Securities Litigation



# NELI TRAYKOVA HINES

**843.216.9395  nhines@motleyrice.com**

**ASSOCIATE ATTORNEY**

Neli Traykova Hines pursues complex securities fraud class actions for institutional investors and individual shareholders who seek to recover losses caused by alleged corporate misconduct.

Neli is actively involved in significant securities matters, including representing investors in claims against Archer Daniels Midland Company and several of its executives. She is also part of the team litigating on behalf of shareholders in actions against Upstart Technologies alleging the company made misleading statements regarding its artificial intelligence technology.

Neli has contributed to significant recoveries for investors, including the $809.5 million* settlement with Twitter Inc. in 2021 and the $55 million* settlement with Chegg Inc. in 2025.

Neli works closely with public pension trustees and fund professionals to understand their fiduciary goals and responsibilities in matters involving securities fraud, corporate governance and shareholder rights. Through this work, she strives to serve as a trusted resource for institutional stakeholders, helping them stay informed of evolving legal risks, regulatory developments, and emerging trends that may affect long-term fund oversight and accountability.

In addition to her securities litigation practice, Neli represents whistleblowers in actions before the U.S. Securities and Exchange Commission (SEC)—where she worked as a legal intern during law school.

While completing her legal studies, Neli was a student attorney with the Entrepreneurship Law Clinic at American University, counseling small businesses on corporate structuring, taxation, financing and growth and succession planning. She was a member of the Business Law Review and competed internationally in mediation and negotiation competitions as a member of the Alternative Dispute Resolution Honor Society.

**LICENSED IN:**
District of Columbia (2022)
Illinois (2023)
Maryland (2024)
South Carolina (2022)

**ADMITTED TO PRACTICE BEFORE:**
U.S. District Court for the Northern District of Illinois (2023)

**EDUCATION:**
J.D., American University Washington College of Law, 2021

B.S., American University, 2016

**ASSOCIATIONS:**
**Washington D.C. Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

*Prior results do not guarantee a similar outcome.



# MARLON E. KIMPSON

**843.216.9180  mkimpson@motleyrice.com**

**MEMBER ATTORNEY**

Marlon Kimpson represents victims of corporate malfeasance, from investors in securities fraud cases to consumers harmed by large data and privacy breaches, as well as people injured or killed in catastrophic incidents. Building upon the firm's relationships with unions and governmental entities, Marlon represents individuals, state and municipality pension funds, multi-employer plans, unions and other institutional investors in securities fraud class actions and in mergers and acquisition cases, seeking asset recovery and improved corporate governance. Marlon's advocacy and leadership extends beyond the courtroom, including his appointment by President Biden in 2023 to serve on the White House Advisory Committee for Trade Policy and Negotiations.

Marlon litigated securities cases including: *In re Atheros Communications, Inc., Shareholder Litigation; In re Celera Corporation Shareholder Litigation; In re RehabCare Group, Inc. Shareholders Litigation; In re Coventry Healthcare, Inc., Shareholder Litigation; and In re Big Lots, Inc., Shareholder Litigation*. In 2020, Marlon, as local counsel, helped negotiate a $192 million settlement* for institutional investors in *In re SCANA Corporation Securities Litigation*, a complex securities fraud matter related to alleged misrepresentations and omissions concerning the design, construction, and abandonment of SCANA's nuclear construction project in South Carolina. It is the largest securities class action recovery ever obtained in the District of South Carolina, the fifth largest securities class action recovery in the history of the Fourth Circuit, and among the top 100 securities class action recoveries nationwide. In 2017, he helped secure a $16 million settlement* to resolve shareholders' claims in *Epstein v. World Acceptance Corp. et al.,* which alleged that World Acceptance misled investors about its lending practices and compliance with federal law. Marlon now represents shareholders as co-lead counsel in a federal derivative suit that alleges Wells Fargo and a number of the bank's executives breached their fiduciary duty by failing to address alleged discriminatory lending and hiring practices that negatively affected minority borrowers and employees.

Outside of his securities work, Marlon is co-lead counsel and a member of the Plaintiffs' Steering Committee for multidistrict litigation, *In re: Blackbaud Inc. Customer Data Security Breach Litigation,* filed in the District of South Carolina for consumers affected by a 2020 ransomware attack and resulting data breach that targeted software company Blackbaud. Marlon has been retained by Charleston County School District to represent it against social media platforms such as Meta, Instagram, Snapchat, and Tik Tok, which allegedly designed defective products that encourage addictive behavior in adolescents and result in emotional and physical harms, including death.

Marlon also represents dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis. His work includes helping to secure over $500 million* for opioid abatement in the State of South Carolina.

**LICENSED IN:**
South Carolina (1999)

**ADMITTED TO PRACTICE BEFORE:**
U.S. District Court for the District of South Carolina (2000), Eastern District of Michigan (2014)

**EDUCATION:**
J.D., University of South Carolina School of Law, 1999

B.A., Morehouse College, 1991

**ASSOCIATIONS:**
**American Association for Justice**
**South Carolina Association for Justice**
**National Association of Public Pension Attorneys**
**American Bar Association**
**National Bar Association**

 *Prior results do not guarantee a similar outcome.

*Continued...*

PD:07.21.2026

# MARLON E. KIMPSON    *Continued...*

Marlon started his legal career litigating cases on behalf of worker's harmed by asbestos exposures across the country. He has also represented victims of catastrophic personal injury, wrongful death and aviation disasters, including commercial and charter aviation cases with clients, defendants and accidents involving multiple countries. He was also instrumental in the Deepwater Horizon BP oil spill settlements claims programs on behalf of people and businesses.

