UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>　　　　　　　　Defendants. | Case No.: 1:26-cv-04660-VEC<br><br>CLASS ACTION<br><br>MOVANTS ASHOK SHAH AND MITA SHAH'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable Valerie E. Caproni, U.S. District Judge, located at the U.S. District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, movants Ashok Shah and Mita Shah ("Movants") respectfully move the Court, pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (i) appointing Movants as Lead Plaintiffs in the above-captioned action; and (ii) approving Movants' selection of Robbins LLP as Lead Counsel and Johnson Fistel, PLLP as Liaison Counsel for Lead Plaintiffs and the proposed class.

The grounds for this Motion are set forth in the Memorandum of Law in Support of Movants Ashok Shah and Mita Shah's Motion for Appointment as Lead Plaintiffs and Approval of Selection of Counsel; and the Declaration of Ralph M. Stone in Support of Movants Ashok Shah and Mita Shah's Motion for Appointment as Lead Plaintiffs and Approval of Selection of

Counsel, filed contemporaneously herewith.

Dated: August 3, 2026

Respectfully submitted,

JOHNSON FISTEL, PLLP

/s/*Ralph M. Stone*

RALPH M. STONE
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone: (212) 292-5690
Facsimile: (619) 363-8326
E-mail: ralphs@johnsonfistel.com

*Counsel for Movants Ashok Shah and Mita Shah and [Proposed] Liaison Counsel*

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
            csmith@robbinsllp.com

*Counsel for Movants Ashok Shah and Mita Shah and [Proposed] Lead Counsel*

1737829

- 2 -

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed August 3, 2026.

/s/*Ralph M. Stone*
RALPH M. STONE

- 2 -