UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>　　　　　　　Defendants. | Case No.: 1:26-cv-04660-VEC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOVANTS ASHOK SHAH AND MITA SHAH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

The Court, having considered Movants Ashok Shah and Mita Shah's ("Movants") Motion for Appointment as Lead Plaintiffs and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefore, ORDERS as follows:

1.　　　　The Motion is GRANTED.

2.　　　　The Court, having considered the provisions of section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Movants are appointed as Lead Plaintiffs.

3.　　　　Lead Plaintiffs' selection of Lead Counsel and Liaison Counsel is approved. Pursuant to section 21D(a)(3)(B)(v), the law firm of Robbins LLP is approved as Lead Counsel and Johnson Fistel, PLLP is approved as Liaison Counsel for Lead Plaintiffs and the proposed class.

IT IS SO ORDERED.

Dated:　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VALERIE E. CAPRONI
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE