**BFA**
**BLEICHMAR**
**FONTI & AULD LLP**

Javier Bleichmar
Partner
(212) 789-1341
jbleichmar@bfalaw.com

August 3, 2026

**VIA ECF AND EMAIL**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Room 20C
New York, New York 10007

RE:     *Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc., et al.*, 26-cv-4660
(S.D.N.Y.)

Dear Judge Caproni:

We represent Lead Plaintiff movant City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa") in the above-referenced action.  On August 3, 2026, Tampa filed a motion to be appointed Lead Plaintiff and for approval of its selection of Co-Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).  Pursuant to Rule 2.D. of this Court's Individual Practices in Civil Cases ("Practices"), we respectfully submit the attached [Proposed] Order Appointing Tampa as Lead Plaintiff and Approving Its Selection of Co-Lead Counsel.

Tampa is aware of Rule 2.A. of this Court's Practices, which provides, in relevant part, that "[i]n all correspondence with the Court containing a request, the requesting party must indicate whether its adversary consents to the request."  Tampa's Lead Plaintiff Motion, however, is made pursuant to the PSLRA, which provides that any Class member, regardless of whether they filed a complaint, may file a motion to be appointed Lead Plaintiff no later than 60 days after publication of notice of the pendency of the action.  *See* 15 U.S.C. § 78u-4(a)(3)(A).  Notice of pendency was published on June 2, 2026, and all motions are statutorily due by August 3, 2026.  As such, Tampa will not know which other Class members, if any, will seek appointment as Lead Plaintiff meaningfully in advance of the August 3 deadline.  Under these circumstances, Tampa respectfully requests that compliance with Rule 2.A. be waived in this instance.

Respectfully submitted,

  */s/ Javier Bleichmar*
Javier Bleichmar