**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case No. 1:26-cv-04660-VEC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF CO-LEAD COUNSEL**

Upon consideration of: (1) the Motion of City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa") for appointment as Lead Plaintiff and approval of its selection of counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Tampa's Motion is **GRANTED.**

2.      Tampa is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to Paragraph 4 of this Order.

3.      Tampa's selection of Co-Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP and Motley Rice LLC are **APPOINTED** as Co-Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned action, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re Badger Meter, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:26-cv-04660.

**IT IS SO ORDERED.**

Dated: _____

_____
     HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE