UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>　　　　　　　　Defendants. | Case No.: 1:26-cv-04660-VEC<br><br>CLASS ACTION<br><br>DECLARATION OF RALPH M. STONE IN SUPPORT OF MOVANTS ASHOK SHAH AND MITA SHAH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

I, Ralph M. Stone, declare as follows:

I am a member of the bar of the State of New York and counsel for movants Ashok Shah and Mita Shah ("Movants"), and proposed Liaison Counsel for proposed Lead Plaintiffs and the class. I make this Declaration in support of Movants' Motion for Appointment as Lead Plaintiffs and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:　Published Notice, *Badger Meter Class Action Notice: BFA Law Has Filed a Securities Fraud Class Action Against Badger Meter, Inc. (NYSE: BMI)*, ACCESS Newswire (June 2, 2026);

Exhibit B:　Movants' Certifications;

Exhibit C:　Chart of Movants' Purchases and Losses;

Exhibit D:　Firm resume of Robbins LLP; and

Exhibit E:      Firm resume of Johnson Fistel, PLLP.

I declare under penalty of perjury, on this 3rd day of August, 2026, under the laws of the United States of America that the foregoing is true and correct.

/s/*Ralph M. Stone*
RALPH M. STONE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed August 3, 2026.

/s/*Ralph M. Stone*
RALPH M. STONE