# Exhibit B

## CERTIFICATION OF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAW

Ashok Shah ("Movant") declares:

1. Movant has reviewed the complaint filed and adopts its allegations. Movant has retained Robbins LLP and Johnson Fistel, PLLP as counsel in this action for all purposes, and authorized the filing of a motion for appointment as lead plaintiff.

2. Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| | See Attachment | | | |
| | | | | |
| | | | | |
| | | | | |

5. Movant has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: None.

_____

6. Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7. Movant represents and warrants that he is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd_____ day of August, 2026.



Signed by:

*Ashok Shah*

82312F0A605B4D0...

ASHOK SHAH

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| BMI | Purchase | 100 | 7/22/25 | 205.850 |
| BMI | Purchase | 100 | 7/24/25 | 190.000 |
| BMI | Purchase | 10 | 9/9/25 | 176.000 |
| BMI | Purchase | 10 | 9/9/25 | 177.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATION OF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAW

Mita Shah ("Movant") declares:

1.      Movant has reviewed the complaint filed and adopts its allegations.  Movant has retained Robbins LLP and Johnson Fistel, PLLP as counsel in this action for all purposes, and authorized the filing of a motion for appointment as lead plaintiff.

2.      Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Movant has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| | See Attachment | | | |
| | | | | |
| | | | | |
| | | | | |

5.      Movant has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

_____

6.      Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7.      Movant represents and warrants that she is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _3rd_____ day of August, 2026.



Signed by:

Mita Shah

B5CDC5E2E760444...

MITA SHAH

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| | | | | |
| BMI | Purchase | 100 | 7/22/25 | 205.850 |
| BMI | Purchase | 100 | 7/24/25 | 190.000 |
| BMI | Purchase | 10 | 9/9/25 | 176.000 |
| BMI | Purchase | 10 | 9/9/25 | 177.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |