# Exhibit C

| Badger Meter, Inc. Loss Calculation - Shah, Acct #085 | | | | | |
|---|---|---|---|---|---|
| Class Period: April 18, 2024 - April 16, 2026 | | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 7/22/2025 | BUY | 100.00 | 205.8500 | (20,585.00) | - |
| 7/24/2025 | BUY | 100.00 | 190.0000 | (19,000.00) | - |
| Shares Remaining | | 200 | LIFO Subtotal | | - |
| 90-Day Average Price[1] | | 128.64 | Retained Value | | $ 25,727.25 |
| | | | Cost Basis of Shares Retained | | $ (39,585.00) |
| | | | Loss | | $ (13,857.75) |
| (1) Using the average closing price between April 17, 2026 - July 15, 2026. | | | | | |

| Badger Meter, Inc. Loss Calculation - Shah, Acct #592 | | | | | |
|---|---|---|---|---|---|
| Class Period: April 18, 2024 - April 16, 2026 | | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 9/9/2025 | BUY | 10.00 | 176.0000 | (1,760.00) | - |
| 9/9/2025 | BUY | 10.00 | 177.0000 | (1,770.00) | - |
| Shares Remaining | | 20 | LIFO Subtotal | | - |
| 90-Day Average Price[1] | | 128.64 | Retained Value | | $ 2,572.72 |
| | | | Cost Basis of Shares Retained | | $ (3,530.00) |
| | | | Loss | | $ (957.28) |
| (1) Using the average closing price between April 17, 2026 - July 15, 2026. | | | | | |