**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case No.  1:26-cv-04660-VEC |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF THE MOTION OF THE NOVA SCOTIA PUBLIC SERVICE SUPERANNUATION PLAN AND THE NOVA SCOTIA TEACHERS' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Pursuant to 28.U.S.C. §1746, I, MATTHEW L. TUCCILLO, declare as follows:

1. I am over twenty-one years of age, and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2. I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for lead plaintiff movants the Nova Scotia Public Service Superannuation Plan ("PSSP") and the Nova Scotia Teachers' Pension Plan ("TPP" and together with PSSP, the "Nova Scotia Plans") in the above-captioned litigation. My office is located at 600 Third Avenue, New York, NY 10016.

3. I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the District of Massachusetts, the Eastern and Southern and Northern Districts of New York, the Southern District of Texas, the Northern District of Illinois, and the Eastern District of Wisconsin.

4. I submit this Declaration in support of the Nova Scotia Plans' motion for appointment as Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

5. Attached hereto as the exhibits indicated are true and correct copies of:

Exhibit A: Chart setting forth the Nova Scotia Plans' financial interest in this Action;

Exhibit B: Notice of pendency of the Action, published on *ACCESS Newswire* on June 2, 2026;

Exhibit C: Shareholder Certifications executed on behalf of the Nova Scotia Plans; and

Exhibit D: Firm resume of Pomerantz.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 3, 2026.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

2