# EXHIBIT A

**Badger Meter, Inc. (BMI)**
**Class Period: April 18, 2024 to April 16, 2026**
**Nova Scotia Public Service Superannuation Plan ("PSSP")**
**Nova Scotia Teachers' Pension Plan ("TPP")**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sell Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Shares Retained Through 7/22/2025 Corrective | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary |
| PSSP | | 4,330 | | ($892,419) | | (4,330) | | $745,717 | 0 | ($146,701) | 3,450 | ($146,701) |
| TPP | | 3,480 | | ($717,170) | | (3,480) | | $599,280 | 0 | ($117,890) | 2,770 | ($117,890) |
| **Total** | | **7,810** | | **($1,609,588)** | | **(7,810)** | | **$1,344,997** | **0** | **($264,591)** | **6,220** | **($264,591)** |
| | | | | | | | | | | | | |
| PSSP | 3/3/2025 | 660 | $211.3097 | ($139,464) | 9/12/2025 | (80) | $177.9950 | $14,240 | | | | |
| PSSP | 3/4/2025 | 340 | $209.4293 | ($71,206) | 9/16/2025 | (440) | $177.4151 | $78,063 | | | | |
| PSSP | 3/4/2025 | 30 | $209.2773 | ($6,278) | 9/16/2025 | (3,810) | $171.5000 | $653,415 | | | | |
| PSSP | 3/5/2025 | 720 | $208.8878 | ($150,399) | | | | | | | | |
| PSSP | 3/6/2025 | 340 | $207.2579 | ($70,468) | | | | | | | | |
| PSSP | 3/6/2025 | 200 | $208.7142 | ($41,743) | | | | | | | | |
| PSSP | 3/7/2025 | 280 | $210.3340 | ($58,894) | | | | | | | | |
| PSSP | 3/10/2025 | 100 | $209.4314 | ($20,943) | | | | | | | | |
| PSSP | 3/10/2025 | 220 | $210.4504 | ($46,299) | | | | | | | | |
| PSSP | 3/11/2025 | 210 | $208.4912 | ($43,783) | | | | | | | | |
| PSSP | 3/11/2025 | 200 | $207.0145 | ($41,403) | | | | | | | | |
| PSSP | 3/12/2025 | 150 | $206.3395 | ($30,951) | | | | | | | | |
| PSSP | 7/25/2025 | 150 | $193.7026 | ($29,055) | | | | | | | | |
| PSSP | 7/25/2025 | 560 | $193.6154 | ($108,425) | | | | | | | | |
| PSSP | 7/28/2025 | 30 | $194.0000 | ($5,820) | | | | | | | | |
| PSSP | 7/28/2025 | 30 | $196.9450 | ($5,908) | | | | | | | | |
| PSSP | 7/28/2025 | 90 | $194.3808 | ($17,494) | | | | | | | | |
| PSSP | 7/28/2025 | 20 | $194.2400 | ($3,885) | | | | | | | | |
| **PSSP** | | **4,330** | | **($892,419)** | | **(4,330)** | | **$745,717** | **0** | **($146,701)** | **3,450** | **($146,701)** |
| | | | | | | | | | | | | |
| TPP | 3/3/2025 | 530 | $211.3097 | ($111,994) | 9/12/2025 | (60) | $177.9950 | $10,680 | | | | |
| TPP | 3/4/2025 | 280 | $209.4293 | ($58,640) | 9/16/2025 | (350) | $177.4151 | $62,095 | | | | |
| TPP | 3/4/2025 | 30 | $209.2773 | ($6,278) | 9/16/2025 | (3,070) | $171.5000 | $526,505 | | | | |
| TPP | 3/5/2025 | 570 | $208.8878 | ($119,066) | | | | | | | | |
| TPP | 3/6/2025 | 280 | $207.2579 | ($58,032) | | | | | | | | |
| TPP | 3/6/2025 | 160 | $208.7142 | ($33,394) | | | | | | | | |
| TPP | 3/7/2025 | 230 | $210.3340 | ($48,377) | | | | | | | | |
| TPP | 3/10/2025 | 80 | $209.4314 | ($16,755) | | | | | | | | |
| TPP | 3/10/2025 | 170 | $210.4504 | ($35,777) | | | | | | | | |
| TPP | 3/11/2025 | 160 | $208.4912 | ($33,359) | | | | | | | | |
| TPP | 3/11/2025 | 150 | $207.0145 | ($31,052) | | | | | | | | |
| TPP | 3/12/2025 | 130 | $206.3395 | ($26,824) | | | | | | | | |
| TPP | 7/25/2025 | 120 | $193.7026 | ($23,244) | | | | | | | | |
| TPP | 7/25/2025 | 450 | $193.6154 | ($87,127) | | | | | | | | |

**Badger Meter, Inc. (BMI)**
**Class Period: April 18, 2024 to April 16, 2026**
**Nova Scotia Public Service Superannuation Plan ("PSSP")**
**Nova Scotia Teachers' Pension Plan ("TPP")**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sell Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Shares Retained Through 7/22/2025 Corrective | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPP | 7/28/2025 | 30 | $194.0000 | ($5,820) | | | | | | | | |
| TPP | 7/28/2025 | 20 | $196.9450 | ($3,939) | | | | | | | | |
| TPP | 7/28/2025 | 70 | $194.3809 | ($13,607) | | | | | | | | |
| TPP | 7/28/2025 | 20 | $194.2400 | ($3,885) | | | | | | | | |
| **TPP** | | **3,480** | | **($717,170)** | | **(3,480)** | | **$599,280** | **0** | **($117,890)** | **2,770** | **($117,890)** |