## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case 1:26-cv-04660-VEC<br><br>CLASS ACTION |

## NOTICE OF MOTION OF GLENN AUSTIN WESTER FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL

00846540;V1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, lead plaintiff movant Glenn Austin Wester ("Wester") hereby moves this Court, the Honorable Valerie E. Caproni, United States District Judge of the United States District Court for the Southern District of New York, for an Order:

(a) appointing Wester as Lead Plaintiff; and

(b) approving Wester's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: August 3, 2026

Respectfully submitted,

*/s/ Joseph R. Seidman, Jr.*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
            seidman@bernlieb.com

*Counsel for Glenn Austin Wester and Proposed*
*Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I, Joseph R. Seidman, Jr., hereby certify that on August 3, 2026, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 3, 2026

/s/ *Joseph R. Seidman, Jr.*
Joseph R, Seidman, Jr.