**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case 1:26-cv-04660-VEC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING**
**LEAD PLAINTIFF AND APPROVING COUNSEL**

00846551;V1

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      Glenn Austin Wester is hereby appointed as Lead Plaintiff for the proposed class pursuant to 15 U.S.C. §§ 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

II.     Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed class.

SO ORDERED, this ___ day of _____, 2026

_____
The Honorable Valerie E. Caproni
United States District Judge

00846551;V1