**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case 1:26-cv-04660-VEC<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH R. SEIDMAN, JR.**
**IN SUPPORT OF GLENN AUSTIN WESTER'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1.    I am Senior Counsel with Bernstein Liebhard LLP. I make this Declaration in Support of Glenn Austin Wester's ("Wester") Motion for Appointment as Lead Plaintiff and Approval of Counsel.  The matters set forth herein are within my personal knowledge.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action;

Exhibit B:    Wester's sworn certification;

Exhibit C:    Wester's Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.

Executed: August 3, 2026

*/s/ Joseph R. Seidman, Jr.*
JOSEPH R. SEIDMAN, JR.

00846552;V1

**CERTIFICATE OF SERVICE**

I, Joseph R. Seidman, Jr., hereby certify that on August 3, 2026, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 3, 2026                              /s/ *Joseph R. Seidman, Jr.*
                                                   Joseph R, Seidman, Jr.

00846552;V1                                      1