**Badger Meter, Inc. (NYSE : BMI)**

FIFO/LIFO/DURA Losses

Class Period: 04/18/2024 - 04/16/2026                                                                                                                Hold Price:    $128.6362

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
| MOVANT | DATE | SHARES | PURCHASE PRICE ($) | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE ($) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GLENN AUSTIN WESTER | 07/31/25 | 100 | 210.0000 | 21,000.00 | | | | 0.00 | 100 | 12,863.62 | (8,136.38) |
| **GLENN AUSTIN WESTER Totals** | | **100** | | **$21,000.00** | | **-** | | **$0.00** | | | **($8,136.38)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $128.6362 per share.