

**Matthew L. Tuccillo**
Partner

August 3, 2026

**VIA ECF AND EMAIL (CaproniNYSDChambers@nysd.uscourts.gov)**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>        RE:    *Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc. et al.*,
>               No. 1:26-cv-04660-VEC

Dear Judge Caproni:

Pomerantz LLP represents the Nova Scotia Public Service Superannuation Plan and the Nova Scotia Teachers' Pension Plan (collectively, the "Nova Scotia Plans"), movants for appointment as Lead Plaintiffs and approval of selection of Lead Counsel in the above-referenced action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, et seq. (the "Lead Plaintiff Motion"). Pursuant to Rule 2.D. of this Court's Individual Practices in Civil Cases ("Individual Practice Rules"), we respectfully submit the attached [Proposed] Order Appointing Lead Plaintiffs and Approving Selection of Lead Counsel on behalf of the Nova Scotia Plans with respect to their recently filed Lead Plaintiff Motion, Memorandum of Law in Support, Declaration of Matthew L. Tuccillo in Support, and all exhibits thereto.

We thank the Court for its consideration and respectfully request that it grant the Lead Plaintiff Motion.

The Nova Scotia Plans are aware of this Court's Individual Practice Rule 2.A., which provides, in relevant part, that "[i]n all correspondence with the Court containing a request, the requesting party must indicate whether its adversary consents to the request." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in this Action is August 3, 2026, on which date any member of the putative class in the Action (the "Class") may so move. See 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). The Nova Scotia Plans will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until August 4, 2026—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of this request impracticable. Under these circumstances, the

mltuccillo@pomlaw.com

600 Third Avenue, New York, NY 10016    Main: 212.661.1100    Direct: 646.581.9972

NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV

www.pomlaw.com



Hon. Valerie E. Caproni, U.S.D.J.
August 3, 2026
Page 2

Nova Scotia Plans respectfully request that compliance with Individual Practice Rule 2.A. be waived in this instance.

Respectfully submitted,

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

cc:     All counsel of record (via ECF)