**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>            Defendants. | Case No.  1:26-cv-04660-VEC |

**[PROPOSED] ORDER**
**APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF COUNSEL**

**WHEREAS**, the Court has considered the competing motions for appointment as Lead Plaintiff and approval of selection of counsel,

**IT IS HEREBY ORDERED THAT**:

1. Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints the Nova Scotia Public Service Superannuation Plan ("PSSP") and the Nova Scotia Teachers' Pension Plan ("TPP" and together with PSSP, the "Nova Scotia Plans") as Lead Plaintiffs in the above-captioned action (the "Action") pursuant to §21D(a)(3)(B)(i) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(i). The Nova Scotia Plans satisfy the requirements for appointment as Lead Plaintiffs pursuant to PSLRA §21D(a)(3)(B)(iii), 15 U.S.C. §78u-4(a)(3)(B)(iii).

2. Lead Plaintiffs the Nova Scotia Plans, pursuant to §21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), have selected and retained Pomerantz LLP as lead counsel for the Class in the Action, and their selection is hereby approved.

3. Lead Counsel shall have the following primary responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    (a)    to oversee, coordinate, and conduct the preparation of all pleadings;

    (b)    to oversee, coordinate, and conduct the briefing and argument of motions;

    (c)    to oversee, coordinate, and conduct discovery and discovery-related proceedings;

    (d)    to oversee, coordinate, and conduct examination of witnesses in depositions;

    (e)    to select counsel to act as a spokesperson at pretrial conferences;

    (f)    to oversee, coordinate, and conduct all settlement negotiations with counsel for Defendants;

    (g)    to oversee, coordinate, and conduct the preparation for trial and the trial of this matter;

1

(h)     in fulfilling these responsibilities, to delegate work to selected supporting counsel as may be required;

(i)     to supervise any other matters concerning the prosecution, resolution, or settlement of the Action, including but not limited to any bankruptcy proceedings by Badger Meter, Inc. or other Defendants; and

(j)     to call meetings of and otherwise coordinate with the plaintiffs' counsel in any related actions as Lead Counsel deems necessary and appropriate.

4.      No complaint, motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs, nor any expansion or alteration of the class period attempted by any plaintiffs, without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.      Every pleading and Order in this Action, and any related action that is consolidated with this Action, shall hereafter bear the following caption, which shall all list "All actions" or the specific actions to which such pleading or Order relates:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE BADGER METER, INC. SECURITIES LITIGATION | Case No.  1:26-cv-04660-VEC |
|---|---|
| THIS DOCUMENT RELATES TO: | CLASS ACTION<br><br>[TITLE OF DOCUMENT] |

6.      Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.  No competing or tag-along class actions shall be filed attempting to evade this organization of plaintiffs' counsel.

7.      Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices, as needed.

8.      Lead Counsel shall be the contact between plaintiffs' counsel and shall direct and

2

coordinate the activities of plaintiffs' counsel.

9. Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

10. During the pendency of this Action, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant, or which may lead to the discovery of information relevant, to the subject matter of the pending litigation.

**SO ORDERED.**

Dated: _____, 2026
      New York, New York

_____

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

3