

620 Fifth Avenue, 2nd Floor
New York, NY 10020
Tel: 212.292.5690
Fax: 212.292.5680

Ralph M. Stone
rs@stonepllc.com

August 3, 2026

**VIA ELECTRONIC CASE FILING**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Chambers 1930
New York, NY 10007

Re:   ***Steamfitters Local 449 Retirement Security Fund v. Badger Meter, Inc., et. al.,*
Case No. 1:26-cv-04660-VEC**

Dear Judge Caproni:

We represent Ashok and Mita Shan ("Movants") in the above-captioned securities action. We write pursuant to Rule 2D of Your Honor's Individual Practices In Civil Cases, in support of Movants' motion for appointment as Lead Plaintiff and approval of their selection of counsel.

As discussed in Movants' memorandum of law filed in support of its Motion, to the best of their knowledge, Movants are the most adequate Lead Plaintiff movant, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. §§ 78u-4). Pursuant to the PSLRA, the proposed Lead Plaintiffs' choice of counsel shall be appointed as Lead Counsel and Liaison Counsel. 15 U.S.C. § 78u-4(a)(3)(B)(v).

We thank Your Honor for the Court's time and attention to this request and are available to answer any questions which the Court may have.

Respecfully,

JOHNSON FISTEL, PLLP

/s/ Ralph M. Stone
RALPH M. STONE