**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case No.: 1:26-cv-04660-VEC<br><br>Hon. Valerie E. Caproni |

**NOTICE OF NON-OPPOSITION OF PAREKH FAMILY TRUST U/A DTD 06/06/2022 TO COMPETING LEAD PLAINTIFF MOTIONS**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that PAREKH FAMILY TRUST U/A DTD 06/06/2022 ("Movant") respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of counsel in the above-captioned action (the "Action"). On August 3, 2026, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that it suffered approximately $28,173.77 pursuant to Section 21D of the Securities Exchange Act of 1934 in financial losses in connection with its purchase of Badger Meter, Inc. common stock between April 18, 2024 and April 16, 2026, inclusive. *See* ECF No. 17. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, it does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Movant City Pension Fund for Firefighters and Police Officers in the City of Tampa (the "Pension Fund") claims the largest financial interest in the Action. *See* ECF No. 26-4. Therefore, Movant does not oppose the Pension Fund's motion, but otherwise reserves all rights to renew its motion and/or further support its motion if the Pension Fund is held ineligible, atypical, inadequate, or otherwise disqualified from serving as Lead Plaintiff.

Movant further reserves all rights and arguments with respect to its financial interest relative to the other movants as well as its typicality and/or adequacy to serve as Lead Plaintiff. Movant also reserves all rights to serve as Lead Plaintiff and/or Class Representative in this litigation if the need should arise and will remain ready, willing and able to do so if called upon.

Dated: August 4, 2026

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: *<u>/s/ Adam M. Apton</u>*

Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for PAREKH FAMILY TRUST U/A DTD 06/06/2022*