AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-04660-VBC |
| BADGER METER, INC., ***et al.,*** | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City Pension Fund for Firefighters and Police Officers in the City of Tampa .

Date: 8/4/2026

/s/ Serena Hallowell
*Attorney's signature*

Serena P. Hallowell (SR1120)
*Printed name and bar number*

Motley Rice LLC
800 Third Ave., Suite 2401
New York, NY 10022
*Address*

shallowell@motleyrice.com
*E-mail address*

(212) 577-0043
*Telephone number*

(212) 577-0054
*FAX number*