**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case 1:26-cv-04660-VEC<br><br><u>CLASS ACTION</u> |

**NOTICE OF NON-OPPOSITION OF GLENN AUSTIN WESTER TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that lead plaintiff movant Glenn Austin Wester ("Wester") appears to lack the largest financial interest of the lead plaintiff movants. Accordingly, Wester does not oppose the competing motions for lead plaintiff. However, should the lead plaintiff be unable to serve due to Rule 23 impediments or otherwise, Wester stands ready, willing, and able to serve as lead plaintiff.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Joseph R. Seidman, Jr.*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Glenn Austin Wester*

**CERTIFICATE OF SERVICE**

I, Joseph R. Seidman, Jr., hereby certify that on August 10, 2026, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 10, 2026

*/s/ Joseph R. Seidman, Jr.*
Joseph R. Seidman, Jr.