UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,<br><br>Defendants. | Case No. 1:26-cv-04660-VEC |

NOTICE OF NON-OPPOSITION OF THE NOVA SCOTIA PUBLIC SERVICE SUPERANNUATION PLAN AND THE NOVA SCOTIA TEACHERS' PENSION PLAN TO THE MOTION OF CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL (DKT. NO. 24)

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the Nova Scotia Public Service Superannuation Plan and the Nova Scotia Teachers' Pension Plan (together, the "Nova Scotia Plans") respectfully advise the Court of their non-opposition to the lead plaintiff motion of City Pension Fund for Firefighters and Police Officers in the City of Tampa (the "Pension Fund") (Dkt. No. 24).

On August 3, 2026, the Nova Scotia Plans filed a motion (Dkt. No. 31), pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) appointing the Nova Scotia Plans as Lead Plaintiffs on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Badger Meter, Inc. common stock between April 18, 2024 and April 16, 2026, inclusive; and (2) approving the Nova Scotia Plans' selection of Pomerantz LLP as Lead Counsel for the Class.

Under the PSLRA, the Court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be the most capable of adequately representing the interests of class members (hereinafter . . . the 'most adequate plaintiff')." 15 U.S.C. §78u-4(a)(3)(B)(i). The Nova Scotia Plans respectfully submit that they possess a significant financial interest in this lawsuit, propose a highly qualified lead counsel firm, and strongly satisfy Federal Rule of Civil Procedure 23's ("Rule 23") requirements. Thus, the Nova Scotia Plans would make effective Lead Plaintiffs if appointed.

However, having reviewed the Pension Fund's motion, it appears more likely that the Pension Fund will be found by the Court to have triggered the PSLRA's rebuttable presumption favoring the movant with "the largest financial interest in the relief sought by the class" who "otherwise satisfies the requirements of Rule 23[.]" 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). At this time, the Nova Scotia Plans do not know of any facts, beyond those already before the Court,

informing the statutory presumption's application or impacting the Pension Fund's ability to satisfy Rule 23's requirements. Accordingly, based on the presently known facts and circumstances, and the record presently before the Court, the Nova Scotia Plans respectfully submit this non-opposition to the Pension Fund's motion.

The Nova Scotia Plans remain ready, willing, and able to serve as Lead Plaintiffs or otherwise advance the class's interests in this litigation should the Court decline to appoint the Pension Fund to serve as Lead Plaintiff, should it decide that additional class or sub-class representation is warranted, or should any other reason arise during the litigation's future conduct, which the Nova Scotia Plans will continue to monitor. Regardless, this non-opposition shall have no impact on the Nova Scotia Plans' continued membership in the proposed class or their rights to share in any recovery obtained for the benefit of class members.

Dated: August 11, 2026

Respectfully submitted,

POMERANTZ LLP

*<u>/s/ Matthew L. Tuccillo</u>*

Matthew L. Tuccillo
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for the Nova Scotia Public Service Superannuation Plan and the Nova Scotia Teachers' Pension Plan*