**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, and DANIEL R. WELTZIEN,

Defendants.

Case No. 1:26-cv-04660-VEC

CLASS ACTION

**MEMORANDUM OF LAW OF CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA IN OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTIONS**

Tampa respectfully submits this memorandum of law in opposition to the competing Lead Plaintiff motions and in response to the Court's August 4, 2026 Order (the "Order"). *See* ECF No. 39.[1] The Order states that "[a]ny interested parties, including the Parties and Movants, shall have until Tuesday, August 11, 2026, to submit rebuttal evidence as to the financial interest in the relief sought by the class and adequacy and typicality of any of the Movants, although the Movants should not submit additional materials in support of their own motions except on reply[.]" *Id.* at 2.

With respect to financial interest, Tampa's $9.2 million loss is roughly ***28 times larger*** than the loss of all other movants ***combined***, as set forth in the table below. Thus, Tampa has the "largest financial interest" in the litigation. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb); *see also Mau v. Lufax Holding Ltd.*, 2026 WL 1759165, at *2 (S.D.N.Y. June 18, 2026) ("It is well settled that financial loss [] is the most important" factor in determining financial interest).

| **Movant**[2] | **Claimed Loss** |
|---|---|
| Tampa | $9.2 million (ECF No. 25 at 5) |
| ~~Nova Scotia Public Service Superannuation Plan and the Nova Scotia Teachers' Pension Plan ("Nova Scotia Plans")~~ | ~~$264,591 (ECF No 32 at 10)~~ |
| ~~PAREKH FAMILY TRUST U/A DTD 06/06/2022 ("Trust")~~ | ~~$28,174 (ECF No. 18 at 6)~~ |
| Ashok Shah and Mita Shah | $14,815 (ECF No. 28 at 6) |
| ~~Glenn Austin Wester~~ | ~~$8,136 (ECF No. 35 at 5)~~ |
| Paul Heidbreder | $4,118 (ECF No. 22 at 4) |

Because Tampa also satisfies the adequacy and typicality requirements of Rule 23 for the reasons discussed in its initial brief (*see* ECF No. 25 at 5-7), it is the presumptively most adequate

[1] Capitalized terms are defined in Tampa's initial brief unless otherwise indicated. *See* ECF No. 25.

[2] On August 4, 2026, the Trust filed a notice of non-opposition stating that Tampa "claims the largest financial interest in the Action." ECF No. 40 at 1. On August 10, 2026, Mr. Wester filed a notice of non-opposition. *See* ECF No. 42. On August 11, 2026, the Nova Scotia Plans filed a notice of non-opposition. *See* ECF No. 43.

plaintiff under the PSLRA and entitled to appointment. As such, it is not necessary for Tampa to challenge the adequacy or typicality of the other movants. *See Nurlybaev v. ZTO Express (Cayman) Inc.*, 2017 WL 5256769, at *2 (S.D.N.Y. Nov. 13, 2017) ("So long as the plaintiff with the largest losses satisfies the typicality and adequacy requirements, he is entitled to lead plaintiff status.").

To the extent any party or movant attempts to challenge Tampa's application, Tampa will respond as allowed by the Order.

Dated: August 11, 2026

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1341
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

*Counsel for Proposed Lead Plaintiff, Tampa, and Proposed Co-Lead Counsel for the Class*

**MOTLEY RICE LLC**

Serena P. Hallowell
800 Third Ave., Ste. 2401
New York, New York 10022
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Counsel for Proposed Lead Plaintiff, Tampa, and Proposed Co-Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner (*pro hac vice* forthcoming)
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff, Tampa*

**CERTIFICATION OF WORD-COUNT COMPLIANCE**

The undersigned hereby certifies that the foregoing brief complies with the word limit set forth in Local Civil Rule 7.1(c). The word count, exclusive of the caption, any index, table of contents, table of authorities, signature blocks, or any required certificates, is 435 according to the word-processing system used to prepare the document.

Dated: August 11, 2026

*/s/ Javier Bleichmar*
Javier Bleichmar