**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, | ) | |
| Plaintiff, | ) | |
| | ) | 1:26-cv-04660 (VBC) |
| v. | ) | |
| BADGER METER, INC., et al., | ) | |
| Defendant. | ) | |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Robert D. Klausner, declare under penalty of perjury in accordance with 28 U.S.C. §1746.

1. I am over the age of eighteen years. I am an attorney that represents the Proposed Lead Plaintiffs City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Proposed Lead Plaintiffs") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

2. I make this declaration pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York in support of my motion for an Order for admission to practice Pro Hac Vice to appear as counsel for Lead Plaintiffs in the above-captioned matter.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

DATED: August 12, 2026

Respectfully submitted,

*/s/ Robert D. Klausner*

KLAUSNER KAUFMAN
JENSEN & LEVINSON
7080 NW 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Counsel for Proposed Lead Plaintiffs City Pension Fund for Firefighters and Police Officers in the City of Tampa*