**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND,

Plaintiff,

-against-

BADGER METER, INC., et al.,

Defendant.

1:26 Civ. 04660 (VEC)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert D. Klausner hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for City Pension Fund for Firefighters and Police Officers in the City of Tampa in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida, Texas and Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 13, 2026

Respectfully Submitted,

Applicant Signature: */s/ Robert D. Klausner*

Applicant's Name: Robert D. Klausner

Firm Name: Klausner Kaufman Jensen & Levinson

Address: 7080 NW 4th Street

City/State/Zip: Plantation, FL 33317

Telephone/Fax: (954) 916-1202 / (954) 916-1232

Email: bob@robertdklausner.com