# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**ROBERT DAVID KLAUSNER**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* NOVEMBER 18, 1977, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

SUPREME COURT OF THE STATE OF FLORIDA
SAT CITO SI RECTE

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 4, 2026.*

*Clerk of the Supreme Court of Florida*