UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND,
Plaintiff,

1:26 cv 04660 (VEC )

-against-

BADGER METER, INC., *et al.*,
Defendant.

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert D. Klausner, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida, Texas and Wisconsin; and that his/her contact information is as follows (please print):

Applicant's Name: Robert D. Klausner

Firm Name: Klausner Kaufman Jensen &

Address: Levinson 7080 NW 4th Street

City / State / Zip: Plantation, FL 33317

Telephone / Fax: (954) 916-1202 / (954) 916-1232

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for City Pension Fund for Firefighters and Police Officers in the City of Tampa in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:__________________

________________________________
United States District / Magistrate Judge