**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, AND DANIEL R. WELTZIEN,<br><br>Defendants. | Case No.: 1:26-cv-4660-VEC<br><br>**DEFENDANTS' UNOPPOSED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN** |

PLEASE TAKE NOTICE that for the reasons stated in the Memorandum of Law and Declaration of William Bergum submitted herewith, Defendants Badger Meter, Inc. ("Badger Meter" or the "Company"), Kenneth C. Bockhorst ("Bockhorst"), Robert A. Wrocklage ("Wrocklage"), and Daniel R. Weltzien ("Weltzien") (Bockhorst, Wrocklage and Weltzien, collectively the "Individual Defendants" and, together with the Company, the "Defendants"), by their counsel, move this Court for an order transferring this action from the United States District Court for the Southern District of New York ("this District") to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice.

Lead Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Tampa do not join the Motion, but do not oppose the request to transfer this case to the District Court for the Eastern District of Wisconsin.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Bryan B. House*

Bryan B. House
Harper F. Beck
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: 414.297.5554
Email: bhouse@foley.com
harper.beck@foley.com

*Counsel for Defendants Badger Meter, Inc., Kenneth C. Bockhorst, Robert A. Wrocklage, and Daniel R. Weltzien*