**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF TAMPA,<br><br>Plaintiff,<br><br>v.<br><br>BADGER METER, INC., KENNETH C. BOCKHORST, ROBERT A. WROCKLAGE, AND DANIEL R. WELTZIEN,<br><br>Defendants. | Case No.: 1:26-cv-4660-VEC<br><br>**DECLARATION OF WILLIAM BERGUM IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE** |

I, William Bergum, declare the following pursuant to 28 U.S.C. § 1746:

1. My name is William Bergum. I am a resident of Hartland, Wisconsin.

2. I am Vice President, General Counsel & Secretary for Badger Meter, Inc. ("Badger Meter" or the "Company"). I make this declaration of my own personal knowledge or based on documents I have reviewed and, if called on to do so, could testify competently to these facts under oath.

3. Badger Meter is a Wisconsin corporation with its principal executive offices in Milwaukee, Wisconsin. Badger Meter manufactures and sells flow measurement and control devices, including water meters and advanced metering infrastructure solutions.

4. The Company's core management, finance, accounting, legal, investor relations, and operational functions are based at the Company's principal executive offices in Milwaukee.

5. Kenneth C. Bockhorst served as the Company's Chief Executive Officer at all times relevant to this action and does so currently. He resides in the Eastern District of Wisconsin and

performs his duties for Badger Meter from the Company's principal executive offices in Milwaukee.

6. Robert A. Wrocklage served as the Company's Chief Financial Officer during most of the putative class period and since January 1, 2026, has served as Executive Vice President – North American Municipal Utility. He resides in the Eastern District of Wisconsin and performs his duties for the Badger Meter from the Company's principal executive offices in Milwaukee.

7. Daniel R. Weltzien has served as the Company's Chief Financial Officer since January 1, 2026. He resides in the Eastern District of Wisconsin and performs his duties for Badger Meter from the Company's principal executive offices in Milwaukee.

8. The earnings releases, SEC filings, and earnings call statements challenged in the Complaint were prepared, reviewed, and approved at the Company's principal executive offices in Milwaukee.

9. Badger Meter's relevant books and records, including internal sales data, backlog information, financial reports, earnings materials, and other documents bearing on the allegations in the Complaint, are maintained at the Company' principal executive offices in Milwaukee.

10. Like the named defendants, other Badger Meter employees with knowledge of topics potentially relevant to this litigation, such as finance personnel, accounting personnel, investor relations personnel, sales and operations employees, and executive management, are located primarily in the Eastern District of Wisconsin.

11. The Company has no physical presence in the Southern District of New York. Trading on the New York Stock Exchange is the Company's only connection to the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2026.

William Bergum

William Bergum