AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND,
*Plaintiff*
v.
BADGER METER, INC., et al.,
*Defendant*

Case No. 1:26-cv-04660-VEC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City Pension Fund for Firefighters and Police Officers in the City of Tampa .

Date: 08/27/2026

/s/ Benjamin F. Burry
*Attorney's signature*

Benjamin F. Burry (BB0001)
*Printed name and bar number*

Bleichmar Fonti & Auld LLP
75 Virginia Road
White Plains, New York 10603
*Address*

bburry@bfalaw.com
*E-mail address*

(212) 789-1345
*Telephone number*

(212) 205-3960
*FAX number*