August 27, 2026

**VIA ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

RE: *City Pension Fund for Firefighters and Police Officers in the City of Tampa v. Badger Meter, Inc., et al.*, 26-cv-4660 (S.D.N.Y.)

Dear Judge Caproni:

We write on behalf of all parties in the above-captioned action pursuant to Section 2.C of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the August 27, 2026 deadline for submitting a proposed schedule for the filing of: (i) an amended complaint (or designation of an operative complaint) and Defendants' response thereto; and (ii) any motion to dismiss by any Defendant (Dkt. 45).

On August 27, 2026, Defendants Badger Meter, Inc., Kenneth C. Bockhorst, Robert A. Wrocklage, and Daniel R. Weltzien (collectively, the "Defendants"), filed Defendants' Unopposed Motion to Transfer Venue to the United States District Court for the Eastern District of Wisconsin. Lead Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Tampa did not join the Motion, but does not oppose the request to transfer this case to the District Court for the Eastern District of Wisconsin.

In the interest of judicial efficiency, all parties agree that the proposed schedule for Lead Plaintiff's amendment to the complaint and Defendants' motion to dismiss should be determined after this Court's decision on Defendants' Motion to Transfer. Accordingly, the parties request that the Court adjourn the deadline for submitting an agreed schedule during the pendency of Defendants' Motion to Transfer. In the event the Motion to Transfer is denied, the parties will submit the requested schedule within 14 days of the Court's order.

The requested adjournment will not impact any other deadlines, and all parties consent to this request. The parties have only made a prior request for an adjournment in connection with facilitating the appointment of a Lead Plaintiff (Dkt. 9). The parties are not currently scheduled to appear before the Court.

Respectfully submitted,

*/s/ Bryan B. House*
Bryan B. House
Harper F. Beck
FOLEY & LARDNER LLP

777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: 414.297.5554
Email: bhouse@foley.com
harper.beck@foley.com

*Counsel for Defendants Badger Meter, Inc., Kenneth C. Bockhorst, Robert A. Wrocklage, and Daniel R. Weltzien*

*/s/ Joseph A. Fonti*

Joseph A. Fonti
Nancy Kulesa
BLEICHMAR FONTI & AULD LLP
300 Park Avenue, Suite 1301
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
gbauer@bfalaw.com
nkulesa@bfalaw.com
dleopard@bfalaw.com

*Co- Counsel for Lead Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Tampa and Co-Lead Counsel for the Putative Class*

*/s/ Serena P. Hallowell*

Serena P. Hallowell
MOTLEY RICE LLC
800 Third Ave., Ste. 2401
New York, New York 10022
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Co- Counsel for Lead Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Tampa and Co-Lead Counsel for the Putative Class*