AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

STEAMFITTERS LOCAL 449 RETIREMENT SECURITY FUND, )
*Plaintiff* )
v. ) Case No. 1:26-cv-04660-VEC
BADGER METER, INC., et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City Pension Fund for Firefighters and Police Officers in the City of Tampa .

Date: 08/27/2026

/s/ David Leopard
*Attorney's signature*

David Leopard (5939293)
*Printed name and bar number*

Bleichmar Fonti & Auld LLP
300 Park Avenue, Suite 1301
New York, New York 10022
*Address*

dleopard@bfalaw.com
*E-mail address*

(212) 789-1359
*Telephone number*

(212) 205-3960
*FAX number*