Marlon is a former South Carolina State Senator for District 42 and represented citizens of Charleston and Dorchester Counties for nearly a decade. A frequent speaker, Marlon has presented at seminars and conferences across the country, including the Public Funds Summit, the National Association of State Treasurers, the South Carolina Black Lawyers' Association, the National Conference on Public Employee Retirement Systems (NCPERS) and the National Association of Securities Professionals (NASP).

After five years in commercial banking, Marlon entered the field of law and served as a law clerk to Judge Matthew J. Perry of the U.S. District Court of South Carolina. His legal work and volunteer service also earned him the University of South Carolina School of Law bronze Compleat Award in 1999.

Marlon is active in his community and has held leadership roles with the University of South Carolina Board of Visitors, the Charleston Black Lawyers Association and the South Carolina Election Commission. In 2017, the American Association of Justice Minority Caucus awarded Marlon with its Johnnie L. Cochran, Jr. Soaring Eagle Award reserved for lawyers of color who have made outstanding contributions to the legal profession and paved the way for others. He is a lifetime member of the NAACP and a member of Sigma Pi Phi Boulé and Omega Psi Phi Fraternity, Inc.

## AWARDS AND ACCOLADES:

**Best Lawyers® Charleston, SC**
**2015–2026** Mass tort litigation/class actions – plaintiffs
**2025-2026** Litigation - Securities
**2025-2026** Securities/Capital Markets Law

**Lawdragon**
**2019–2026** Lawdragon 500 Plaintiff Consumer Lawyers - Aviation, Consumer Fraud, Personal Injury
**2019–2025** Lawdragon 500 Plaintiff Financial Lawyers - Securities, Whistleblower, Consumer Fraud

**South Carolina Lawyers Weekly**
**2018** Leadership in Law Honoree

**American Association for Justice**
**2017** Johnnie L. Cochran, Jr. Soaring Eagle Award

**Benchmark Plaintiff**
**2012** National "Litigation Star": mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, mass tort, securities

**Coastal Conservation League**
**2016** Coastal Stewardship Award

**United Food and Commercial Workers**
**2016** Legislative Activist of the Year



# GREGG S. LEVIN

**843.216.9512  glevin@motleyrice.com**

**SENIOR COUNSEL**

With more than three decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters. His investigative, research and writing skills have supported Motley Rice as lead or co-lead counsel in numerous securities and shareholder derivative actions, including cases involving HP, Avon, and Cintas Corporation. Gregg manages complaint and brief writing for class action deal cases, shareholder derivative suits and securities fraud class actions.

Prior to joining Motley Rice, Gregg was an associate with Grant & Eisenhofer in Delaware, where he represented institutional investors in securities fraud actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases. He also served as corporate counsel to a Delaware Valley-based retail corporation from 1996-2003, where he handled corporate compliance matters and internal investigations.

In 2019, Gregg was appointed as a Vice President of the Institute for Law and Economic Policy, a foundation whose goals include supplementing the resource-limited SEC by educating the public on the importance of private securities fraud litigation in maintaining corporate accountability. Since its inception in the 1990s, the institute has presented and published papers that have been cited in more than 60 federal cases, including several in the U.S. Supreme Court. Appearing in the media to discuss a variety of securities matters, Gregg has also presented in educational forums, including at the Ethics and Transparency in Corporate America Webinar held by the National Association of State Treasurers.

**PUBLISHED WORKS:**

Gregg is a published author on corporate governance and accountability issues, having written significant portions of the treatise *Shareholder Activism Handbook* (Aspen Publishers, November 2005), as well as several other articles of interest to institutional investors, including:

- "*In re Cox Communications:* A Suggested Step in the Wrong Direction" (*Bank and Corporate Governance Law Reporter,* September 2005)
- "Does Corporate Governance Matter to Investment Returns?" (*Corporate Accountability Report*, September 23, 2005)
- "*In re Walt Disney Co. Deriv. Litig.* and the Duty of Good Faith under Delaware Corporate Law" (*Bank and Corporate Governance Law Reporter*, September 2006)

**LICENSED IN:**
District of Columbia (1989)
Massachusetts (1993)
South Carolina (2008)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the First (2011), Second (2012), Third (2008), Fourth (2020), Fifth (2009), Sixth (2025), Seventh (2021), Ninth (1990) and Eleventh (2008) Circuits

U.S. District Court for the District of Colorado (2013), Northern District of Illinois (2023), District of Massachusetts (2013), and the Eastern District of Michigan (2017)

**EDUCATION:**
J.D., Vanderbilt University School of Law, 1987

B.A. *magna cum laude*, University of Rochester, 1984

**ASSOCIATIONS:**
**Institute for Law and Economic Policy,** Vice President

*Continued...*

PD:07.21.2026

# GREGG S. LEVIN    *Continued...*



- "Proxy Access Takes Center Stage: The Second Circuit's Decision in American Federation of State County and Municipal Employees, Employees Pension Plan v. American International Group, Inc." (*Bloomberg Law Reports*, February 5, 2007)
- "Investor Litigation in the U.S. -- The System is Working" (*Securities Reform Act Litigation Reporter*, February 2007)

## AWARDS AND ACCOLADES:

**Best Lawyers®** Charleston, S.C.
**2024-2026** Mass tort litigation / class actions – plaintiffs

**Law360**
**2022** "Securities MVP"

***South Carolina Lawyers Weekly***
**2022** Leadership in Law Honoree

**Lawdragon**
**2019** Lawdragon 500 Plaintiff Financial Lawyers



# JOSHUA LITTLEJOHN

**843.216.9447  jlittlejohn@motleyrice.com**

**MEMBER ATTORNEY**

With a broad base of experience in complex litigation—including securities fraud, corporate governance, whistleblower cases under Dodd-Frank and the False Claims Act, and catastrophic injury and death cases—Josh Littlejohn is one of several lawyers leading Motley Rice's securities litigation team, particularly in cases involving healthcare and e-commerce.

Josh represents public pension funds, unions and other institutional investors in both federal and state courts. He also represents people with catastrophic personal injuries and corporate whistleblowers. Josh works directly with clients and has been involved in all aspects of the litigation process, including case evaluation, fact and expert discovery, resolution and trial.

Throughout his career Josh has been involved in numerous complex securities matters including serving as lead or co-lead counsel against Alexion Pharmaceuticals; Amazon; Discover Financial Services; Wells Fargo & Company; 3D Systems Corporation; St. Jude Medical, Inc.; Omnicare; and numerous others. Along with other Motley Rice lawyers, Josh was South Carolina liaison counsel in a securities fraud class action that settled in 2020 filed by investors against SCANA Corporation over its failed nuclear reactor project. Josh regularly reviews and analyzes new securities fraud, shareholder derivative, and SEC whistleblower matters on behalf of our clients and the firm. He is currently part of the Motley Rice team evaluating cases related to exposure to contaminated ground water in Camp Lejeune, North Carolina.

In addition to securities and personal injury matters, Josh is a member of the Motley Rice team that evaluates and litigates violations of the federal False Claims Act and Anti-kickback Statute on behalf of corporate whistleblowers.

Aside from various securities and whistleblower matters, Josh was a part of the Motley Rice negotiating team that helped secure a resolution with a major U.S. auto manufacturer on behalf of Takata airbag victims. Early in his career, Josh worked on discovery in mass tort litigation against large drug manufacturers.

### AWARDS AND ACCOLADES:
**Lawdragon**
**2019**  Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2017**  *South Carolina Super Lawyers Rising Star* list
Securities litigation; Class action/mass torts; General litigation

LICENSED IN:
South Carolina (2007)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the Third (2008) and Fourth (2020) Circuits

U.S. District Court for the District of Colorado (2013), District of South Carolina (2007)

**EDUCATION:**
J.D., Charleston School of Law, 2007

B.A., University of North Carolina – Asheville, 1999

**ASSOCIATIONS:**
**American Bar Association**
**South Carolina Association for Justice**

 *Prior results do not guarantee a similar outcome.

**SOUTH CAROLINA OFFICE** • 28 Bridgeside Blvd., Mount Pleasant, SC 29464

PD:07.21.2026



# RIDGE MAZINGO

**843.216.9620  rmazingo@motleyrice.com**

**ASSOCIATE ATTORNEY**

Ridge Mazingo is a trial lawyer who litigates catastrophic injury and wrongful death cases. He also handles securities fraud class actions and complex mass torts.

Since joining Motley Rice, he has supported a cross section of litigations. He worked with the firm's securities litigation team on the judicial approval process of the $809.5 million dollar settlement with social media company Twitter which resolved allegations of financial misrepresentation to shareholders.*

Ridge represents individuals with ovarian cancer as an alleged result of talcum powder usage. He has been a member of multiple trial teams and has experience with all phases of litigation from complaint filing to case resolution. Whether representing a client who lost a loved one to a defective product, or an institutional investor in a securities fraud matter, Ridge stands up for those who have been hurt by corporate misconduct.

Prior to law school, Ridge gained valuable experience in state government as a Legislative Aide in the North Carolina House of Representatives and worked with a state legislative-focused lobbying and consulting firm. While attending law school, Ridge was a member of the North Carolina Law Review, and held legal internships with the N.C. Department of Justice Consumer Protection Division and a mid-size regional firm focusing on civil defense and transactional matters.

Ridge was also a volunteer firefighter for the Snow Hill Fire Department, where he received the 2011 Rookie of the Year commendation. Still active in his community, Ridge volunteers with Young Life Capernaum, an organization that creates community and belonging for youth with special needs and is active in his church community.

**LICENSED IN:**
South Carolina (2022)

**EDUCATION:**
J.D., University of North Carolina School of Law, 2022

B.A. *summa cum laude*, North Carolina State University, 2018

**ASSOCIATIONS:**
**American Association for Justice
South Carolina Association for Justice**

*Prior results do not guarantee a similar outcome.



# CHRISTOPHER F. MORIARTY

**843.216.9245  cmoriarty@motleyrice.com**

**MEMBER ATTORNEY**

Christopher Moriarty litigates securities fraud and other complex litigation in the United States and consults institutional investors on opportunities to seek recovery in securities-related actions. His securities fraud class action practice encompasses every aspect of litigation, from case-starting to settlement. Notable securities fraud class actions in which he served as part of the lead counsel team include:

- *In re Twitter Inc. Securities Litigation*, No. 16-cv-05314-JST (N.D. Cal.) ($809.5 million recovery*);
- *In re Barrick Gold Securities Litigation*, No. 13-cv-03851 (S.D.N.Y.) ($140 million recovery*);
- *City of Brockton Retirement System v. Avon Products, Inc.*, 11 Civ. 4655 (PGG) (S.D.N.Y.) ($62 million recovery*);
- *Hill v. State Street Corp.*, No. 09-cv-12136-GAO (D. Mass.) ($60 million recovery*);
- *In re Hewlett-Packard Co. Securities Litigation*, No. 11-cv-1404 (RNBx) (C.D. Cal.) ($57 million recovery*)
- *KBC Asset Management NV v. 3D Systems Corp.*, No. 15-cv-02393-MGL (D.S.C.) ($50 million recovery*);
- *In re Medtronic, Inc. Securities Litigation*, No. 0:13-cv-0168 (D. Minn.) ($43 million recovery*);
- *Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc.,* Civil No. 12-3070 (JNE/HB) (D. Minn.) ($39.25 million recovery*);
- *Ross v. Career Education Corp.*, No. 12-cv-00276 (N.D. Ill.) ($27.5 million recovery*); and
- *KBC Asset Management NV v. Aegerion Pharmaceuticals, Inc.*, No. 14-cv-10105-MLW (D. Mass.) ($22.25 million recovery*).

Christopher has also represented investors in direct actions under federal securities laws, in shareholder derivative litigation, and in antitrust class actions; whistleblowers in proceedings before the U.S. Securities and Exchange Commission; and relators in qui tam litigation. In the international context, Christopher serves as U.S. counsel to the Stichting Petrobras Compensation Foundation in the Netherlands, which represents the interests of investors who traded in Petrobras securities outside the United States and who suffered losses as a result of an alleged long-running fraud and bribery scheme perpetrated by Petrobras and certain of its related entities and former executives.

**LICENSED IN:**
South Carolina (2011)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the First (2018), Second (2019), Third (2017), Fourth (2020), Fifth (2017), Ninth (2023), and Tenth (2019) Circuits

U.S. District Court for the Northern District of Illinois (2013), the Eastern District of Michigan (2017), and the District of South Carolina (2012)

**EDUCATION:**
J.D., Duke University School of Law, 2011

M.A., Trinity College, University of Cambridge, 2007

Bar Vocational Course (Very Competent), Inns of Court School of Law, 2006

Graduate Diploma in Law (Commendation), BPP Law School, London, 2005

B.A., Trinity College, University of Cambridge, 2003

**ASSOCIATIONS:**
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

*Prior results do not guarantee a similar outcome.

*Continued...*

PD:07.21.2026

# CHRISTOPHER F. MORIARTY    *Continued...*

In addition to his securities practice, Christopher represents dozens of governmental entities in litigation against several pharmaceutical drug manufacturers, distributors, and pharmacies in connection with the opioid epidemic. As part of that, he served as one of Washington State's litigation and trial counsel in its action against the "Big Three" distributors of prescription opioids that resulted in a $518 million settlement after trial. He also successfully briefed and argued the oppositions to numerous motions to dismiss in the State of Alaska's action against numerous opioid manufacturers.*

As part of his pro bono practice, Christopher has drafted *amicus curiae* briefs in approximately 20 constitutional law cases before the U.S. Supreme Court (which has cited his work) and the federal courts of appeal. Outside of his legal practice, Christopher serves on the Board of Directors of Operation Sight, a non-profit that provides free cataract surgery and other services to those in need.

Christopher was called to the Bar in England and Wales by the Honourable Society of the Middle Temple in 2008.

**SELECT PUBLICATIONS:**
Christopher F. Moriarty, *Supreme Court Rules That Securities Act Time Bar Is Not Subject to American Pipe Tolling*, Class Action & Derivative Suits Newsletter, American Bar Association (Oct. 3, 2017)

**SELECT PRESENTATIONS:**
Panelist, Experts: Communicating Complex Ideas and Issues in Litigation Consistent with Messaging Trends, American Bar Association Litigation Section Annual Conference (May 6, 2022)

**AWARDS AND ACCOLADES:**
*South Carolina Super Lawyers® Rising Stars* list
**2016–2021**  Securities litigation



# WILLIAM H. NARWOLD

**860.882.1676  bnarwold@motleyrice.com**

**MEMBER ATTORNEY**

Bill Narwold has advocated for corporate accountability and fiduciary responsibility for nearly 40 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations and whistleblower/qui tam claims.

Bill leads Motley Rice's securities and consumer fraud litigation teams and False Claim Act practice. He is also active in the firm's appellate practice. His experience includes being involved in more than 200 appeals before the U.S. Supreme Court, U.S. Courts of Appeal and multiple state courts.

Prior to joining Motley Rice in 2004, Bill directed corporate, securities, financial, and other complex litigation on behalf of private and commercial clients for 25 years at Cummings & Lockwood in Hartford, Connecticut, including 10 years as managing partner. Prior to his work in private practice, he served as a law clerk for the Honorable Warren W. Eginton of the U.S. District Court, District of Connecticut from 1979-1981.

Bill often acts as an arbitrator and mediator both privately and through the American Arbitration Association. He is a frequent speaker on legal matters, including class actions. Named one of 11 lawyers "who made a difference" by *The Connecticut Law Tribune*, Bill is recognized as an AV® rated attorney by Martindale-Hubbell®.

Bill has served the Hartford community with past involvements including the Greater Hartford Legal Assistance Foundation, Lawyers for Children America, and as President of the Connecticut Bar Foundation. For more than twenty years, Bill served as a Director and Chairman of Protein Sciences Corporation, a biopharmaceutical company in Meriden, Connecticut.

*Continued...*

**LICENSED IN:**
Connecticut (1979)
District of Columbia (2007)
New York (2008)
South Carolina (2006)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court (1984)

U.S. Court of Appeals for the First (2004), Second (1984), Third (2007), Fourth (2004), Fifth (2004), Sixth (2008), Eighth (2014), Ninth (2008), Tenth (1990), Eleventh (1993), D.C. (2015), and Federal (1988) Circuits

U.S. District Court for the District of Connecticut (1979), Northern District of Illinois (2017), Eastern District of Michigan (1985), Eastern (1985) and Southern (1985) Districts of New York, District of South Carolina (2013)

**EDUCATION:**
J.D. *cum laude*, University of Connecticut School of Law, 1979

B.A., Colby College, 1974

**ASSOCIATIONS:**
**American Bar Association**
**Connecticut Bar Foundation,** Past President
**Taxpayers Against Fraud**
**University of Connecticut Law School Foundation,** past Board of Trustees member

*Prior results do *not guarantee a similar outcome*.

PD:07.21.2026

# WILLIAM H. NARWOLD

*Continued...*

**AWARDS AND ACCOLADES:**

**Connecticut Law Tribune**
**2022 Connecticut Legal Awards "Distinguished Leaders" list**

**Best Lawyers®**
**2013, 2015, 2017, 2019, 2023** Hartford, Conn. "Lawyer of the Year": Litigation–Banking and Finance
**2005–2026** Litigation–Banking and Finance; Mergers and acquisitions; Securities
**2022–2026** Antitrust Law

**Super Lawyers®**
**2009–2022** *Connecticut Super Lawyers and New England Super Lawyers®* lists
Securities litigation; Class action/mass torts

**Lawdragon**
**2019–2025** Lawdragon 500 Plaintiff Financial Lawyers - Securities, Consumer Fraud, Antitrust & Whistleblower Litigation

**Connecticut Bar Foundation**
2008  Legal Services Leadership Award

*\* For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html For current year CT data visit: www.superlawyers.com/connecticut/selection_details.html*



# WILLIAM S. NORTON

**843.216.9195  bnorton@motleyrice.com**

**MEMBER ATTORNEY**

Bill Norton litigates securities fraud, corporate governance, False Claims Act, SEC whistleblower and other complex class action, consumer, and commercial matters. Bill has represented institutional and individual investors in securities fraud and shareholders actions before federal, state, and appellate courts throughout the country. He has also represented whistleblowers before the U.S. Securities and Exchange Commission through the Dodd-Frank Whistleblower Program and *qui tam* relators in actions under the False Claims Act.

## Securities Fraud Litigation

Bill represents institutional investors as a member of the lead counsel teams in litigation involving Amazon.com, Inc., Discover Financial Services, Fluence Energy Inc., Globe Life Inc., Seagate Technology Holdings plc, Shoals Technologies, Inc., and Sotera Health Company. His previous securities fraud matters include:

- *In re SCANA Corporation Securities Litigation* ($192.5 million recovery as Liaison Counsel*)
- *Bennett v. Sprint Nextel Corp.* ($131 million recovery*)
- *Boston Retirement System v. Alexion Pharmaceuticals, Inc.* ($125 million recovery*)
- *In re Qualcomm Inc. Securities Litigation* ($75 million recovery*)
- *City of Brockton Retirement System v. Avon Products, Inc.* ($62 million recovery*)
- *Hill v. State Street Corporation* ($60 million recovery*)
- *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.* ($60 million recovery*)
- *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery*)
- *In re Medtronic, Inc. Securities Litigation* ($43 million recovery*)
- *Hatamian v. Advanced Micro Devices, Inc.* ($29.5 million recovery*)
- *Ross v. Career Education Corporation* ($27.5 million recovery*)
- In re Synovus Financial Corp. ($11.75 million recovery*)

## Shareholder Derivative Litigation

Bill has also represented investors in shareholder derivative actions. He currently represents clients in derivative litigation involving Meta Platforms, Inc. and Wells Fargo & Company. His previous shareholder derivative matters include:

- *In re Wells Fargo & Co. Hiring Practices Derivative Litigation* ($110 million settlement providing for (i) $100 million in mortgage downpayment and closing cost assistance for low- and moderate-income borrowers in more than 50 U.S. communities and (ii) $10 million payment to company*)

**LICENSED IN:**
Massachusetts (2005)
New York (2005)
South Carolina (2009)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court (2005)

U.S. Court of Appeals for the First (2011), Second (2011), Third (2017), Fourth (2017), Sixth (2025), and Ninth (2023) Circuits

U.S. District Court for the District of Colorado (2013), Northern District of Illinois (2013), District of Massachusetts (2017), Eastern (2011) and Southern (2006) Districts of New York, and District of South Carolina (2012)

**EDUCATION:**
J.D., Boston University School of Law, 2004

B.A./B.S. *magna cum laude*, University of South Carolina, 2001

**ASSOCIATIONS:**
**Federal Bar Association**
**American Bar Association**
**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

*Prior results do not guarantee a similar outcome.

*Continued...*

PD:07.21.2026

# WILLIAM S. NORTON    *Continued...*



- *Manville Personal Injury Settlement Trust v. Gemunder* ($16.7 million payment and significant corporate governance reforms\*)
- *In re Walgreen Co. Derivative Litigation* (corporate governance reforms concerning compliance with Controlled Substances Act\*)

## Merger and Acquisition Litigation

Bill has represented institutional shareholders in corporate M&A litigation, including:

- *In re Allion Healthcare, Inc. Shareholders Litigation* ($4 million payment to shareholders\*)
- *In re RehabCare Group, Inc., Shareholders Litigation* ($2.5 million payment, modification of merger agreement, and additional disclosures to shareholders\*)
- *In re Atheros Communications Shareholder Litigation* (preliminary injunction delaying shareholder vote and requiring additional disclosures to shareholders in $3.1 billion merger\*)
- *Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.* (preliminary injunction requiring additional disclosures to shareholders in $143 million private-equity buyout\*)

## Other Commercial, Consumer Fraud, and Whistleblower Matters

Bill has represented clients in a variety of commercial, consumer fraud, and whistleblower matters, including:

- Satellite retailers in class action against EchoStar Corporation ($83 million recovery\*)
- Municipal bondholders in class action concerning alleged Ponzi scheme ($7.8 million recovery\*)
- A *qui tam* whistleblower in appeal, resulting in reinstatement of claim for employment retaliation\*
- Consumers in class action against DirecTV regarding early cancellation fees
- German bank in litigation concerning collateralized debt obligations
- Investors in actions concerning variable life insurance policies funneled to the Madoff Ponzi scheme

Before joining Motley Rice, Bill practiced securities and commercial litigation in the New York office of an international law firm. In law school, Bill served as an Editor of the *Boston University Law Review* and was a G. Joseph Tauro Distinguished Scholar. He worked as a law clerk in the United States Attorney's Office for the District of Massachusetts, represented asylum seekers at Greater Boston Legal Services, and studied law at the University of Oxford. Before law school, Bill worked for the United States Attorney's Office for the District of South Carolina and volunteered with the Neighborhood Legal Assistance Program of Charleston. He graduated Phi Beta Kappa from the University of South Carolina Honors College. Bill is recognized as an AV®-rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019** Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2019** *South Carolina Super Lawyers Rising Stars* list
Securities litigation; Class action/mass torts; General litigation

**SOUTH CAROLINA OFFICE** • 28 Bridgeside Blvd., Mount Pleasant, SC 29464



# LANCE OLIVER

**843.216.9061  loliver@motleyrice.com**

**MEMBER ATTORNEY**

Lance Oliver is a trial lawyer who litigates class actions, mass torts, and other complex matters. He has experience with all phases of litigation from complaint to verdict, to appeal. Lance has a special interest in the *voir dire* process (jury selection) and pretrial jury focus groups. He splits his practice between securities and consumer fraud class actions, and mass tort litigation involving defective products.

Lance has served as trial counsel in a variety of cases, including talcum powder cases, securities fraud class action cases, and tobacco cases. In 2021, Lance was also co-lead trial counsel in *In re Twitter Securities Fraud Litigation* in the Northern District of California. The case settled in 2022 for $809.5 million* mere days before going to trial. Institutional Shareholder Services ranked this as a top 20 settlement in securities fraud cases since the enactment of the Private Securities Litigation Reform Act.

Lance also led a trial team that secured a verdict of more than $1 million* for a smoker's widow in a wrongful death suit against tobacco giant Philip Morris, and successfully defended the verdict on appeal to the Fourth District Court of Appeals in Florida. In *Berger v. Philip Morris USA Inc*., Lance and co-counsel secured a verdict of more than $27 million* for a client who fell victim to the cigarette company's marketing campaigns targeting children at the age of 14. Lance and team defended this verdict through multiple rounds of appeals over a five-year period, finally securing full recovery for their client only after she had passed.

Lance is currently litigating securities fraud, products liability and consumer fraud cases.  In particular, he is involved in the Social Media Addiction Litigation pending in the Northern District of California directed at holding social media giants responsible for alleged harms their products have caused children and schools.

After law school Lance served as the law clerk for the Honorable James Hughes Hancock (deceased) of the U.S. District Court, Northern District of Alabama, and prior to joining Motley Rice in 2007, Lance served as an associate in the Washington, D.C., office of a national law firm.

Lance is recognized as an AV Preeminent® rated attorney by Martindale-Hubbell®. He previously served as Chair of the Board of Directors of the Dee Norton Child Advocacy Center and the American Lung Association Local Leadership Board for the Charleston area. He is also a member of both the Motley Rice Hiring Committee and the Diversity, Equity and Inclusion Committee.

**LICENSED IN:**
Alabama (2004)
District of Columbia (2006)
Florida (2012)
South Carolina (2008)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the District of Columbia (2007) and the Eleventh Circuit (2008)

U.S. District Court for the Southern (2013) and Northern (2016) Districts of Alabama, District of Columbia (2007), Middle (2013) and Southern (2013) Districts of Florida, Northern District of Illinois (2023) and the District of South Carolina (2017)

**EDUCATION:**
J.D., Duke University School of Law, 2004

B.A., Samford University, 2001

**ASSOCIATIONS:**
**American Bar Association**

*Prior results do not guarantee a similar outcome.

*Continued...*

PD:07.21.2026

# LANCE OLIVER

*Continued...*



**AWARDS AND ACCOLADES:**
*Benchmark Litigation*
*2022  Plaintiff Litigator of the Year*
*2022  Impact Case Award*

*South Carolina Lawyers Weekly*
**2021**  Leadership in Law Honoree

**Lawdragon**
**2019–2023**  Lawdragon 500 Plaintiff Financial Lawyers

*South Carolina Super Lawyers® Rising Stars* **list**
**2013–2018**  Securities litigation; Class action/mass torts

**The National Trial Lawyers**
**2016** Top 100 Trial Lawyers™ South Carolina:



# MEGHAN S. B. OLIVER

**843.216.9492  moliver@motleyrice.com**

**MEMBER ATTORNEY**

Meghan Oliver's practice focuses on complex litigation and class actions, including work on securities fraud cases and general commercial litigation.

Meghan is actively involved in various class actions, including a securities fraud class action against Archer Daniels Midland alleging accounting fraud, and several against the federal government. Her cases against the federal government include *Nat'l Veterans Legal Services Program v. United States*, Case No. 16-745-PLF, which alleges that the Administrative Office of the U.S. Courts charges more for PACER services than is authorized by statute, and *Steele v. United States*, Case No. 1:14-cv-1523-RCL, which alleges that the IRS charged more than a million tax return preparers unauthorized user fees for the issuance and renewal of preparer tax identification numbers.

She has represented public pension funds and institutional investors in several securities fraud class actions, including *In re Twitter, Inc*. *Securities Litigation*, No. 3:16-cv-05315-JST-SK, which settled for $809.5 million. *

Apart from her class action practice, Meghan has led or participated in a variety of matters, including representing SESAC in a rate-setting arbitration against the Radio Music License Committee, and representing a whistleblower in a False Claims Act case against a pharmaceutical manufacturer.

Prior to joining Motley Rice, Meghan worked as a business litigation and antitrust associate in Washington, D.C. There, she assisted in the trial of a multidistrict litigation antitrust case and assisted in multiple corporate internal investigations. She is a member of Phi Beta Kappa.

**AWARDS AND ACCOLADES:**
**National Law Journal**
**2022 Litigation Trailblazer**

**Lawdragon**
**2019–2025**  Lawdragon 500 Plaintiff Financial Lawyers - Commercial Litigation, esp. Consumer & Securities Fraud

**LICENSED IN:**
District of Columbia (2005)
South Carolina (2008)
Virginia (2004)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the Federal Circuit (2019)

U.S. District Court for the Northern District of Illinois (2024), District of South Carolina (2017), and the Eastern (2024) and Western (2024) Districts of Virginia

**EDUCATION:**
J.D., University of Virginia School of Law, 2004

B.A. with distinction, University of Virginia, 2000

**ASSOCIATIONS:**
**American Bar Association**

 *Prior results do not guarantee a similar outcome.



# RANEE SAUNDERS

**843.216.9511  rsaunders@motleyrice.com**

**ASSOCIATE ATTORNEY**

Ranee Saunders advocates to protect the rights of the injured in complex class actions and institutional investors in securities fraud litigation.

Ranee is involved in a securities fraud class action filed against AbbVie Inc. that alleges the company engaged in illegal kickbacks and other misconduct to boost sales. She also represents Upstart Holdings, Inc. shareholders who allege the company made misleading statements with regards to its artificial intelligence technology. Her casework also includes class action work for individuals and businesses.

Prior to joining Motley Rice, Ranee practiced at a South Carolina firm in complex and class action litigation, including representing states and local governments in cases stemming from the opioid epidemic, and serving as class counsel in companion class action cases against the then-largest suppliers of electricity in South Carolina. Ranee also has extensive criminal appellate experience, having handled criminal appeals in private practice and serving as an Assistant Attorney General in South Carolina's Criminal Appeals Division. Ranee spent the first five years of her legal career as a law clerk for Justice Kaye G. Hearn (retired) on the Supreme Court of South Carolina.

**LICENSED IN:**
South Carolina (2011)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court (2016)

U.S. Court of Appeals for the Fourth (2022) and Sixth (2025) Circuits

U.S. District Court for the District of South Carolina (2017)

**EDUCATION:**
J.D., *cum laude*, University of South Carolina School of Law, 2011

B.A., *cum laude*, University of South Carolina, 2003

**SOUTH CAROLINA OFFICE** • 28 Bridgeside Blvd., Mount Pleasant, SC 29464

PD:07.21.2026



# ERIN CASEY WILLIAMS

**843.216.9067  ecwilliams@motleyrice.com**

**ASSOCIATE ATTORNEY**

Erin Casey Williams protects the interests of institutional investors and consumers through complex securities litigation. She also represents whistleblowers in *qui tam* cases under the False Claims Act.

Erin is a part of Motley Rice's litigation teams representing investors in securities fraud class action cases throughout the country. She represents the firm's clients in matters against Amazon.com, Inc., Abbott Laboratories, and Upstart Holdings, Inc.

Erin also represented financial advisors in litigation against Wells Fargo which resulted in a $79 million settlement.* The financial advisors alleged Wells Fargo forfeited their deferred compensation in violation of the Employee Retirement Income Security Act (ERISA). Additionally, Erin is involved in the firm's qui tam practice, working with relators to bring claims on behalf of the government.

While pursuing her law degree, Erin interned for the Federal Defender Program in Chicago in addition to working as a judicial extern for the Honorable Michael T. Mason of the U.S. District Court for the Northern District of Illinois. She served as an associate editor of the *University of Illinois Law Review* and the Community Service Chair of the Women's Law Society.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2024-2026**  *Ones to Watch* list: Litigation – Securities

**LICENSED IN:**
South Carolina (2015)

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the Second (2021) and Ninth (2025) Circuits

U.S. District Court for the Eastern District of Michigan (2017), the Northern District of Illinois (2022) and the District of South Carolina (2016)

**EDUCATION:**
J.D., University of Illinois College of Law, 2014

B.S. with high honors, University of Illinois at Urbana-Champaign, 2011

**ASSOCIATIONS:**
**American Bar Association**
**South Carolina Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**
**Charleston County Bar Association**

*Prior results do not guarantee a similar outcome.

# SECURITIES LITIGATION PROFESSIONAL STAFF

### Ellie Kimmel

Senior Business Analyst Ellie Kimmel began working with Motley Rice attorneys in 2000. Prior to her work with the securities litigation team, she was a founding member of the firm's Central Research Unit and also supervised the firm's file management. She currently performs securities research and provides client portfolio analysis for the firm's securities cases.

Ellie has a diverse background that includes experience in both education and banking. She began her career in banking operations, where she served as an operations manager and business analyst in corporate banking support for 14 years. She then spent seven years teaching high school economics, Latin and history before joining Motley Rice.

EDUCATION:
B.A., University of South Florida, 1993

### June Welch

As a Financial Analyst, June Welch is responsible for monitoring client portfolios, analyzing investor losses, and conducting research on companies facing allegations of securities fraud. She also assists in submitting claims for securities class action settlements.

June holds a Master of Business Administration degree from The Citadel, where she worked as a graduate assistant. As an undergraduate, she double-majored in Accounting and Business Administration.

EDUCATION:
M.B.A., The Citadel, 2017

B.S. with honors, Accounting, Business Administration, College of Charleston, 2015

### Seth Simmons

Seth Simmons joined Motley Rice as a Financial Data Analyst in 2023. He analyzes trade data and calculates client losses for settlements and newly filed litigation. Seth works directly with settlement claims administrators to format trade data and file claims on behalf of our clients.

Prior to joining Motley Rice, Seth worked as a data analyst for a publicly traded software company for nearly a decade, and began his career as a staff accountant for an international shipping company.

EDUCATION:
M.B.A., Charleston Southern University, 2015

B.S., Business Administration, College of Charleston, 2010

### Jeremy Johnson

Jeremy Johnson joined the firm in 2025 as a Data Analyst. His work with the Securities & Consumer Fraud litigation team helps quantify investor harm, assess trading patterns, and develop accurate models for estimating class-wide damages.

Jeremy brings a background in data science, finance, and consulting. Prior to joining Motley Rice, he worked as an analyst at a healthcare management consulting firm, where he developed tools to track physician onboarding and manage project portfolios.

EDUCATION:
M.S., Quantitative Management: Business Analytics, Duke University Fuqua School of Business, 2024

B.A., Financial Economics and Data Science & Statistics, University of Lynchburg, 2023

### Evelyn Richards

Evelyn Richards joined Motley Rice in 2007. As a Law Clerk for the securities and consumer fraud team, she plays a key role in supporting litigation through editing, cite-checking and Shepardizing complaints, briefs, and other legal documents. She also trains support staff on how to use The Bluebook.

Evelyn has more than thirty years of experience in the legal field. Prior to joining Motley Rice, she was an Assistant Solicitor for the Ninth Circuit Solicitor's Office, where she prosecuted child abuse and neglect and juvenile criminal cases. She also worked for a time as a programmer/analyst, and was an administrator for a large telecom, corporate and litigation firm, supervising all office operations, including human resources and accounting procedures. Evelyn served as office manager for a small worker's compensation law office, where she managed trust and operating accounts and provided information technology support.

EDUCATION:
A.S. *cum laude*, Computer Technology, Trident Technical College, 1995

J.D., University of South Carolina School of Law, 1989

B.A., English Literature and Religion, University of Virginia, 1986

Prior results do not guarantee a similar outcome.

# SECURITIES LITIGATION PROFESSIONAL STAFF

### Lora McLaughlin

With more than 20 years of experience as a Paralegal and Administrator, Lora McLaughlin works closely with Motley Rice attorneys to help see cases through to final resolution. She also manages the securities fraud team's administrative staff to ensure that proper training is received and workloads are efficiently distributed.

Lora began her career as a paralegal and administrator working with engineers, technicians, and supervising personnel for two large defense contractor companies. She also gained valuable legal experience serving as a paralegal and office manager for several law firms in Virginia, acquiring experience and skill in client interaction, case management, and co-counsel involvement.

EDUCATION:
A.A.S., Tidewater Community College, 1997

### Katherine Weil

Kate Weil is the team's Lead Research Paralegal and is instrumental in monitoring all cases filed in securities litigation in the U.S. She also fulfills attorneys' requests for documents and pleadings related to the firm's cases.

After earning a B.A. in criminology, Kate worked as a paralegal and legal assistant for several firms in Pittsburgh, where her casework included criminal defense, medical malpractice and civil litigation.

Prior to joining Motley Rice in 2002, Kate worked for Waste Management as a legal assistant for the eastern district's general counsel, senior employment counsel, and government affairs departments. Kate has more than 30 years of legal support experience.

EDUCATION:
B.A., Criminology, Indiana University of Pennsylvania, 1992

### Dominique Brown

Dominique Brown joined Motley Rice as a Paralegal in July 2014. She assists the securities fraud team with case filings, exhibit preparation, legal research and deposition coordination, among other duties. Prior to joining Motley Rice, Dominique worked as a paralegal for an heirs' property law firm.

She is an honorably discharged veteran who served as a communications systems specialist with the Army National Guard during Operation Iraqi Freedom.

EDUCATION:
A.A.S., *summa cum laude,* Paralegal Studies, Criminal Justice, Trident Technical College, 2014

C.A.S., Microcomputer Business, Trident Technical College, 2015



**www.motleyrice.com**
**1 800.768.4026**

28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

**SC | RI | CT | NY | WV | DC | NJ | PA | CA**

William H. Narwold (CT, DC, NY, SC) is the attorney responsible for this communication. Prior results do not guarantee a similar outcome.
Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice. Motley Rice LLP, a CA limited liability partnership, conducts the Firm's CA practice.

*PD: 6.23.26*